| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF VERMONT

Case number *(if known)* _____   Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Corporation of Southern Vermont College, Inc.** |
| --- | --- | --- |

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Southern Vermont College** |
| --- | --- | --- |

| 3. | Debtor's federal Employer Identification Number (EIN) | **03-0214106** |
| --- | --- | --- |

4. **Debtor's address**

**Principal place of business**

**982 Mansion Drive**
**Bennington, VT 05201**
Number, Street, City, State & ZIP Code

**Bennington**
County

**Mailing address, if different from principal place of business**

**PO Box 377**
**Bennington, VT 05201**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Corporation of Southern Vermont College, Inc.**
_____    Case number (*if known*)   _____
Name

---

**7.**  **Describe debtor's business**        A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**       *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.

■ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **District of Vermont** | When | **6/30/20** | Case number | **20-10212** |
| District | _____ | When | _____ | Case number | _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | | Relationship | |
|---|---|---|---|---|---|
| | Debtor | _____ | | Relationship | _____ |
| | District | _____ | When | Case number, if known | _____ |

---

Debtor **Corporation of Southern Vermont College, Inc.**

Name                 Case number (*if known*)

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
           Contact name _____
           Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Corporation of Southern Vermont College, Inc.**                    Case number (*if known*)_____
         Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 24, 2020**
              MM / DD / YYYY

**X /s/ David Newell**                                     **David Newell**
Signature of authorized representative of debtor            Printed name

Title   **Trustee/ Chairman**

**18. Signature of attorney**

**X /s/ Heather Z. Cooper, Esq.**                     Date  **August 24, 2020**
Signature of attorney for debtor                            MM / DD / YYYY

**Heather Z. Cooper, Esq.**
Printed name

**Facey Goss & McPhee, P.C.**
Firm name

**P.O. Box 578**
**71 Allen Street**
**Rutland, VT 05702-0578**
Number, Street, City, State & ZIP Code

Contact phone  **(802) 773-3300**      Email address   **hcooper@fgmvt.com**

_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2020**          X **/s/ David Newell**
                                              Signature of individual signing on behalf of debtor

                                              **David Newell**
                                              Printed name

                                              **Trustee/ Chairman**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...............................................................    $    **10,319,900.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................    $    **830,541.77**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................    $    **11,150,441.77**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **8,564,399.33**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **686,971.45**

4. **Total liabilities** ...........................................................................................
Lines 2 + 3a + 3b    $    **9,251,370.78**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Corporation of Southern Vermont College, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF VERMONT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Adams Community Bank** | **Checking** | 3402 | $8,237.09 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | | | | $8,237.09 |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Deposit for Audit Services for 2019 Form 990 with O'Brien Shortle (7/1/2018-6/30/2019)** | $1,500.00 |
|---|---|---|
| 7.2. | **Deposit for Keen Summit ($75,000) Advanced by Community Bank on behalf of Debtor** | $75,000.00 |
| 7.3. | **Deposit for Record Storage/Destruction (SecureShred)** | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(If known)* | _____ |
|--------|---------------------------------------------------|--------------------------|---|
|        | Name                                              |                          |   |

---

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                    $76,500.00
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11b. Over 90 days old:      **300,000.00**      -      **100,000.00**      =....      $200,000.00
                            face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                   $200,000.00
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** See Machinery and Equipment on Attached | $0.00 | Book Value | $75,102.79 |

Official Form 206A/B               Schedule A/B Assets - Real and Personal Property               page 2

| Debtor | **Corporation of Southern Vermont College, Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| **Exhibit A** | | | |
|---|---|---|---|

| **Copiers (approx. 12 leased)** | **Unknown** | | **Unknown** |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 42.1. **Art Collection (See Attached)** | **$298,929.16** | **Book Value** | **$298,929.16** |
|---|---|---|---|

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$374,031.95** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2002 Chevrolet Dump Truck (VIN #1GBJK34U72E227046) 151,800 miles (as of 5/15/2019)** | **$0.00** | | **Unknown** |
| 47.2. **2001 Chevrolet Truck (VIN # 1GBJG31G411235272) 117,573 miles as of 5/15/2019** | **$0.00** | | **Unknown** |
| 47.3. **2010 Ford VAN (VIN # 1FBSS3BL8ADA62434) 115,031 Miles as of 5/15/2019** | **$0.00** | | **Unknown** |
| 47.4. **2010 Ford Van (VIN# 1FBSS3BL7ADA62389) 92,448.1 miles as of 5/15/2019** | **$0.00** | | **Unknown** |
| 47.5. **2010 Ford Van (VIN# 1FBSS3BL5ADA72905) 108,690 miles as of 5/15/2019** | **$0.00** | | **Unknown** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Corporation of Southern Vermont College, Inc.**                    Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| 47.6. | **2010 Ford Van (VIN # 1FBSS3BL0ADA72911)** 987,458.4 mi as of 5/15/2019 | $0.00 | Unknown |
| 47.7. | **2010 Ford Van (VIN # 1FBSS3BL1ADA72903)** 98,831.7 mi as of 5/15/2019 | $0.00 | Unknown |
| 47.8. | **2013 Ford Bus (VIN# 1FDFE4FS0DDA20769)** 51,364.1 mi as of 5/15/2019 | $0.00 | Unknown |
| 47.9. | **2015 Chevrolet Equinox (VIN # 1GNFLEEKOFZ132647)** 40,564 miles as of 5/15/2019 | $0.00 | Unknown |
| 47.10. | **2014 Ram Truck (VIN # 3CM6MR5AJ8EG165106)** (mileage unknown) | $0.00 | Unknown |
| 47.11. | **2014 Chevrolet Equinox (VIN # 4GNFLGEK2E6377925)** (mileage unknown) | $0.00 | Unknown |
| 47.12. | **Vehicles and Rolling Stock (Collectively) (See Attached)** | $0.00 | $121,644.98 |
| 47.13. | **2016 Ford F250 ( VIN #1FTBF2B63GEB01681)** | Unknown | $0.00 |
| 47.14. | **2003 Chevrolet Express (VIN # 1GAHG39U631216240)** | Unknown | $0.00 |
| 47.15. | **2015 Honda Odyssey (VIN # 5FNRL5H24FB038892)** | $0.00 | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                                                  $121,644.98
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | <sub>Name</sub> | |

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.        **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **982 Mansion Drive Bennington Vermont (SVC Campus)** | Fee simple | $0.00 | Appraisal | $5,750,000.00 |
| 55.2.  **44 Gypsy Lane Bennington Vermont (Bennington Center for the Arts)** | Fee simple | $0.00 | Appraisal | $4,200,000.00 |
| 55.3.  **897 Monument Avenue (the "Gatehouse" or "Wagner House")** | Fee simple | $0.00 | Tax records | $369,900.00 |

56.      **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $10,319,900.00 |
|---|---|

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** <br> Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| | **AXA Insurance Company; Commercial Fine Art Policy** | **Unknown** |
| | **The Cincinnati Insurance Company: Employment Practices Liability/ Directors and Officers Liability Coverage** | **Unknown** |
| | **Commercial General Liability and Property Coverage Policy (Campus) Berkley Aspire** | **Unknown** |
| | **Auto Coverage for 2016 Ford F250 (Used for maintenance on campus) through Progressive** | **Unknown** |
| | **Property and liability coverage for Wagner House with Lloyds of London** | **Unknown** |
| | **Insurance Claim for Damages to Campus under Occupancy Agreement** | **Unknown** |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Breach of Contract Claim against Moshe Perlstein Zichron Chaim** | **$50,127.75** |

| Nature of claim | **Breach of Contract Claim** |
|---|---|
| **Amount requested** | **$50,127.75** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$50,127.75** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ■ No <br> ☐ Yes | |

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="3" style="background:black;color:white">Part 12:   Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,237.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $76,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $200,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $374,031.95 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $121,644.98 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $10,319,900.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50,127.75 | |
| 91. **Total.** Add lines 80 through 90 for each column | $830,541.77 | + 91b.  $10,319,900.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,150,441.77 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Southern Vermont College
## Asset Listing

| Asset No. / Asset ID | Description / Class | Location / Department | Depr. Basis / In Service Date | Disposal Price / Disposal Date | Accum. Depr. / Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| **Art Collection** | | | | | | |
| 415 / 570 | Duke of Ellington Music Series / Art Collection | | $475.00 / 7/1/2017 | $0.00 | $47.50 / 6/30/2019 | $427.50 |
| 416 / 571 | Artist as a Wreck / Art Collection | | $400.00 / 7/1/2017 | $0.00 | $40.00 / 6/30/2019 | $360.00 |
| 417 / 572 | Mt Equinox Manchester VT / Art Collection | | $65,000.00 / 7/1/2017 | $0.00 | $6,500.00 / 6/30/2019 | $58,500.00 |
| 418 / 573 | Nocturne With New England / Art Collection | | $37,500.00 / 7/1/2017 | $0.00 | $3,750.00 / 6/30/2019 | $33,750.00 |
| 419 / 574 | Oxbow After Church Cole Flo / Art Collection | | $18,000.00 / 7/1/2017 | $0.00 | $1,800.00 / 6/30/2019 | $16,200.00 |
| 420 / 575 | Flooded River / Art Collection | | $55,000.00 / 7/1/2017 | $0.00 | $5,500.00 / 6/30/2019 | $49,500.00 |
| 421 / 576 | Maternal Nocturne / Art Collection | | $7,250.00 / 7/1/2017 | $0.00 | $725.00 / 6/30/2019 | $6,525.00 |
| 422 / 577 | Blacklight / Art Collection | | $15,000.00 / 7/1/2017 | $0.00 | $1,500.00 / 6/30/2019 | $13,500.00 |
| 423 / 578 | Hancock Art Appraisal In Kind / Art Collection | | $24,000.00 / 7/1/2017 | $0.00 | $2,400.00 / 6/30/2019 | $21,600.00 |
| 466 / 633 | December, Circa 1982 / Art Collection | | $10,000.00 / 6/1/2018 | $0.00 | $541.67 / 6/30/2019 | $9,458.33 |
| 467 / 634 | Autumn's Peak / Art Collection | | $13,000.00 / 6/1/2018 | $15,000.00 / 10/31/2019 | $704.17 / 6/30/2019 | $12,295.83 |
| 468 / 635 | Brown Autumn / Art Collection | | $14,000.00 / 6/1/2018 | $0.00 | $758.33 / 6/30/2019 | $13,241.67 |
| 469 / 636 | Old Covered Brigdge / Art Collection | | $12,000.00 / 6/1/2018 | $0.00 | $650.00 / 6/30/2019 | $11,350.00 |
| 470 / 637 | October Cloudscape / Art Collection | | $14,000.00 / 6/1/2018 | $13,500.00 / 10/31/2019 | $758.33 / 6/30/2019 | $13,241.67 |
| 471 / 638 | Out of the Clouds / Art Collection | | $2,500.00 / 6/1/2018 | $0.00 | $135.42 / 6/30/2019 | $2,364.58 |
| 472 / 639 | Donaldson's Barn / Art Collection | | $14,500.00 / 6/1/2018 | $0.00 | $785.42 / 6/30/2019 | $13,714.58 |
| 473 / 640 | Vermont Summer / Art Collection | | $12,000.00 / 6/1/2018 | $0.00 | $650.00 / 6/30/2019 | $11,350.00 |
| 492 / 660 | Enchantment / Art Collection | | $12,000.00 / 10/1/2018 | $0.00 | $450.00 / 6/30/2019 | $11,550.00 |
| | *Totals for Art Collection.* | | *$326,625.00* | *$28,500.00* | *$27,695.84* | *$298,929.16* |
| **Buildings & Improvements** | | | | | | |
| 493 / 661 | PVC Trim - Windows & Doors / Buildings & Improvements | | $9,000.00 / 11/13/2018 | $0.00 | $375.00 / 4/30/2019 | $8,625.00 |
| 495 / 663 | New PVC Trim & Vinyl Siding / Buildings & Improvements | | $14,714.00 / 12/13/2018 | $0.00 | $245.24 / 4/30/2019 | $14,468.76 |
| 478 / 646 | Dorm Renovations / Buildings & Improvements | | $8,000.00 / 7/6/2018 | $0.00 | $857.16 / 4/30/2019 | $7,142.84 |
| 479 / 647 | Dorm Renovations / Buildings & Improvements | | $18,912.50 / 7/6/2018 | $0.00 | $2,026.35 / 4/30/2019 | $16,886.15 |
| 480 / 648 | Dining Hall / Buildings & Improvements | | $6,900.00 / 7/24/2018 | $0.00 | $517.50 / 4/30/2019 | $6,382.50 |
| 481 / 649 | Dorm Renovations / Buildings & Improvements | | $12,056.07 / 7/24/2018 | $0.00 | $452.11 / 4/30/2019 | $11,603.96 |
| 482 / 650 | Dorm Renovations / Buildings & Improvements | | $1,535.50 / 5/3/2018 | $1,535.50 / 5/3/2018 | $0.00 | $0.00 |

6/19/2020  3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No. Asset ID | Description Class | Location Department | Depr. Basis In Service Date | Disposal Price Disposal Date | Accum. Depr. Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 483 651 | Dorm Furniture Buildings & Improvements | | $146,831.36 8/15/2018 | $0.00 | $9,788.77 4/30/2019 | $137,042.59 |
| 484 652 | Dorm Renovations Buildings & Improvements | | $43,133.75 8/22/2018 | $0.00 | $2,875.60 4/30/2019 | $40,258.15 |
| 486 654 | New Roof on Computer Lab Buildings & Improvements | | $13,125.00 9/5/2018 | $0.00 | $382.83 4/30/2019 | $12,742.17 |
| 487 655 | Dining Hall Handicap Door Buildings & Improvements | | $2,656.22 9/25/2018 | $0.00 | $154.96 4/30/2019 | $2,501.26 |
| 488 656 | Roof - Gate House & Painting Buildings & Improvements | | $9,066.00 10/29/2018 | $0.00 | $226.66 4/30/2019 | $8,839.34 |
| 489 657 | Vinyl Siding - Computer Bldg Buildings & Improvements | | $8,000.00 10/29/2018 | $0.00 | $200.01 4/30/2019 | $7,799.99 |
| 490 658 | Floor Framing & Plywood - Tr Buildings & Improvements | | $1,900.00 10/29/2018 | $0.00 | $95.01 4/30/2019 | $1,804.99 |
| 491 659 | New Stairs - LAC Buildings & Improvements | | $2,500.00 10/29/2018 | $0.00 | $125.01 4/30/2019 | $2,374.99 |
| 424 591 | Athletics Field Shed Buildings & Improvements | | $3,129.00 8/29/2017 | $0.00 | $782.25 4/30/2019 | $2,346.75 |
| 412 588 | Rm 204 Repairs Upgrades Buildings & Improvements | | $25,040.28 8/31/2014 | $0.00 | $14,649.01 4/30/2019 | $10,391.27 |
| 413 589 | Basketball Backstops Buildings & Improvements | | $4,200.00 8/30/2013 | $0.00 | $2,401.40 4/30/2019 | $1,798.60 |
| 414 590 | Dean of Students Office Buildings & Improvements | | $1,651.98 6/1/2014 | $0.00 | $858.50 4/30/2019 | $793.48 |
| 429 596 | Bennington Center for the Arts Buildings & Improvements | | $4,000,000.00 12/8/2017 | $0.00 | $136,752.15 4/30/2019 | $3,863,247.85 |
| 462 598 | Replace Dining Hall Roof Buildings & Improvements | | $12,500.00 10/17/2017 | $0.00 | $0.00 | $12,500.00 |
| 463 630 | Reside Dining Hall Buildings & Improvements | | $24,250.00 10/23/2017 | $0.00 | $1,818.75 4/30/2019 | $22,431.25 |
| 464 631 | LAC Signage Buildings & Improvements | | $2,035.50 5/3/2018 | $0.00 | $186.59 4/30/2019 | $1,848.91 |
| 465 632 | LAC Signage Buildings & Improvements | | $1,535.50 6/28/2018 | $0.00 | $127.97 4/30/2019 | $1,407.53 |
| 431 599 | dining hall roof 1/2 invoice amou Buildings & Improvements | | $6,332.50 12/8/2017 | $0.00 | $422.18 4/30/2019 | $5,910.32 |
| 432 600 | dining hall roof - balance due Buildings & Improvements | | $6,332.50 12/8/2017 | $0.00 | $422.18 4/30/2019 | $5,910.32 |
| 433 601 | replace siding on dorms Buildings & Improvements | | $2,260.45 12/8/2017 | $0.00 | $301.41 4/30/2019 | $1,959.04 |
| 434 602 | install new lights Buildings & Improvements | | $3,697.00 12/20/2017 | $0.00 | $492.95 4/30/2019 | $3,204.05 |
| 435 603 | Reside Dining Hall Buildings & Improvements | | $29,707.45 12/29/2017 | $0.00 | $3,961.00 4/30/2019 | $25,746.45 |
| 436 604 | repair and paint gym Buildings & Improvements | | $8,000.00 4/30/2018 | $0.00 | $800.01 4/30/2019 | $7,199.99 |
| 437 605 | paint dorms Buildings & Improvements | | $18,912.50 5/17/2018 | $0.00 | $1,733.65 4/30/2019 | $17,178.85 |
| 438 606 | A-C Dorm renovations - showe Buildings & Improvements | | $553.00 5/17/2018 | $0.00 | $50.71 4/30/2019 | $502.29 |
| 439 607 | 50% down on new AC unit Buildings & Improvements | | $2,069.00 5/24/2018 | $0.00 | $189.66 4/30/2019 | $1,879.34 |

6/19/2020  3:52:38PM                                                                                          Page 3

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 440<br>608 | balance Mitsubishi AC unit<br>Buildings & Improvements | | $2,069.00<br>5/25/2018 | $0.00 | $189.66<br>4/30/2019 | $1,879.34 |
| 441<br>609 | Dorm Painting<br>Buildings & Improvements | | $444.24<br>5/30/2018 | $0.00 | $40.72<br>4/30/2019 | $403.52 |
| 442<br>610 | Dorm Painting<br>Buildings & Improvements | | $444.96<br>5/31/2018 | $0.00 | $40.81<br>4/30/2019 | $404.15 |
| 443<br>611 | Removal of Debris - dorm rep<br>Buildings & Improvements | | $1,089.78<br>6/1/2018 | $0.00 | $90.82<br>4/30/2019 | $998.96 |
| 444<br>612 | install drainage and repair lawn<br>Buildings & Improvements | | $9,450.00<br>6/7/2018 | $0.00 | $787.50<br>4/30/2019 | $8,662.50 |
| 445<br>613 | Dorm Painting<br>Buildings & Improvements | | $28.41<br>6/7/2018 | $0.00 | $2.38<br>4/30/2019 | $26.03 |
| 446<br>614 | Dorm Painting<br>Buildings & Improvements | | $444.24<br>6/7/2018 | $0.00 | $37.02<br>4/30/2019 | $407.22 |
| 447<br>615 | PVC conduit<br>Buildings & Improvements | | $136.47<br>6/7/2018 | $0.00 | $11.39<br>4/30/2019 | $125.08 |
| 448<br>616 | pave a new dining hall sidewal<br>Buildings & Improvements | | $7,250.00<br>6/8/2018 | $0.00 | $604.18<br>4/30/2019 | $6,645.82 |
| 449<br>617 | Dorm Drainage - paving<br>Buildings & Improvements | | $2,100.00<br>6/8/2018 | $0.00 | $175.00<br>4/30/2019 | $1,925.00 |
| 450<br>618 | Dorm Painting<br>Buildings & Improvements | | $370.20<br>6/11/2018 | $0.00 | $30.86<br>4/30/2019 | $339.34 |
| 451<br>619 | Dorm Painting<br>Buildings & Improvements | | $444.24<br>6/11/2018 | $0.00 | $37.02<br>4/30/2019 | $407.22 |
| 452<br>620 | dig for lights along walk<br>Buildings & Improvements | | $1,300.00<br>6/12/2018 | $0.00 | $108.34<br>4/30/2019 | $1,191.66 |
| 453<br>621 | Dorm Painting<br>Buildings & Improvements | | $444.24<br>6/15/2018 | $0.00 | $37.02<br>4/30/2019 | $407.22 |
| 454<br>622 | Dorm Painting<br>Buildings & Improvements | | $308.00<br>6/15/2018 | $0.00 | $25.68<br>4/30/2019 | $282.32 |
| 455<br>623 | Dorm Painting<br>Buildings & Improvements | | $148.36<br>6/18/2018 | $0.00 | $12.38<br>4/30/2019 | $135.98 |
| 456<br>624 | renovations to A,B,C dorms<br>Buildings & Improvements | | $17,623.00<br>6/19/2018 | $0.00 | $1,468.60<br>4/30/2019 | $16,154.40 |
| 457<br>625 | Dining Hall renovations<br>Buildings & Improvements | | $3,654.00<br>6/20/2018 | $0.00 | $304.50<br>4/30/2019 | $3,349.50 |
| 458<br>626 | Dorm Painting<br>Buildings & Improvements | | $100.29<br>6/25/2018 | $0.00 | $8.37<br>4/30/2019 | $91.92 |
| 3<br>57 | Various Building Improv<br>Buildings & Improvements | | $31,778.00<br>1/1/2002 | $0.00 | $14,539.90<br>6/30/2019 | $17,238.10 |
| 4<br>61 | KVA Transformer<br>Buildings & Improvements | | $1,535.00<br>9/25/1991 | $0.00 | $1,427.33<br>6/30/2019 | $107.67 |
| 5<br>64 | Compressor pad shed<br>Buildings & Improvements | | $3,674.00<br>10/15/1991 | $0.00 | $3,412.93<br>6/30/2019 | $261.07 |
| 6<br>65 | SA Washer bldg.<br>Buildings & Improvements | | $50,186.00<br>10/1/1991 | $0.00 | $39,435.38<br>6/30/2019 | $10,750.62 |
| 7<br>68 | Guard shack acce.<br>Buildings & Improvements | | $9,438.00<br>12/31/1991 | $0.00 | $8,745.70<br>6/30/2019 | $692.30 |
| 8<br>77 | Bldg. for food service<br>Buildings & Improvements | | $14,040.00<br>10/1/1992 | $0.00 | $10,592.40<br>6/30/2019 | $3,447.60 |
| 9<br>79 | Main roof bldg.<br>Buildings & Improvements | | $3,893.00<br>8/25/1993 | $0.00 | $3,892.69<br>6/30/2019 | $0.31 |

6/19/2020  3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 10<br>81 | Main roof bldg.<br>Buildings & Improvements | | $3,760.00<br>9/24/1993 | $0.00 | $3,760.00<br>6/30/2017 | $0.00 |
| 11<br>83 | Dining hall entry<br>Buildings & Improvements | | $2,985.00<br>2/15/1994 | $0.00 | $2,985.00<br>6/30/2017 | $0.00 |
| 12<br>84 | Women's hall bathroom<br>Buildings & Improvements | | $16,070.00<br>6/30/1995 | $0.00 | $16,070.00<br>6/30/2017 | $0.00 |
| 13<br>85 | Water filtration<br>Buildings & Improvements | | $11,051.00<br>6/30/1995 | $0.00 | $8,937.77<br>6/30/2019 | $2,113.23 |
| 14<br>88 | Gym roof<br>Buildings & Improvements | | $34,800.00<br>8/21/1997 | $0.00 | $34,800.00<br>6/30/2017 | $0.00 |
| 15<br>92 | Dormitory improvements<br>Buildings & Improvements | | $53,193.00<br>1/1/2001 | $0.00 | $26,079.54<br>6/30/2019 | $27,113.46 |
| 16<br>93 | Roofing improvements<br>Buildings & Improvements | | $10,000.00<br>1/1/2002 | $0.00 | $6,142.29<br>6/30/2019 | $3,857.71 |
| 17<br>94 | Dorm improvements<br>Buildings & Improvements | | $9,559.00<br>1/1/2002 | $0.00 | $4,665.74<br>6/30/2019 | $4,893.26 |
| 18<br>95 | Gym floor<br>Buildings & Improvements | | $8,000.00<br>1/1/2002 | $0.00 | $4,686.86<br>6/30/2019 | $3,313.14 |
| 19<br>96 | Dorm renovation<br>Buildings & Improvements | | $37,443.00<br>1/1/2002 | $0.00 | $21,929.92<br>6/30/2019 | $15,513.08 |
| 20<br>97 | Roof repair<br>Buildings & Improvements | | $29,106.00<br>1/1/2002 | $0.00 | $17,045.82<br>6/30/2019 | $12,060.18 |
| 21<br>98 | Roof repair<br>Buildings & Improvements | | $35,574.00<br>1/1/2002 | $0.00 | $20,837.32<br>6/30/2019 | $14,736.68 |
| 22<br>99 | Roof repair<br>Buildings & Improvements | | $18,507.00<br>1/1/2002 | $0.00 | $10,839.52<br>6/30/2019 | $7,667.48 |
| 23<br>100 | Roof repair<br>Buildings & Improvements | | $15,000.00<br>1/1/2002 | $0.00 | $8,785.72<br>6/30/2019 | $6,214.28 |
| 24<br>101 | Gym floor restoration<br>Buildings & Improvements | | $8,200.00<br>7/20/2002 | $0.00 | $4,644.35<br>6/30/2019 | $3,555.65 |
| 25<br>102 | New garage roof<br>Buildings & Improvements | | $169.00<br>7/5/2002 | $0.00 | $107.93<br>6/30/2019 | $61.07 |
| 26<br>103 | New garage roof<br>Buildings & Improvements | | $101.00<br>7/5/2002 | $0.00 | $60.67<br>6/30/2019 | $40.33 |
| 27<br>104 | mansion restoration r<br>Buildings & Improvements | | $14,222.00<br>7/9/2002 | $0.00 | $8,880.11<br>6/30/2019 | $5,341.89 |
| 28<br>105 | Roof repairs - 4 shingle<br>Buildings & Improvements | | $153.00<br>7/11/2002 | $0.00 | $94.42<br>6/30/2019 | $58.58 |
| 29<br>106 | Classroom 209 renovations<br>Buildings & Improvements | | $448.00<br>7/26/2002 | $0.00 | $448.00<br>6/30/2017 | $0.00 |
| 30<br>107 | Noninsulated steel door<br>Buildings & Improvements | | $714.00<br>8/1/2002 | $0.00 | $714.00<br>6/30/2017 | $0.00 |
| 31<br>108 | Roof repairs mansion<br>Buildings & Improvements | | $269.00<br>8/8/2002 | $0.00 | $168.35<br>6/30/2019 | $100.65 |
| 32<br>109 | Fire sprinkler system<br>Buildings & Improvements | | $4,880.00<br>8/19/2002 | $0.00 | $4,880.00<br>6/30/2018 | $0.00 |
| 33<br>110 | Roof repairs dormitories<br>Buildings & Improvements | | $310.00<br>8/22/2002 | $0.00 | $191.55<br>6/30/2019 | $118.45 |
| 34<br>111 | Res Hall well repairs<br>Buildings & Improvements | | $156.00<br>8/30/2002 | $0.00 | $156.00<br>6/30/2018 | $0.00 |
| 35<br>113 | Fire doors - materials<br>Buildings & Improvements | | $1,570.00<br>9/17/2002 | $0.00 | $1,368.40<br>6/30/2019 | $201.60 |

6/19/2020  3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Data | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 36<br>114 | Fire doors - materials<br>Buildings & Improvements | | $853.00<br>9/18/2002 | $0.00 | $744.16<br>6/30/2019 | $108.84 |
| 37<br>115 | Power supply locking<br>Buildings & Improvements | | $475.00<br>10/5/2002 | $0.00 | $283.75<br>6/30/2019 | $191.25 |
| 38<br>116 | Oil tank Birchwood<br>Buildings & Improvements | | $885.00<br>11/7/2002 | $0.00 | $885.00<br>6/30/2018 | $0.00 |
| 39<br>117 | Lockset<br>Buildings & Improvements | | $268.00<br>11/25/2002 | $0.00 | $268.00<br>6/30/2018 | $0.00 |
| 40<br>118 | Locking system support<br>Buildings & Improvements | | $277.00<br>2/17/2002 | $0.00 | $277.00<br>6/30/2018 | $0.00 |
| 41<br>119 | Fabricate and inst pipe<br>Buildings & Improvements | | $2,300.00<br>2/20/2002 | $0.00 | $2,300.00<br>6/30/2018 | $0.00 |
| 42<br>120 | Backlit sign athletic bld<br>Buildings & Improvements | | $2,275.00<br>10/30/2002 | $0.00 | $2,275.00<br>6/30/2018 | $0.00 |
| 43<br>121 | Alum Door Closer<br>Buildings & Improvements | | $715.00<br>2/14/2003 | $0.00 | $715.00<br>6/30/2018 | $0.00 |
| 44<br>122 | Upward Bound offc improv<br>Buildings & Improvements | | $1,000.00<br>2/21/2003 | $0.00 | $1,000.00<br>6/30/2018 | $0.00 |
| 45<br>123 | Mountaineer Sign<br>Buildings & Improvements | | $600.00<br>12/1/2002 | $0.00 | $600.00<br>6/30/2018 | $0.00 |
| 46<br>124 | Dorm gas tank<br>Buildings & Improvements | | $2,874.00<br>6/24/2002 | $0.00 | $1,725.60<br>6/30/2019 | $1,148.40 |
| 47<br>125 | Bathroom flooring<br>Buildings & Improvements | | $412.00<br>6/24/2002 | $0.00 | $362.20<br>6/30/2019 | $49.80 |
| 48<br>126 | Concrete Flag Pole<br>Buildings & Improvements | | $235.00<br>7/10/2002 | $0.00 | $235.00<br>6/30/2018 | $0.00 |
| 49<br>127 | Mansion fire alarm<br>Buildings & Improvements | | $27,750.00<br>6/20/2003 | $0.00 | $23,313.00<br>6/30/2019 | $4,437.00 |
| 52<br>144 | Fire alarm & exit lighting<br>Buildings & Improvements | | $20,210.00<br>1/31/2004 | $0.00 | $15,871.34<br>6/30/2019 | $4,338.66 |
| 53<br>145 | Doors<br>Buildings & Improvements | | $1,136.00<br>9/11/2003 | $0.00 | $914.14<br>6/30/2019 | $221.86 |
| 54<br>146 | Door<br>Buildings & Improvements | | $406.00<br>1/6/2004 | $0.00 | $318.80<br>6/30/2019 | $87.20 |
| 59<br>161 | Carpet Hall 12x45<br>Buildings & Improvements | | $1,350.00<br>2/8/2005 | $0.00 | $1,350.00<br>6/30/2019 | $0.00 |
| 70<br>205 | Murray Bros Birchw<br>Buildings & Improvements | | $39,617.00<br>8/31/2007 | $0.00 | $23,506.92<br>6/30/2019 | $16,110.08 |
| 71<br>206 | Benn Htgcool AC C Lab<br>Buildings & Improvements | | $4,453.00<br>11/23/2007 | $0.00 | $4,453.00<br>6/30/2018 | $0.00 |
| 72<br>207 | Snk Br Wtr Kelson<br>Buildings & Improvements | | $772.00<br>7/16/2007 | $0.00 | $772.00<br>6/30/2018 | $0.00 |
| 73<br>208 | Elec  Improv new Adm<br>Buildings & Improvements | | $2,384.00<br>7/23/2007 | $0.00 | $1,899.64<br>6/30/2019 | $484.36 |
| 74<br>209 | Improv Gallery SnBr<br>Buildings & Improvements | | $6,707.00<br>7/23/2007 | $0.00 | $6,707.00<br>6/30/2018 | $0.00 |
| 75<br>210 | Ht Birchwood first fl<br>Buildings & Improvements | | $3,289.00<br>7/26/2007 | $0.00 | $2,619.45<br>6/30/2019 | $669.55 |
| 76<br>211 | Wt Rm Celing Murray<br>Buildings & Improvements | | $2,220.00<br>8/7/2007 | $0.00 | $1,768.80<br>6/30/2019 | $451.20 |
| 77<br>212 | CrtyrdStairs Petricca<br>Buildings & Improvements | | $2,200.00<br>10/6/2007 | $0.00 | $1,739.01<br>6/30/2019 | $460.99 |

6/19/2020 3:52:38PM

# Southern Vermont College

## Asset Listing

Page 8

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 65<br>184 | 2nd Floor Birchwood<br>Buildings & Improvements | | $2,900.00<br>4/17/2007 | $0.00 | $2,431.67<br>6/30/2019 | $468.33 |
| 66<br>187 | Doxsee Roofing Eaves<br>Buildings & Improvements | | $17,893.00<br>12/4/2006 | $0.00 | $7,529.03<br>6/30/2019 | $10,363.97 |
| 67<br>188 | Rad Tech Renovations<br>Buildings & Improvements | | $645.00<br>12/31/2006 | $0.00 | $645.00<br>6/30/2017 | $0.00 |
| 61<br>164 | Bldg Imprv post-chng<br>Buildings & Improvements | | $1,434,150.00<br>6/30/2005 | $0.00 | $305,037.12<br>6/30/2019 | $1,129,112.88 |
| 62<br>165 | Roofing Mans Eaves<br>Buildings & Improvements | | $219,977.00<br>12/31/2005 | $0.00 | $99,399.47<br>6/30/2019 | $120,577.53 |
| 81<br>217 | Birchwd Parpt Roof<br>Buildings & Improvements | | $20,758.00<br>6/16/2008 | $0.00 | $15,776.49<br>6/30/2019 | $4,981.51 |
| 103<br>247 | Paint for Hunter Hall<br>Buildings & Improvements | | $16,952.00<br>1/31/2009 | $0.00 | $16,952.00<br>6/30/2017 | $0.00 |
| 115<br>260 | A-D renovations<br>Buildings & Improvements | | $10,120.00<br>12/31/2008 | $0.00 | $10,120.00<br>6/30/2018 | $0.00 |
| 116<br>262 | Hunter Hall Constr<br>Buildings & Improvements | | $476,645.00<br>6/30/2009 | $0.00 | $94,166.84<br>4/30/2019 | $382,478.16 |
| 117<br>263 | A-D Water Heaters<br>Buildings & Improvements | | $27,701.00<br>12/31/2008 | $0.00 | $27,701.00<br>6/30/2018 | $0.00 |
| 85<br>221 | Birchwd Renvations 1st<br>Buildings & Improvements | | $3,151.00<br>8/23/2007 | $0.00 | $1,871.16<br>6/30/2019 | $1,279.84 |
| 86<br>222 | Grn Mtn  Flr Res Hall<br>Buildings & Improvements | | $124,925.00<br>6/30/2008 | $0.00 | $69,957.00<br>6/30/2019 | $54,968.00 |
| 124<br>276 | Wiley Sci Lab Renovat<br>Buildings & Improvements | | $27,098.00<br>6/30/2009 | $0.00 | $13,549.34<br>4/30/2019 | $13,548.66 |
| 125<br>277 | Sim Lab Construction<br>Buildings & Improvements | | $13,093.00<br>6/30/2009 | $0.00 | $6,547.68<br>4/30/2019 | $6,545.32 |
| 142<br>295 | Luxbrush paint ext HH<br>Buildings & Improvements | | $25,536.00<br>7/31/2009 | $0.00 | $12,465.24<br>4/30/2019 | $13,070.76 |
| 144<br>298 | Dining Hall Improvmts<br>Buildings & Improvements | | $254,814.00<br>8/31/2009 | $0.00 | $123,485.08<br>4/30/2019 | $131,328.92 |
| 145<br>299 | HH storage building<br>Buildings & Improvements | | $1,306.00<br>9/30/2009 | $0.00 | $419.71<br>4/30/2019 | $886.29 |
| 147<br>301 | Prue Elec Birchw lng<br>Buildings & Improvements | | $1,618.00<br>5/31/2010 | $0.00 | $733.16<br>4/30/2019 | $884.84 |
| 148<br>302 | Prue Elec Sim Lab<br>Buildings & Improvements | | $26,220.00<br>7/31/2009 | $0.00 | $12,799.16<br>4/30/2019 | $13,420.84 |
| 162<br>316 | Hayden piping Wiley L<br>Buildings & Improvements | | $1,650.00<br>8/31/2009 | $0.00 | $1,620.26<br>4/30/2019 | $29.74 |
| 174<br>328 | Training Rm Carpt Ben<br>Buildings & Improvements | | $4,068.00<br>6/30/2010 | $0.00 | $3,966.36<br>4/30/2019 | $101.64 |
| 175<br>329 | rk Mls Din Hll Windws<br>Buildings & Improvements | | $1,417.00<br>3/7/2011 | $0.00 | $585.86<br>4/30/2019 | $831.14 |
| 176<br>330 | Prue El Birchwd Light<br>Buildings & Improvements | | $3,383.00<br>12/14/2010 | $0.00 | $2,933.14<br>4/30/2019 | $449.86 |
| 177<br>331 | Maintenance Garage<br>Buildings & Improvements | | $191,845.00<br>11/30/2010 | $0.00 | $54,035.59<br>4/30/2019 | $137,809.41 |
| 180<br>334 | Prue Gym Light Fixtrs<br>Buildings & Improvements | | $3,600.00<br>9/30/2010 | $0.00 | $3,145.00<br>4/30/2019 | $455.00 |
| 182<br>336 | HH Wtr Sftnr Gary's<br>Buildings & Improvements | | $11,000.00<br>8/31/2010 | $0.00 | $9,645.50<br>4/30/2019 | $1,354.50 |

6/19/2020 3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 186<br>340 | Birchwood Store Renov<br>Buildings & Improvements | | $46,853.00<br>9/30/2010 | $0.00 | $20,190.95<br>4/30/2019 | $26,662.05 |
| 187<br>341 | Mansion Terrace Renov<br>Buildings & Improvements | | $107,601.00<br>9/30/2010 | $0.00 | $46,368.32<br>4/30/2019 | $61,232.68 |
| 193<br>347 | Birchwood Htg Improvm<br>Buildings & Improvements | | $14,620.00<br>8/31/2010 | $0.00 | $8,484.69<br>4/30/2019 | $6,135.31 |
| 191<br>345 | MAC repair and paint<br>Buildings & Improvements | | $18,999.00<br>8/31/2010 | $0.00 | $16,659.30<br>4/30/2019 | $2,339.70 |
| 198<br>352 | MAC Signage GVH<br>Buildings & Improvements | | $3,651.00<br>11/30/2010 | $0.00 | $2,071.27<br>4/30/2019 | $1,579.73 |
| 200<br>354 | Birchwd Masnry & Step<br>Buildings & Improvements | | $5,000.00<br>6/15/2011 | $0.00 | $1,332.35<br>4/30/2019 | $3,667.65 |
| 210<br>364 | Athl Conf Rm Benn Tle<br>Buildings & Improvements | | $2,214.00<br>10/31/2010 | $0.00 | $1,926.85<br>4/30/2019 | $287.15 |
| 211<br>365 | Ath Trk Lgtng Prue El<br>Buildings & Improvements | | $772.00<br>10/31/2010 | $0.00 | $671.60<br>4/30/2019 | $100.40 |
| 212<br>367 | Ath Hall of Fame Reno<br>Buildings & Improvements | | $872.00<br>12/20/2010 | $0.00 | $490.84<br>4/30/2019 | $381.16 |
| 227<br>382 | Birchwood Barn Doors<br>Buildings & Improvements | | $12,750.00<br>6/6/2011 | $0.00 | $3,395.26<br>4/30/2019 | $9,354.74 |
| 228<br>383 | Library Lighting<br>Buildings & Improvements | | $4,000.00<br>6/9/2011 | $0.00 | $1,609.48<br>4/30/2019 | $2,390.52 |
| 229<br>384 | Theatre Lighting Impr<br>Buildings & Improvements | | $1,408.00<br>12/26/2010 | $0.00 | $590.78<br>4/30/2019 | $817.22 |
| 230<br>385 | Abby Lighting Imprv<br>Buildings & Improvements | | $1,894.00<br>6/21/2011 | $0.00 | $755.70<br>4/30/2019 | $1,138.30 |
| 232<br>387 | Cooler Floor L&G Fabr<br>Buildings & Improvements | | $1,289.00<br>5/31/2011 | $0.00 | $517.48<br>4/30/2019 | $771.52 |
| 243<br>399 | Lighting Improv A-E<br>Buildings & Improvements | | $5,805.00<br>9/30/2011 | $0.00 | $4,468.72<br>4/30/2019 | $1,336.28 |
| 244<br>400 | 2nd Floor Hall Floor<br>Buildings & Improvements | | $3,300.00<br>6/30/2012 | $0.00 | $1,149.12<br>4/30/2019 | $2,150.88 |
| 248<br>405 | MAC Entry Improvem<br>Buildings & Improvements | | $1,743.00<br>8/25/2011 | $0.00 | $1,349.32<br>4/30/2019 | $393.68 |
| 249<br>406 | Library Renovations<br>Buildings & Improvements | | $100,747.00<br>9/30/2011 | $0.00 | $38,364.52<br>4/30/2019 | $62,382.48 |
| 251<br>408 | Masonry Stair Renovtn<br>Buildings & Improvements | | $26,728.00<br>8/31/2011 | $0.00 | $10,274.84<br>4/30/2019 | $16,453.16 |
| 252<br>409 | Ath Conf Room Floor<br>Buildings & Improvements | | $3,209.00<br>7/31/2011 | $0.00 | $1,244.78<br>4/30/2019 | $1,964.22 |
| 257<br>416 | Office Painting<br>Buildings & Improvements | | $1,850.00<br>7/25/2011 | $0.00 | $1,441.05<br>4/30/2019 | $408.95 |
| 258<br>417 | HH Clorination Systm<br>Buildings & Improvements | | $8,500.00<br>2/21/2012 | $0.00 | $6,351.22<br>4/30/2019 | $2,148.78 |
| 259<br>418 | A-E Roof Renovation<br>Buildings & Improvements | | $42,570.00<br>6/30/2012 | $0.00 | $31,040.64<br>4/30/2019 | $11,529.36 |
| 297<br>457 | Mansion Restrrn Masnr<br>Buildings & Improvements | | $2,180.00<br>1/31/2013 | $0.00 | $1,409.24<br>4/30/2019 | $770.76 |
| 298<br>458 | Res Hall Shower<br>Buildings & Improvements | | $404.00<br>2/28/2013 | $0.00 | $258.72<br>4/30/2019 | $145.28 |
| 254<br>411 | Hunter Hall Snack Bar<br>Buildings & Improvements | | $32,536.00<br>10/31/2011 | $0.00 | $12,272.59<br>4/30/2019 | $20,263.41 |

6/19/2020 3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 295<br>455 | Benmont Ave Improvmnt<br>Buildings & Improvements | | $192,938.00<br>7/31/2012 | $0.00 | $130,822.70<br>4/30/2019 | $62,115.30 |
| 305<br>466 | 2nd Floor Restoration<br>Buildings & Improvements | | $2,790.00<br>1/10/2013 | $0.00 | $1,195.06<br>4/30/2019 | $1,594.94 |
| 306<br>467 | HEC x-ray room improv<br>Buildings & Improvements | | $10,999.00<br>12/31/2012 | $0.00 | $7,167.72<br>4/30/2019 | $3,831.28 |
| 311<br>472 | HEC Carpeting<br>Buildings & Improvements | | $3,473.00<br>9/30/2012 | $0.00 | $2,317.94<br>4/30/2019 | $1,155.06 |
| 312<br>473 | 75 Gal Wtr Htr<br>Buildings & Improvements | | $7,927.00<br>1/14/2013 | $0.00 | $3,395.21<br>4/30/2019 | $4,531.79 |
| 313<br>474 | Epoxy Resin Lab CTop<br>Buildings & Improvements | | $3,820.00<br>1/31/2013 | $0.00 | $1,618.80<br>4/30/2019 | $2,201.20 |
| 320<br>481 | HEC 4th floor renovtn<br>Buildings & Improvements | | $5,965.00<br>6/30/2013 | $0.00 | $3,698.30<br>4/30/2019 | $2,266.70 |
| 322<br>483 | Weaver Lndsp Stps Wk<br>Buildings & Improvements | | $4,000.00<br>10/30/2012 | $0.00 | $1,749.80<br>4/30/2019 | $2,250.20 |
| 326<br>487 | AMAG Security System<br>Buildings & Improvements | | $3,322.00<br>10/5/2012 | $0.00 | $2,217.34<br>4/30/2019 | $1,104.66 |
| 337<br>503 | Rm 204 & 3rd floor repairs<br>Buildings & Improvements | | $3,555.26<br>6/30/2014 | $0.00 | $1,847.59<br>4/30/2019 | $1,707.67 |
| 338<br>504 | State Storm Water Run-off Proj<br>Buildings & Improvements | | $4,000.00<br>6/30/2014 | $0.00 | $2,078.71<br>4/30/2019 | $1,921.29 |
| 339<br>505 | Msoc Building Re-do<br>Buildings & Improvements | | $1,200.00<br>6/30/2014 | $0.00 | $623.62<br>4/30/2019 | $576.38 |
| 340<br>506 | Jazzman's Relocation<br>Buildings & Improvements | | $26,365.31<br>8/31/2013 | $0.00 | $15,074.62<br>4/30/2019 | $11,290.69 |
| 341<br>507 | Dorm A Gas Water Heater<br>Buildings & Improvements | | $9,775.00<br>1/1/2014 | $0.00 | $5,362.69<br>4/30/2019 | $4,412.31 |
| 342<br>508 | Carpet for Campus Safety<br>Buildings & Improvements | | $1,754.00<br>9/30/2013 | $0.00 | $992.73<br>4/30/2019 | $761.27 |
| 343<br>509 | Library Repairs<br>Buildings & Improvements | | $2,716.01<br>3/24/2014 | $0.00 | $1,442.88<br>4/30/2019 | $1,273.13 |
| 333<br>499 | Hunter Hall Remaining Basis<br>Buildings & Improvements | | $6,728,592.00<br>3/31/2009 | $0.00 | $1,361,446.46<br>4/30/2019 | $5,367,145.54 |
| 351<br>518 | MAC office Reno<br>Buildings & Improvements | | $7,061.00<br>7/1/2014 | $0.00 | $6,825.64<br>4/30/2019 | $235.36 |
| 352<br>519 | MAC office Reno<br>Buildings & Improvements | | $1,951.20<br>7/18/2014 | $0.00 | $943.08<br>4/30/2019 | $1,008.12 |
| 354<br>521 | Main Bldg 207 Reno<br>Buildings & Improvements | | $5,000.00<br>8/11/2014 | $0.00 | $2,385.91<br>4/30/2019 | $2,614.09 |
| 356<br>523 | Furnace Cafeteria<br>Buildings & Improvements | | $5,543.00<br>11/10/2014 | $0.00 | $2,576.85<br>4/30/2019 | $2,966.15 |
| 358<br>525 | Boiler work, relief valve & pip<br>Buildings & Improvements | | $8,846.00<br>12/9/2014 | $0.00 | $4,003.53<br>4/30/2019 | $4,842.47 |
| 359<br>526 | Smoke/carbon Detectors and i<br>Buildings & Improvements | | $1,137.50<br>12/16/2014 | $0.00 | $1,137.50<br>6/30/2018 | $0.00 |
| 360<br>527 | Heating Pump Hunter Hall<br>Buildings & Improvements | | $1,708.00<br>12/31/2014 | $0.00 | $762.50<br>4/30/2019 | $945.50 |
| 361<br>528 | Shower Repair<br>Buildings & Improvements | | $1,203.70<br>12/31/2014 | $0.00 | $1,203.70<br>6/30/2018 | $0.00 |
| 363<br>530 | Shower Repair<br>Buildings & Improvements | | $1,395.53<br>1/16/2015 | $0.00 | $1,395.53<br>6/30/2018 | $0.00 |

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 365<br>532 | Roof Dorms A/B/C<br>Buildings & Improvements | | $55,286.87<br>5/31/2015 | $0.00 | $14,952.20<br>4/30/2019 | $40,334.67 |
| 366<br>533 | MAC Bldg Improv<br>Buildings & Improvements | | $20,224.64<br>5/31/2015 | $0.00 | $8,406.88<br>4/30/2019 | $11,817.76 |
| 373<br>540 | Handicap Ramp & Elec Upgrad<br>Buildings & Improvements | | $6,491.16<br>8/13/2015 | $0.00 | $4,934.49<br>4/30/2019 | $1,556.67 |
| 377<br>544 | SVC Lab Work (HEC)<br>Buildings & Improvements | | $7,000.00<br>9/11/2015 | $0.00 | $2,638.36<br>4/30/2019 | $4,361.64 |
| 385<br>552 | HEC Sprinkler Improv<br>Buildings & Improvements | | $734.02<br>10/31/2015 | $0.00 | $396.44<br>4/30/2019 | $337.58 |
| 390<br>557 | Wagner House<br>Buildings & Improvements | | $505,277.80<br>12/31/2015 | $0.00 | $43,633.61<br>4/30/2019 | $461,644.19 |
| 391<br>558 | Wagner House<br>Buildings & Improvements | | $10,462.77<br>12/31/2015 | $0.00 | $773.41<br>4/30/2019 | $9,689.36 |
| 392<br>559 | HEC Lab Improvements<br>Buildings & Improvements | | $4,000.00<br>1/21/2016 | $0.00 | $1,379.18<br>4/30/2019 | $2,620.82 |
| 399<br>566 | D Dorm Boiler Replacement<br>Buildings & Improvements | | $2,885.00<br>1/4/2017 | $0.00 | $702.57<br>4/30/2019 | $2,182.43 |
| 400<br>567 | Dining Hall Water Tank Hayde<br>Buildings & Improvements | | $16,194.00<br>2/14/2017 | $0.00 | $3,836.09<br>4/30/2019 | $12,357.91 |
| | Totals for Buildings & Improvements | | $16,104,387.26 | $1,535.50 | $3,334,661.38 | $12,768,190.38 |
| **Intangibles** | | | | | | |
| 202<br>356 | Intangibles<br>Intangibles | | $242,081.00<br>6/15/2011 | $0.00 | $106,918.82<br>4/30/2019 | $135,162.18 |
| 474<br>642 | BCA - Closing Costs<br>Intangibles | | $28,850.65<br>12/15/2017 | $0.00 | $1,513.78<br>4/30/2019 | $27,336.87 |
| 475<br>643 | LAC - Closing Costs (Dinse, K.<br>Intangibles | | $6,704.50<br>1/29/2018 | $0.00 | $331.09<br>4/30/2019 | $6,373.41 |
| 476<br>644 | LAC - Closing Costs (Attorney J<br>Intangibles | | $2,098.00<br>2/26/2018 | $0.00 | $97.14<br>4/30/2019 | $2,000.86 |
| 477<br>645 | LAC - Closing Costs (Att J. Co<br>Intangibles | | $2,603.50<br>4/30/2018 | $0.00 | $104.48<br>4/30/2019 | $2,499.02 |
| | Totals for Intangibles. | | $282,337.65 | $0.00 | $108,965.31 | $173,372.34 |
| **Land** | | | | | | |
| 430<br>597 | Bennington Center for the Arts<br>Land | | $200,000.00<br>12/8/2017 | $0.00 | $0.00 | $200,000.00 |
| 60<br>162 | Land<br>Land | | $483,000.00<br>1/1/1991 | $0.00 | $0.00 | $483,000.00 |
| | Totals for Land: | | $683,000.00 | $0.00 | $0.00 | $683,000.00 |
| **Library** | | | | | | |
| 8?<br>228 | 2008 Library Books<br>Library | | $5,741.00<br>6/30/2008 | $0.00 | $5,741.00<br>6/30/2018 | $0.00 |
| 131<br>284 | Library Books<br>Library | | $5,241.00<br>12/31/2009 | $0.00 | $5,131.80<br>4/30/2019 | $109.20 |
| 118<br>264 | 2009 Library books<br>Library | | $6,580.00<br>12/31/2008 | $0.00 | $6,580.00<br>6/30/2017 | $0.00 |
| 270<br>430 | 2012 Library Books<br>Library | | $3,783.00<br>4/15/2012 | $0.00 | $2,809.74<br>4/30/2019 | $973.26 |
| 332<br>493 | Library Book Purchase<br>Library | | $3,050.00<br>4/30/2013 | $0.00 | $1,923.30<br>4/30/2019 | $1,126.70 |
| 242<br>397 | Library Books<br>Library | | $11,332.00<br>12/31/2010 | $0.00 | $9,789.60<br>4/30/2019 | $1,542.40 |

6/19/2020  3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No. Asset ID | Description Class | Location Department | Depr. Basis In Service Date | Disposal Price Disposal Date | Accum. Depr. Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| | | Totals for Library: | $35,727.00 | $0.00 | $31,975.44 | $3,751.56 |
| **Machinery and Equipment** | | | | | | |
| 319 480 | Install Ice Flaker Gy Machinery and Equipment | | $4,737.00 8/16/2012 | $0.00 | $4,614.83 4/30/2019 | $122.17 |
| 321 482 | Black Epoxy Resin Top Machinery and Equipment | | $3,820.00 1/10/2013 | $0.00 | $2,489.38 4/30/2019 | $1,330.62 |
| 315 476 | US Markrbd Fume Hood Machinery and Equipment | | $1,770.00 11/30/2012 | $0.00 | $1,719.12 4/30/2019 | $50.88 |
| 316 477 | Snowplow Sales 7 1/2' Machinery and Equipment | | $3,765.00 10/31/2012 | $0.00 | $3,660.46 4/30/2019 | $104.54 |
| 307 468 | Snowblower H Mrtnk Machinery and Equipment | | $3,073.00 11/30/2012 | $0.00 | $2,984.60 4/30/2019 | $88.40 |
| 309 470 | Gaumard Pt Care Sims Machinery and Equipment | | $6,493.00 1/31/2013 | $0.00 | $6,293.28 4/30/2019 | $199.72 |
| 310 471 | 3@4dr lat files WBMsn Machinery and Equipment | | $2,277.00 10/31/2012 | $0.00 | $2,213.77 4/30/2019 | $63.23 |
| 296 456 | Fuji 40kw RAD System Machinery and Equipment | | $59,720.00 2/28/2013 | $0.00 | $57,824.16 4/30/2019 | $1,895.84 |
| 255 412 | JD 748 Mower Machinery and Equipment | | $11,500.00 8/23/2011 | $0.00 | $11,500.00 6/30/2018 | $0.00 |
| 256 413 | Range & Fridge Cafe Machinery and Equipment | | $1,058.00 10/19/2011 | $0.00 | $1,058.00 6/30/2018 | $0.00 |
| 327 488 | Dishwasher Booster Heater Machinery and Equipment | | $1,824.78 12/31/2014 | $0.00 | $1,189.38 4/30/2019 | $635.40 |
| 328 489 | Overhead Garage Door Machinery and Equipment | | $2,640.00 11/24/2014 | $0.00 | $2,640.00 6/30/2018 | $0.00 |
| 329 490 | Lot Lighting Machinery and Equipment | | $2,174.40 2/18/2015 | $0.00 | $2,080.78 4/30/2019 | $93.62 |
| 330 491 | Hunter Hall Clorinistion Syste Machinery and Equipment | | $25,481.82 7/31/2013 | $0.00 | $21,234.86 4/30/2019 | $4,246.96 |
| 331 492 | Spirit CT850 Treadmills Machinery and Equipment | | $7,089.95 3/6/2015 | $0.00 | $6,774.85 4/30/2019 | $315.10 |
| 323 484 | Eleven Sofas Machinery and Equipment | | $11,559.34 8/31/2013 | $0.00 | $11,559.34 6/30/2018 | $0.00 |
| 324 485 | Tables and Chairs - Jazzman's Machinery and Equipment | | $1,486.75 8/31/2013 | $0.00 | $1,486.75 6/30/2018 | $0.00 |
| 325 486 | Outdoor Security Camera Wagn Machinery and Equipment | | $1,431.84 10/24/2014 | $0.00 | $1,431.84 6/30/2018 | $0.00 |
| 372 539 | Bleachers MAC Machinery and Equipment | | $38,793.00 8/7/2015 | $0.00 | $20,951.31 4/30/2019 | $17,841.69 |
| 386 553 | Moose Lounge TV Machinery and Equipment | | $568.00 11/4/2015 | $0.00 | $293.92 4/30/2019 | $274.08 |
| 380 547 | Electric Stimulator Machinery and Equipment | | $2,344.00 9/30/2015 | $0.00 | $1,248.28 4/30/2019 | $1,095.72 |
| 381 548 | Collins Spt Med Hydraculator H Machinery and Equipment | | $1,695.00 9/30/2015 | $0.00 | $902.66 4/30/2019 | $792.34 |
| 384 551 | Manchester Power House Machinery and Equipment | | $3,492.72 10/26/2015 | $0.00 | $1,833.69 4/30/2019 | $1,659.03 |
| 403 579 | Scoreboard Machinery and Equipment | | $14,140.00 6/30/2013 | $0.00 | $13,635.00 4/30/2019 | $505.00 |
| 407 583 | Wagner House equipment Machinery and Equipment | | $1,146.40 12/31/2014 | $0.00 | $1,146.40 6/30/2018 | $0.00 |

6/19/2020  3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 393<br>560 | Provost Chairs<br>Machinery and Equipment | | $1,054.70<br>2/8/2016 | $0.00 | $545.78<br>4/30/2019 | $508.92 |
| 396<br>563 | Sports Tapping Table<br>Machinery and Equipment | | $3,470.00<br>8/16/2016 | $0.00 | $1,404.53<br>4/30/2019 | $2,065.47 |
| 274<br>434 | Rabbit Air Purifier<br>Machinery and Equipment | | $590.00<br>10/24/2011 | $0.00 | $590.00<br>6/30/2017 | $0.00 |
| 279<br>439 | 54 JD Front Blade"<br>Machinery and Equipment | | $1,939.00<br>1/30/2012 | $0.00 | $1,939.00<br>6/30/2018 | $0.00 |
| 280<br>440 | 3 Nursing Cabinets<br>Machinery and Equipment | | $1,667.00<br>4/13/2012 | $0.00 | $1,667.00<br>6/30/2018 | $0.00 |
| 281<br>441 | 6' Pool Table<br>Machinery and Equipment | | $1,200.00<br>9/21/2011 | $0.00 | $1,200.00<br>6/30/2018 | $0.00 |
| 286<br>446 | Focused Tech Wht Brd<br>Machinery and Equipment | | $1,127.00<br>8/24/2011 | $0.00 | $1,127.00<br>6/30/2018 | $0.00 |
| 287<br>447 | Volleyball Poles & Eq<br>Machinery and Equipment | | $2,552.00<br>1/20/2012 | $0.00 | $2,552.00<br>6/30/2018 | $0.00 |
| 291<br>451 | Vizio 55 TV Moose L"<br>Machinery and Equipment | | $1,049.00<br>8/24/2011 | $0.00 | $1,049.00<br>6/30/2018 | $0.00 |
| 299<br>459 | R Bissell CFO Furnitr<br>Machinery and Equipment | | $8,750.00<br>2/28/2013 | $0.00 | $8,472.26<br>4/30/2019 | $277.74 |
| 300<br>461 | Nursing Pgm Beds<br>Machinery and Equipment | | $798.00<br>9/30/2012 | $0.00 | $776.68<br>4/30/2019 | $21.32 |
| 301<br>462 | Benmnt Lng Fridge Mic<br>Machinery and Equipment | | $579.00<br>9/30/2012 | $0.00 | $563.50<br>4/30/2019 | $15.50 |
| 302<br>463 | HEC Furniture<br>Machinery and Equipment | | $60,883.20<br>9/30/2012 | $0.00 | $59,252.38<br>4/30/2019 | $1,630.82 |
| 303<br>464 | US Markerbrd HEC Furn<br>Machinery and Equipment | | $17,202.00<br>10/31/2012 | $0.00 | $16,863.48<br>4/30/2019 | $338.52 |
| 304<br>465 | HSI HEC Headwalls<br>Machinery and Equipment | | $11,878.00<br>9/30/2012 | $0.00 | $11,559.88<br>4/30/2019 | $318.12 |
| 260<br>419 | Library Furniture<br>Machinery and Equipment | | $15,570.00<br>7/20/2011 | $0.00 | $15,570.00<br>6/30/2018 | $0.00 |
| 261<br>420 | Bissell Library Furn<br>Machinery and Equipment | | $5,050.00<br>7/26/2011 | $0.00 | $5,050.00<br>6/30/2018 | $0.00 |
| 262<br>421 | Presidents Offc Furn<br>Machinery and Equipment | | $1,247.00<br>8/15/2011 | $0.00 | $1,247.00<br>6/30/2018 | $0.00 |
| 263<br>422 | Conte Office Furnitur<br>Machinery and Equipment | | $2,560.00<br>9/20/2011 | $0.00 | $2,560.00<br>6/30/2018 | $0.00 |
| 264<br>423 | Worthington Dir Furn<br>Machinery and Equipment | | $3,046.00<br>9/24/2011 | $0.00 | $3,046.00<br>6/30/2018 | $0.00 |
| 265<br>424 | HH Cafe Equipment<br>Machinery and Equipment | | $33,720.00<br>2/16/2012 | $0.00 | $33,720.00<br>6/30/2018 | $0.00 |
| 266<br>425 | Backboard Lights<br>Machinery and Equipment | | $1,654.15<br>11/24/2011 | $0.00 | $1,654.15<br>6/30/2018 | $0.00 |
| 267<br>426 | Conte Office Interior<br>Machinery and Equipment | | $4,456.00<br>12/22/2011 | $0.00 | $4,456.00<br>6/30/2018 | $0.00 |
| 268<br>427 | HR Desk WB Mason<br>Machinery and Equipment | | $958.00<br>5/31/2012 | $0.00 | $958.00<br>6/30/2018 | $0.00 |
| 269<br>428 | 20 Classroom Tables<br>Machinery and Equipment | | $4,380.00<br>8/30/2011 | $0.00 | $4,380.00<br>6/30/2018 | $0.00 |
| 250<br>407 | Library Tables<br>Machinery and Equipment | | $15,700.00<br>8/31/2011 | $0.00 | $15,700.00<br>6/30/2018 | $0.00 |

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 245<br>401 | Exmark and Sthil Prod<br>Machinery and Equipment | | $14,144.00<br>5/24/2012 | $0.00 | $14,144.00<br>6/30/2018 | $0.00 |
| 246<br>403 | Kargo Van Racks & Equ<br>Machinery and Equipment | | $2,756.00<br>2/15/2012 | $0.00 | $2,756.00<br>6/30/2018 | $0.00 |
| 247<br>404 | JDeere 54Front Blade"<br>Machinery and Equipment | | $1,939.00<br>1/30/2012 | $0.00 | $1,939.00<br>6/30/2018 | $0.00 |
| 203<br>357 | John Deere 60 Bucket"<br>Machinery and Equipment | | $2,150.00<br>2/28/2011 | $0.00 | $2,150.00<br>6/30/2018 | $0.00 |
| 204<br>358 | Athletics Wshr & Drir<br>Machinery and Equipment | | $9,075.00<br>2/28/2011 | $0.00 | $9,075.00<br>6/30/2018 | $0.00 |
| 205<br>359 | Admissions Desk NBF<br>Machinery and Equipment | | $557.00<br>2/28/2011 | $0.00 | $557.00<br>6/30/2018 | $0.00 |
| 206<br>360 | Oven Griddle Charbrlr<br>Machinery and Equipment | | $9,596.43<br>1/31/2011 | $0.00 | $9,596.43<br>6/30/2018 | $0.00 |
| 207<br>361 | Keiser M3 Exc Bike<br>Machinery and Equipment | | $3,077.00<br>11/30/2010 | $0.00 | $3,077.00<br>6/30/2018 | $0.00 |
| 208<br>362 | Ice Machine Benn Htg<br>Machinery and Equipment | | $4,276.00<br>10/31/2010 | $0.00 | $4,276.00<br>6/30/2018 | $0.00 |
| 209<br>363 | LD Office Furniture<br>Machinery and Equipment | | $13,676.00<br>10/31/2010 | $0.00 | $13,676.00<br>6/30/2018 | $0.00 |
| 201<br>355 | Laerdal VitalSim<br>Machinery and Equipment | | $8,632.29<br>4/30/2011 | $0.00 | $8,632.29<br>6/30/2018 | $0.00 |
| 194<br>348 | Teak Patio Furniture<br>Machinery and Equipment | | $4,114.00<br>8/31/2010 | $0.00 | $4,114.00<br>6/30/2018 | $0.00 |
| 195<br>349 | Collins Stimltn UltSn<br>Machinery and Equipment | | $3,645.00<br>8/31/2010 | $0.00 | $3,645.00<br>6/30/2018 | $0.00 |
| 196<br>350 | Athletics Cmr Equip<br>Machinery and Equipment | | $3,136.00<br>8/31/2010 | $0.00 | $3,136.00<br>6/30/2018 | $0.00 |
| 233<br>388 | LED sign lights MAC<br>Machinery and Equipment | | $1,135.00<br>12/20/2010 | $0.00 | $1,135.00<br>6/30/2018 | $0.00 |
| 237<br>392 | Element 55 LCD TV"<br>Machinery and Equipment | | $1,036.00<br>11/24/2010 | $0.00 | $1,036.00<br>6/30/2018 | $0.00 |
| 238<br>393 | Tractor H. Martinka<br>Machinery and Equipment | | $10,500.00<br>4/19/2011 | $0.00 | $10,500.00<br>6/30/2018 | $0.00 |
| 241<br>396 | 32 Haier Display Ctr"<br>Machinery and Equipment | | $1,227.00<br>1/24/2011 | $0.00 | $1,227.00<br>6/30/2018 | $0.00 |
| 231<br>386 | Mitsubishi AC Comp Rm<br>Machinery and Equipment | | $1,980.00<br>10/26/2010 | $0.00 | $1,980.00<br>6/30/2018 | $0.00 |
| 213<br>368 | NBF Busns Offc Furn<br>Machinery and Equipment | | $1,950.42<br>1/15/2011 | $0.00 | $1,950.42<br>6/30/2018 | $0.00 |
| 214<br>369 | Abby Tables Chrs WBMs<br>Machinery and Equipment | | $7,376.00<br>5/15/2011 | $0.00 | $7,376.00<br>6/30/2018 | $0.00 |
| 215<br>370 | Dn Studnts Furn Conte<br>Machinery and Equipment | | $1,549.00<br>4/30/2011 | $0.00 | $1,549.00<br>6/30/2018 | $0.00 |
| 216<br>371 | Dsk Dn Std from Camlt<br>Machinery and Equipment | | $600.00<br>3/9/2011 | $0.00 | $600.00<br>6/30/2018 | $0.00 |
| 217<br>372 | GVH Banner Athletics<br>Machinery and Equipment | | $980.00<br>12/15/2010 | $0.00 | $980.00<br>6/30/2018 | $0.00 |
| 218<br>373 | Fender Sound Systm MK<br>Machinery and Equipment | | $932.00<br>4/30/2010 | $0.00 | $932.00<br>6/30/2018 | $0.00 |
| 219<br>374 | Dk Grn Backstop<br>Machinery and Equipment | | $2,678.00<br>8/25/2010 | $0.00 | $2,678.00<br>6/30/2018 | $0.00 |

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 225<br>380 | Laerdal Video System<br>Machinery and Equipment | | $9,790.00<br>7/31/2010 | $0.00 | $9,790.00<br>6/30/2018 | $0.00 |
| 226<br>381 | Heat Exchanger 3Wire<br>Machinery and Equipment | | $1,646.00<br>3/31/2011 | $0.00 | $1,646.00<br>6/30/2018 | $0.00 |
| 119<br>268 | LSS shelves<br>Machinery and Equipment | | $440.00<br>5/31/2009 | $0.00 | $440.00<br>6/30/2017 | $0.00 |
| 120<br>269 | Medr Grnt e-book Rdrs<br>Machinery and Equipment | | $617.00<br>6/30/2009 | $0.00 | $617.00<br>6/30/2017 | $0.00 |
| 121<br>271 | Wassmn AV Art Stdio<br>Machinery and Equipment | | $6,096.00<br>1/31/2009 | $0.00 | $6,096.00<br>6/30/2017 | $0.00 |
| 122<br>274 | Carolina  Male & Fem<br>Machinery and Equipment | | $638.00<br>12/31/2008 | $0.00 | $638.00<br>6/30/2017 | $0.00 |
| 123<br>275 | Carolina Leg<br>Machinery and Equipment | | $585.00<br>12/31/2008 | $0.00 | $585.00<br>6/30/2017 | $0.00 |
| 104<br>248 | rkMiles HH blinds<br>Machinery and Equipment | | $8,327.00<br>2/28/2009 | $0.00 | $8,327.00<br>6/30/2017 | $0.00 |
| 105<br>249 | Hayden  HH mech sink<br>Machinery and Equipment | | $970.00<br>1/31/2009 | $0.00 | $970.00<br>6/30/2017 | $0.00 |
| 106<br>250 | Star ElHH kichn equip<br>Machinery and Equipment | | $6,979.00<br>2/28/2009 | $0.00 | $6,979.00<br>6/30/2017 | $0.00 |
| 107<br>251 | NE WoodCrft  HH Mstrs<br>Machinery and Equipment | | $14,635.00<br>2/28/2009 | $0.00 | $14,635.00<br>6/30/2017 | $0.00 |
| 108<br>252 | Star Elec HH Kitchen<br>Machinery and Equipment | | $2,216.00<br>2/28/2009 | $0.00 | $2,216.00<br>6/30/2017 | $0.00 |
| 109<br>253 | Prue Elec lot lt blst<br>Machinery and Equipment | | $1,500.00<br>2/28/2009 | $0.00 | $1,500.00<br>6/30/2017 | $0.00 |
| 110<br>254 | Cmps Safety Offc Furn<br>Machinery and Equipment | | $1,493.00<br>2/28/2009 | $0.00 | $1,493.00<br>6/30/2017 | $0.00 |
| 111<br>255 | MidWest Transformer<br>Machinery and Equipment | | $18,425.00<br>10/31/2008 | $0.00 | $9,881.54<br>6/30/2019 | $8,543.46 |
| 112<br>256 | Door Equip HH<br>Machinery and Equipment | | $42,525.00<br>3/31/2009 | $0.00 | $38,095.67<br>6/30/2019 | $4,429.33 |
| 113<br>258 | Anaconda B'ball Goal<br>Machinery and Equipment | | $2,833.00<br>1/15/2009 | $0.00 | $2,833.00<br>6/30/2017 | $0.00 |
| 114<br>259 | 16 Fldng tbls Laumstr<br>Machinery and Equipment | | $1,029.22<br>12/17/2008 | $0.00 | $1,029.22<br>6/30/2017 | $0.00 |
| 83<br>219 | Grsald Trving Sprinklr<br>Machinery and Equipment | | $7,850.00<br>6/13/2008 | $0.00 | $7,850.00<br>6/30/2017 | $0.00 |
| 137<br>290 | Hunter Hall Wshr Drir<br>Machinery and Equipment | | $1,283.00<br>9/23/2009 | $0.00 | $1,283.00<br>6/30/2017 | $0.00 |
| 138<br>291 | HSI Headwall Sim Lab<br>Machinery and Equipment | | $5,458.00<br>9/30/2009 | $0.00 | $5,458.00<br>6/30/2018 | $0.00 |
| 139<br>292 | NE Woodcraft Furnitur<br>Machinery and Equipment | | $9,392.00<br>1/31/2010 | $0.00 | $9,392.00<br>6/30/2018 | $0.00 |
| 140<br>293 | Ping Pong Table HH<br>Machinery and Equipment | | $705.00<br>7/31/2009 | $0.00 | $705.00<br>6/30/2018 | $0.00 |
| 127<br>280 | FW Webb Wtr Fountain<br>Machinery and Equipment | | $1,120.00<br>7/31/2009 | $0.00 | $1,120.00<br>6/30/2017 | $0.00 |
| 128<br>281 | Sim Lab First Am III<br>Machinery and Equipment | | $123,993.00<br>9/2/2009 | $0.00 | $123,993.00<br>6/30/2017 | $0.00 |
| 129<br>282 | Comalli Group Printer<br>Machinery and Equipment | | $8,175.00<br>9/30/2009 | $0.00 | $8,175.00<br>6/30/2017 | $0.00 |

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 87<br>223 | 2 Wnches Kith's Sports<br>Machinery and Equipment | | $1,200.00<br>3/24/2008 | $0.00 | $1,200.00<br>6/30/2017 | $0.00 |
| 88<br>225 | CBORD 2 Sony Cmrs<br>Machinery and Equipment | | $1,254.00<br>1/31/2008 | $0.00 | $1,254.00<br>6/30/2017 | $0.00 |
| 188<br>342 | Nahanco Store Equipmt<br>Machinery and Equipment | | $879.00<br>9/30/2010 | $0.00 | $879.00<br>6/30/2018 | $0.00 |
| 190<br>344 | Baseball scrn & padng<br>Machinery and Equipment | | $1,935.00<br>9/30/2010 | $0.00 | $1,935.00<br>6/30/2018 | $0.00 |
| 178<br>332 | Wassman Proj and Scrn<br>Machinery and Equipment | | $2,045.00<br>9/14/2010 | $0.00 | $2,045.00<br>6/30/2018 | $0.00 |
| 179<br>333 | Conte Offc Furn Pres<br>Machinery and Equipment | | $7,095.00<br>9/30/2010 | $0.00 | $7,095.00<br>6/30/2018 | $0.00 |
| 150<br>304 | D Herrington York Htr<br>Machinery and Equipment | | $3,633.00<br>3/31/2010 | $0.00 | $3,549.70<br>4/30/2019 | $83.30 |
| 159<br>313 | Birchwood Oil Tank<br>Machinery and Equipment | | $1,618.00<br>3/31/2010 | $0.00 | $744.18<br>4/30/2019 | $873.82 |
| 160<br>314 | Wassman AV Scnc Lb 1<br>Machinery and Equipment | | $6,280.00<br>7/31/2009 | $0.00 | $6,280.00<br>6/30/2018 | $0.00 |
| 161<br>315 | 2 Sanyo PLC XU355 prj<br>Machinery and Equipment | | $4,400.00<br>7/31/2009 | $0.00 | $4,400.00<br>6/30/2017 | $0.00 |
| 163<br>317 | Carolina Locking Cart<br>Machinery and Equipment | | $804.00<br>8/31/2009 | $0.00 | $804.00<br>6/30/2017 | $0.00 |
| 166<br>320 | Adir AV Sim Lab Equip<br>Machinery and Equipment | | $4,634.00<br>9/30/2009 | $0.00 | $4,634.00<br>6/30/2017 | $0.00 |
| 167<br>321 | Appl Bio Stepone Plus<br>Machinery and Equipment | | $23,000.00<br>4/30/2010 | $0.00 | $23,000.00<br>6/30/2018 | $0.00 |
| 168<br>322 | Fisher Sterilizer<br>Machinery and Equipment | | $695.00<br>4/30/2010 | $0.00 | $695.00<br>6/30/2017 | $0.00 |
| 169<br>323 | Spectrafuge C0160<br>Machinery and Equipment | | $1,184.00<br>6/30/2010 | $0.00 | $1,184.00<br>6/30/2018 | $0.00 |
| 170<br>324 | 8 burner LP Grill<br>Machinery and Equipment | | $720.00<br>4/30/2010 | $0.00 | $720.00<br>6/30/2017 | $0.00 |
| 171<br>325 | rkMiles Furniture<br>Machinery and Equipment | | $16,449.00<br>1/31/2010 | $0.00 | $16,449.00<br>6/30/2017 | $0.00 |
| 172<br>326 | Shredder Pres Offc RW<br>Machinery and Equipment | | $500.00<br>11/30/2009 | $0.00 | $500.00<br>6/30/2018 | $0.00 |
| 173<br>327 | Fisher Sci Incubator<br>Machinery and Equipment | | $615.00<br>8/31/2009 | $0.00 | $615.00<br>6/30/2017 | $0.00 |
| 134<br>287 | Dining Hall Wtr Htr<br>Machinery and Equipment | | $800.00<br>10/8/2009 | $0.00 | $800.00<br>6/30/2017 | $0.00 |
| 90<br>229 | Matrix Athl Equip<br>Machinery and Equipment | | $33,122.00<br>8/7/2007 | $0.00 | $33,122.00<br>6/30/2017 | $0.00 |
| 91<br>230 | Libr Equip 2 media rks<br>Machinery and Equipment | | $500.00<br>1/8/2008 | $0.00 | $500.00<br>6/30/2017 | $0.00 |
| 92<br>232 | Wssmn AV Nrsng Rm Eq<br>Machinery and Equipment | | $5,932.00<br>9/29/2008 | $0.00 | $5,932.00<br>6/30/2017 | $0.00 |
| 93<br>233 | Nrsng Dsk Gibal Equip<br>Machinery and Equipment | | $429.00<br>8/29/2008 | $0.00 | $429.00<br>6/30/2018 | $0.00 |
| 94<br>234 | Provst Tble Chrs LaFl<br>Machinery and Equipment | | $645.00<br>7/21/2008 | $0.00 | $645.00<br>6/30/2017 | $0.00 |
| 95<br>235 | Nrsng Asst Cbnt & Chr<br>Machinery and Equipment | | $327.00<br>8/27/2008 | $0.00 | $327.00<br>6/30/2017 | $0.00 |

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 96<br>236 | Crystl Clr 2wy Radios<br>Machinery and Equipment | | $6,646.00<br>9/30/2008 | $0.00 | $6,646.00<br>6/30/2017 | $0.00 |
| 97<br>237 | LaFlamme's Adms Dsk<br>Machinery and Equipment | | $802.00<br>9/12/2008 | $0.00 | $802.00<br>6/30/2017 | $0.00 |
| 98<br>238 | A CMS Sndstations<br>Machinery and Equipment | | $955.00<br>9/10/2008 | $0.00 | $955.00<br>6/30/2017 | $0.00 |
| 99<br>239 | Hubert 8 tables<br>Machinery and Equipment | | $2,231.00<br>8/29/2008 | $0.00 | $2,231.00<br>6/30/2017 | $0.00 |
| 100<br>240 | Hubert 60 chairs<br>Machinery and Equipment | | $2,033.00<br>8/28/2008 | $0.00 | $2,033.00<br>6/30/2017 | $0.00 |
| 101<br>245 | NEWdcrft HH Furn<br>Machinery and Equipment | | $187,761.00<br>3/15/2009 | $0.00 | $187,761.00<br>6/30/2017 | $0.00 |
| 102<br>246 | Stpls Couns Offc Furn<br>Machinery and Equipment | | $1,452.00<br>1/31/2009 | $0.00 | $1,452.00<br>6/30/2017 | $0.00 |
| 68<br>199 | Bizchair Furn Clar<br>Machinery and Equipment | | $5,558.30<br>8/16/2007 | $0.00 | $5,558.30<br>6/30/2018 | $0.00 |
| 69<br>200 | LaFlamme's Furn<br>Machinery and Equipment | | $25,249.98<br>8/16/2007 | $0.00 | $25,249.98<br>6/30/2017 | $0.00 |
| 1<br>26 | Scoreboard<br>Machinery and Equipment | | $3,400.00<br>1/1/2001 | $0.00 | $3,400.00<br>6/30/2017 | $0.00 |
| 2<br>29 | Dorm and classrm furn<br>Machinery and Equipment | | $30,900.00<br>7/11/2002 | $0.00 | $30,900.00<br>6/30/2017 | $0.00 |
| 55<br>147 | Administrative Forum lo<br>Machinery and Equipment | | $648.00<br>10/7/2003 | $0.00 | $409.64<br>6/30/2019 | $238.36 |
| 56<br>151 | 9 Seminar tables<br>Machinery and Equipment | | $3,141.00<br>11/22/2003 | $0.00 | $1,122.98<br>6/30/2019 | $2,018.02 |
| 57<br>152 | White marble bench<br>Machinery and Equipment | | $3,652.00<br>11/22/2003 | $0.00 | $1,905.43<br>6/30/2019 | $1,746.57 |
| 78<br>213 | Dsk Chr Pres Off stp<br>Machinery and Equipment | | $445.00<br>5/2/2008 | $0.00 | $445.00<br>6/30/2017 | $0.00 |
| 79<br>214 | Res Htg Spec<br>Machinery and Equipment | | $16,000.00<br>3/11/2008 | $0.00 | $16,000.00<br>6/30/2018 | $0.00 |
| 80<br>216 | 42Charbrlr Central R<br>Machinery and Equipment | | $4,853.00<br>1/28/2008 | $0.00 | $4,853.00<br>6/30/2018 | $0.00 |
| 389<br>556 | CFO Desk and Cabinets<br>Machinery and Equipment | | $2,392.79<br>12/21/2015 | $0.00 | $1,220.14<br>4/30/2019 | $1,172.65 |
| 494<br>662 | In Kind Tool Donation<br>Machinery and Equipment | | $23,407.85<br>11/28/2018 | $0.00 | $3,901.32<br>4/30/2019 | $19,506.53 |
| | *Totals for Machinery and Equipment* | | *$1,250,821.33* | *$0.00* | *$1,175,718.54* | *$75,102.79* |
| **Roads/Paving/Grounds** | | | | | | |
| 58<br>156 | Kitchen parking lot<br>Roads/Paving/Grounds | | $28,700.00<br>2/15/2004 | $0.00 | $14,123.09<br>6/30/2019 | $14,576.91 |
| 82<br>218 | Applmn Fndtn Fld Impr<br>Roads/Paving/Grounds | | $47,116.00<br>2/11/2008 | $0.00 | $36,593.37<br>6/30/2019 | $10,522.63 |
| 64<br>174 | Res Hall Walkway<br>Roads/Paving/Grounds | | $30,000.00<br>6/15/2006 | $0.00 | $19,968.75<br>6/30/2019 | $10,031.25 |
| 50<br>142 | Stone Wall Rebuilt<br>Roads/Paving/Grounds | | $25,600.00<br>5/12/2004 | $0.00 | $7,842.56<br>6/30/2019 | $17,757.44 |
| 51<br>143 | Security Walkway<br>Roads/Paving/Grounds | | $2,030.00<br>10/14/2003 | $0.00 | $813.38<br>6/30/2019 | $1,216.62 |
| 135<br>288 | Parking Lot Striping<br>Roads/Paving/Grounds | | $2,070.00<br>10/26/2009 | $0.00 | $2,029.76<br>4/30/2019 | $40.24 |

# Southern Vermont College
## Asset Listing

| Asset No.<br>Asset ID | Description<br>Class | Location<br>Department | Depr. Basis<br>In Service Date | Disposal Price<br>Disposal Date | Accum. Depr.<br>Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 136<br>289 | Shrubs in Circle<br>Roads/Paving/Grounds | | $1,168.00<br>10/31/2009 | $0.00 | $746.90<br>4/30/2019 | $421.10 |
| 143<br>296 | Beaudoin Paving HH<br>Roads/Paving/Grounds | | $12,828.00<br>7/17/2009 | $0.00 | $6,260.85<br>4/30/2019 | $6,567.15 |
| 149<br>303 | Baseball Fld Renovtns<br>Roads/Paving/Grounds | | $24,024.00<br>3/31/2010 | $0.00 | $11,047.78<br>4/30/2019 | $12,976.22 |
| 146<br>300 | Hunter Exc HH drainge<br>Roads/Paving/Grounds | | $4,735.00<br>4/30/2010 | $0.00 | $2,161.16<br>4/30/2019 | $2,573.84 |
| 183<br>337 | Roadway Rebuild<br>Roads/Paving/Grounds | | $222,804.00<br>7/31/2010 | $0.00 | $97,607.46<br>4/30/2019 | $125,196.54 |
| 185<br>339 | Birchwood Courtyard<br>Roads/Paving/Grounds | | $46,554.00<br>8/31/2010 | $0.00 | $20,228.86<br>4/30/2019 | $26,325.14 |
| 130<br>283 | Beaudoin Paving Lots<br>Roads/Paving/Grounds | | $83,820.00<br>8/31/2009 | $0.00 | $40,620.16<br>4/30/2019 | $43,199.84 |
| 141<br>294 | RC Pembroke trees<br>Roads/Paving/Grounds | | $9,098.00<br>9/30/2009 | $0.00 | $4,376.96<br>4/30/2019 | $4,721.04 |
| 84<br>220 | Socr Fld Improvements<br>Roads/Paving/Grounds | | $172,379.00<br>5/13/2008 | $0.00 | $64,642.59<br>6/30/2019 | $107,736.41 |
| 133<br>286 | Soccer Fld Elec Svc<br>Roads/Paving/Grounds | | $2,500.00<br>8/11/2009 | $0.00 | $1,220.70<br>4/30/2019 | $1,279.30 |
| 192<br>346 | Roadway Lighting<br>Roads/Paving/Grounds | | $79,300.00<br>9/30/2010 | $0.00 | $34,172.93<br>4/30/2019 | $45,127.07 |
| 253<br>410 | Softball Improvements<br>Roads/Paving/Grounds | | $1,335.00<br>7/31/2011 | $0.00 | $691.60<br>4/30/2019 | $643.40 |
| 401<br>568 | Wagner House Paving<br>Roads/Paving/Grounds | | $21,229.00<br>5/19/2017 | $0.00 | $3,007.04<br>4/30/2019 | $18,221.96 |
| 355<br>522 | Water proofing Dorms<br>Roads/Paving/Grounds | | $4,989.00<br>8/21/2014 | $0.00 | $3,412.61<br>4/30/2019 | $1,576.39 |
| 334<br>500 | HH sitework and imprv Remain<br>Roads/Paving/Grounds | | $255,571.00<br>8/31/2009 | $0.00 | $74,660.55<br>4/30/2019 | $180,910.45 |
| 335<br>501 | Baseball Field Renvtn Remainin<br>Roads/Paving/Grounds | | $3,500.00<br>10/31/2010 | $0.00 | $2,910.07<br>4/30/2019 | $589.93 |
| 336<br>502 | Parking Lot & Lights Remainin<br>Roads/Paving/Grounds | | $105,334.00<br>6/30/2012 | $0.00 | $35,485.86<br>4/30/2019 | $69,848.14 |
| 318<br>479 | Weaver Lndscp Drn Pnd<br>Roads/Paving/Grounds | | $30,000.00<br>10/25/2012 | $0.00 | $9,811.12<br>4/30/2019 | $20,188.88 |
| | Totals for Roads/Paving/Grounds | | $1,216,684.00 | $0.00 | $494,436.11 | $722,247.89 |
| **Vehicles&Rolling Stock** | | | | | | |
| 345<br>512 | TCF Van Lease & Detaling<br>Vehicles&Rolling Stock | | $58,005.85<br>1/30/2014 | $0.00 | $46,346.44<br>4/30/2019 | $11,659.41 |
| 367<br>534 | Chev Trax 2015 & Detail<br>Vehicles&Rolling Stock | | $19,500.00<br>7/6/2015 | $16,482.29<br>8/4/2016 | $3,017.71<br>8/4/2016 | $0.00 |
| 398<br>565 | Chev Equinox 2015 & Detail<br>Vehicles&Rolling Stock | | $21,806.00<br>8/4/2016 | $0.00 | $8,645.96<br>4/30/2019 | $13,160.04 |
| 387<br>554 | Ford F250 8-Dty<br>Vehicles&Rolling Stock | | $43,237.98<br>11/17/2015 | $0.00 | $22,373.95<br>4/30/2019 | $20,864.03 |
| 293<br>453 | 5 2010 Vans, 1 2010 N<br>Vehicles&Rolling Stock | | $149,336.00<br>11/30/2011 | $0.00 | $149,336.00<br>6/30/2018 | $0.00 |
| 277<br>437 | Utility Trailer<br>Vehicles&Rolling Stock | | $1,791.00<br>9/20/2011 | $0.00 | $1,791.00<br>6/30/2018 | $0.00 |
| 278<br>438 | 9' Plow & Spreader<br>Vehicles&Rolling Stock | | $10,330.00<br>12/21/2011 | $0.00 | $10,330.00<br>6/30/2018 | $0.00 |

6/19/2020  3:52:38PM

# Southern Vermont College
## Asset Listing

| Asset No. Asset ID | Description Class | Location Department | Depr. Basis In Service Date | Disposal Price Disposal Date | Accum. Depr. Last Depr. Date | Book Value |
|---|---|---|---|---|---|---|
| 197 351 | Security Light Bar Vehicles&Rolling Stock | | $1,600.00 1/19/2011 | $0.00 | $1,600.00 6/30/2017 | $0.00 |
| 426 593 | John Deere Tractor Vehicles&Rolling Stock | | $29,000.00 9/5/2017 | $0.00 | $7,595.26 4/30/2019 | $21,404.74 |
| 427 594 | Chevy Equinox 2014 Vehicles&Rolling Stock | | $20,106.00 10/4/2017 | $0.00 | $5,265.88 4/30/2019 | $14,840.12 |
| 428 595 | Dodge Ram 2014 Vehicles&Rolling Stock | | $27,520.00 10/5/2017 | $0.00 | $6,224.77 4/30/2019 | $21,295.23 |
| 459 627 | decal lettering 3 vans and 1 pat Vehicles&Rolling Stock | | $1,277.00 11/7/2017 | $0.00 | $258.45 4/30/2019 | $1,018.55 |
| 460 628 | 2015 Honda Odyessy Vehicles&Rolling Stock | | $16,988.85 12/1/2017 | $0.00 | $3,235.99 4/30/2019 | $13,752.86 |
| 461 629 | 2014 John Deere 4052M Compa Vehicles&Rolling Stock | | $4,200.00 5/2/2018 | $0.00 | $550.00 4/30/2019 | $3,650.00 |
| | *Totals for Vehicles&Rolling Stock* | | *$404,698.68* | *$16,482.29* | *$266,571.41* | *$121,644.98* |
| | **GRAND TOTALS:** | | **$20,304,280.92** | **$46,517.79** | **$5,440,024.03** | **$14,846,239.10** |

418 asset(s) listed.

**Southern Vermont College**

| Art # | Artwork | Image | Estimate | Deadline | Sale Date | Notes |
|---|---|---|---|---|---|---|
| 1 | Pabst, Charles<br>*Canyon De Chelly*<br>Oil on Canvas<br>24 x 36<br>Signature- Lower right |  | 2,000-3,000 | | Many at JULY ART of the WEST SALE in Dallas and or future sales dates | |
| 2 | Pabst, Charles<br>*Canyon De Chelly*<br>Oil on Canvas<br>36 x 48<br>Signature- Lower right |  | 2,500-3,500 | | | |
| 3 | Pabst, Charles<br>*Down The Kaibab*<br>Oil on Canvas<br>20 x 16<br>Signature- Lower Right |  | 400-800 | | | |
| 4 | Pabst, Charles<br>*Easy Crossing*<br>Oil on Canvas<br>24 x 36<br>Signature- Lower Left" |  | 1,500-2,500 | | | |
| 5 | Pabst, Charles<br>*Enchanted Canyon*<br>Oil on Canvas<br>12 x 9<br>Signature- Lower right |  | 200-300 | | | |
| 6 | Pabst, Charles<br>*Evening Squall*<br>Oil on Canvas<br>24 x 36<br>Signature- Lower right |  | 1,000-1,500 | | | |
| 7 | Pabst, Charles<br>*Evening Storm*<br>Oil on Canvas<br>48 x 72<br>Signature- Lower right |  | 3,000-5,000 | | | |
| 8 | Pabst, Charles<br>*Freedom's Flight Yosemite*<br>Oil on Canvas<br>60 x 96<br>Signature- Lower right |  | 5,000-7,000 | | | |
| 9 | Pabst, Charles<br>*Gathering Storm*<br>Oil on Canvas<br>36 x 48<br>Signature- Lower right |  | 2,000-3,000 | | | |
| 10 | Pabst, Charles<br>*Hopi Village*<br>Oil on Canvas<br>24 x 20<br>Signature- Lower right |  | 800-1,200 | | | |
| 11 | Pabst, Charles<br>*Kira on Shumopavi*<br>Oil on Canvas<br>16 x 8<br>Signature- Lower right |  | 200-300 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | Pabst, Charles<br>Las Trampas<br>Oil on Canvas<br>24 x 36<br>Signature- Lower right |  | 1,000-1,500 | | | |
| 13 | Pabst, Charles<br>Mesa Verde<br>Oil on Canvas<br>15 x 30<br>Signature- Lower right |  | 800-1,200 | | | |
| 14 | Pabst, Charles<br>Mission Light<br>Oil on Canvas<br>16 x 20<br>Signature- Lower Right |  | 600-800 | | | |
| 15 | Pabst, Charles<br>Monument Sunrise<br>Oil on Canvas<br>16 x 12<br>Signature- Lower right |  | 600-800 | | | |
| 16 | Pabst, Charles<br>Moran Point<br>Oil on Canvas<br>10 x 16<br>Signature- Lower right |  | 700-1,000 | | | |
| 17 | Pabst, Charles<br>Moran Point Grand Union<br>Oil on Canvas<br>80 x 96<br>Signature- Lower right |  | 4,000-6,000 | | | |
| 18 | Pabst, Charles<br>Morning Chores<br>Oil on Canvas<br>20 x 40<br>Signature- Lower right |  | 2,500-3,500 | | | |
| 19 | Pabst, Charles<br>Mountain Mist<br>Oil on Canvas<br>16 x 12<br>Signature- Lower right |  | 600-800 | | | |
| 20 | Pabst, Charles<br>Oak Creek<br>Oil on Canvas<br>12 x 9<br>Signature- Lower right |  | 200-300 | | | |
| 21 | Pabst, Charles<br>Peaceful Encampment<br>Oil on Canvas<br>12 x 24<br>Signature- Lower right |  | 800-1,200 | | | |
| 22 | Pabst, Charles<br>Signs of Trouble<br>Oil on Canvas<br>20 x 16<br>Signature- Lower right |  | 600-800 | | | |
| 23 | Pabst, Charles<br>Sky City<br>Oil on Canvas<br>15 x 30<br>Signature- Lower right |  | 600-800 | | | |
| 24 | Pabst, Charles<br>Spider Rock<br>Oil on Canvas<br>8 x 16<br>Signature- Lower right |  | 300-500 | | | |

| 25 | Pabst, Charles<br>*The Morning Light*<br>Oil on Canvas<br>30 x 40<br>Signature- Lower right |  | 1,000-1,500 | | | |
| 26 | Pabst, Charles<br>*Time Passes*<br>Oil on Canvas<br>8 x 16<br>Signature- Lower right |  | 400-600 | | | |
| 27 | Pabst, Charles<br>*Walpi*<br>Oil on Canvas<br>24 x 30<br>Signature- Lower right |  | 1,000-1,500 | | | |
| 28 | Pabst, Charles<br>*White Dove*<br>Oil on Canvas<br>24 x 36<br>Signature- Lower right |  | 1,000-1,500 | | | |
| 29 | Pabst, Charles<br>*Yellowstone*<br>Oil on Canvas<br>16 x 20<br>Signature- Lower right |  | 2,000-3,000 | | | |

Southern Vermont College

Hannock, Stephen

| Art # | Artwork | Image | Estimate | Deadline | Sale Date | Notes |
|---|---|---|---|---|---|---|
| 2 | Hannock, Stephen<br>*Flooded River*<br>Polished Oil on Canvas<br>36 x 60<br>Signature not found | | $15,000-25,000 | 31-Mar | 20-May | American Art |
| 3 | Hannock, Stephen<br>*Nocturne With New England Church*<br>Polished Oil on Canvas<br>42 x 47 3/4<br>Signature- Side lower right | | $8,000-12,000 | 30-Sep | 24-Nov | American Art |
| 4 | Hannock, Stephen<br>*Oxbow After Church*<br>Polished Oil on Canvas<br>10 x 15<br>2011? | | $8,000-12,000 | 31-Mar | 20-May | American Art |
| 5 | Hannock, Stephen<br>*Tryptych With View of Mt. Equinox*<br>Polished Oil on Canvas<br>96 x 72<br>Signature not found | | $12,000-18,000 | | Fall 2020 | Contemporary Art |
| 6 | Hannock, Stephen<br>*Blacklight Painting*<br>Phosphorescent Acrylic on Canvas<br>1978<br>84 x 108<br>Signature- Lower right | | $10,000-15,000 | 31-Mar | 3-Jun | Contemporary Art |
| 7 | Hannock, Stephen<br>*Maternal Nocturne*<br>Mixed Media on Panel<br>5 x 10 1/4<br>Signature- Verso | | $2,000-3,000 | 30-Sep | 24-Nov | American Art |

8/24/20 11:20AM

Fill in this information to identify the case:

Debtor name   **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Canon Financial Services, Inc.**<br>Creditor's Name<br><br>**14904 Collections Center Drive**<br>**Chicago, IL 60693**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2019-2020**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Copiers (approx. 12 leased)**<br><br><br>**Describe the lien**<br>**Lease**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$22,587.33** | **Unknown** |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** | **Community Bank, N.A.**<br>Creditor's Name<br><br>**5790 Widewaters Parkway**<br>**Syracuse, NY 13214**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2011**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**982 Mansion Drive Bennington Vermont (SVC Campus)**<br><br>**Describe the lien**<br>**First Mortgage**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | **$5,041,812.00** | **$5,750,000.00** |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

Debtor  **Corporation of Southern Vermont College, Inc.**
_____
Name

Case number (if known) _____

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Bank, N.A.**
**2. Fredric Poses**
**3. SVC Funding, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Community Bank, N.A.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      **Unknown**      **$298,929.16**
**Art Collection (See Attached)**

**5790 Widewaters Parkway**
**Syracuse, NY 13214**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Bank, N.A.**
**2. Fredric Poses**

---

| 2.4 | **Community Bank, N.A.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      **Unknown**      **$8,237.09**
**Adams Community Bank - Checking - Acct# 3402**

**5790 Widewaters Parkway**
**Syracuse, NY 13214**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Community Bank, N.A.** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**      **Unknown**      **$75,102.79**
**See Machinery and Equipment on Attached Exhibit A**

**5790 Widewaters Parkway**
**Syracuse, NY 13214**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Community Bank, N.A.**
**2. Fredric Poses**

---

| 2.6 | **Fredric Poses** | Describe debtor's property that is subject to a lien | $2,250,000.00 | $5,750,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**7 Hubert Street**
**New York, NY 10013**

Creditor's mailing address

**982 Mansion Drive Bennington Vermont (SVC Campus)**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.7 | **Fredric Poses** | Describe debtor's property that is subject to a lien | **Unknown** | $4,200,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**7 Hubert Street**
**New York, NY 10013**

Creditor's mailing address

**44 Gypsy Lane Bennington Vermont (Bennington Center for the Arts)**

**Describe the lien**
**Second Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. SVC Funding, LLC**
**2. Fredric Poses**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | 2.8 | **Fredric Poses** | | **Describe debtor's property that is subject to a lien** | Unknown | $369,900.00 |

Creditor's Name

**7 Hubert Street**
**New York, NY 10013**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**897 Monument Avenue (the "Gatehouse" or**
**"Wagner House")**

**Describe the lien**
**Second Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. SVC Funding, LLC**
**2. Fredric Poses**

---

| | 2.9 | **Fredric Poses** | | **Describe debtor's property that is subject to a lien** | Unknown | $298,929.16 |

Creditor's Name

**7 Hubert Street**
**New York, NY 10013**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Art Collection (See Attached)**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2011**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

---

| | 2.10 | **Fredric Poses** | | **Describe debtor's property that is subject to a lien** | Unknown | $75,102.79 |

Creditor's Name

**7 Hubert Street**
**New York, NY 10013**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**See Machinery and Equipment on Attached**
**Exhibit A**

**Describe the lien**
**Non-Purchase Money Security**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor   **Corporation of Southern Vermont College, Inc.**                     Case number (if known) _____
         <sub>Name</sub>

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2011** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | |
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |
| **Specified on line 2.5** | |

---

| 2.1 1 | **SVC Funding, LLC** | **Describe debtor's property that is subject to a lien** | **$1,250,000.00** | **$5,750,000.00** |
|---|---|---|---|---|

|  |  |
|---|---|
| <sub>Creditor's Name</sub> | **982 Mansion Drive Bennington Vermont (SVC Campus)** |
| **c/o Ira Wagner** | |
| **6410 Ridge Drive** | |
| **Bethesda, MD 20816** | |
| Creditor's mailing address | **Describe the lien** |
| | **Third Mortgage** |
| **ira.wagner@googlemail.com** | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **April 29, 2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | |
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, | ☐ Unliquidated |
| including this creditor and its relative | ☐ Disputed |
| priority. | |
| **Specified on line 2.2** | |

---

| 2.1 2 | **SVC Funding, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$4,200,000.00** |
|---|---|---|---|---|

|  |  |
|---|---|
| <sub>Creditor's Name</sub> | **44 Gypsy Lane Bennington Vermont (Bennington Center for the Arts)** |
| **c/o Ira Wagner** | |
| **6410 Ridge Drive** | |
| **Bethesda, MD 20816** | |
| Creditor's mailing address | **Describe the lien** |
| | **First Mortgage** |
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| | |
| **Do multiple creditors have an** | **As of the petition filing date, the claim is:** |
| **interest in the same property?** | Check all that apply |

---

Debtor   **Corporation of Southern Vermont College, Inc.**                                   Case number *(if known)*
_____
Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.7**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **SVC Funding, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$369,900.00** |

Creditor's Name

**c/o Ira Wagner**
**6410 Ridge Drive**
**Bethesda, MD 20816**
Creditor's mailing address

**897 Monument Avenue (the "Gatehouse" or "Wagner House")**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

■ No

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.8**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$8,564,399.33** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Christopher M. Desiderio, Esq.**<br>**Nixon Peabody LLP**<br>**Tower 46**<br>**55 West 46th Street**<br>**New York, NY 10036-4100** | Line  **2.2** | |
| **Christopher M. Desiderio, Esq.**<br>**Nixon Peabody LLP**<br>**Tower 46**<br>**55 West 46th Street**<br>**New York, NY 10036-4100** | Line  **2.3** | |
| **Christopher M. Desiderio, Esq.**<br>**Nixon Peabody LLP**<br>**Tower 46**<br>**55 West 46th Street**<br>**New York, NY 10036-4100** | Line  **2.4** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor **Corporation of Southern Vermont College, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Christopher M. Desiderio, Esq.**<br>**Nixon Peabody LLP**<br>**Tower 46**<br>**55 West 46th Street**<br>**New York, NY 10036-4100** | Line  **2.5** |
| **Derrel M. Mason, Esq.**<br>**Gregory and Adams, PC**<br>**190 Old Ridgefield Road**<br>**Wilton, CT 06897** | Line  **2.6** |
| **Derrel M. Mason, Esq.**<br>**Gregory and Adams, PC**<br>**190 Old Ridgefield Road**<br>**Wilton, CT 06897** | Line  **2.7** |
| **Derrel M. Mason, Esq.**<br>**Gregory and Adams, PC**<br>**190 Old Ridgefield Road**<br>**Wilton, CT 06897** | Line  **2.8** |
| **Derrel M. Mason, Esq.**<br>**Gregory and Adams, PC**<br>**190 Old Ridgefield Road**<br>**Wilton, CT 06897** | Line  **2.9** |
| **Derrel M. Mason, Esq.**<br>**Gregory and Adams, PC**<br>**190 Old Ridgefield Road**<br>**Wilton, CT 06897** | Line  **2.10** |
| **Frederick W. H. Carter, Esq.**<br>**Venable LLP**<br>**600 Massacusetts Avenue, NW**<br>**Washington, DC 20001** | Line  **2.11** |
| **Frederick W.H. Carter, Esq.**<br>**Venable, LLP**<br>**600 Massachusetts Avenue, NW**<br>**Washington, DC 20001** | Line  **2.12** |
| **Frederick W.H. Carter, Esq.**<br>**Venable, LLP**<br>**600 Massachusetts Avenue, NW**<br>**Washington, DC 20001** | Line  **2.13** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |                                                             |                                                                                      | Total claim | Priority amount |
|-----|-------------------------------------------------------------|--------------------------------------------------------------------------------------|-------------|-----------------|
| **2.1** | Priority creditor's name and mailing address<br>**Doug Mears**<br>**309 Beech Street**<br>**Bennington, VT 05201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|     | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**IT Services Provided** |  |  |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**15 New Sudbury Street**<br>**PO Box 9112, Stop 20800**<br>**JFK Federal Buildling**<br>**Boston, MA 02203** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|     | Date or dates debt was incurred | Basis for the claim:<br>**NOTICE PURPOSES ONLY** |  |  |
|     | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|

**Wendy Zieba**
**146 Charlene Street**
**North Adams, MA 01247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Services Provided**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,664.00** |
|---|---|---|---|

**3Cubed Advisory Services, LLC**
**9820 Middle Meadow Road**
**Ellicott City, MD 21042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Services provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Adrian Stein c/o**
**Jonathan M. Cohen, Esq.**
**116 South Street**
**Bennington, VT 05201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Purchase and Sale Contract**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,247.50** |
|---|---|---|---|

**Airborne**
**1701 West 94th Street Suite 225**
**Minneapolis, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$348.00** |
|---|---|---|---|

**Alarms Unlimited**
**PO Box 435**
**Shaftsbury, VT 05262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105.00** |
|---|---|---|---|

**All Out Waste Management**
**2941 VT Route 7A**
**Shaftsbury, VT 05262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Services Provided**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bennington Center for the Arts, Inc.**
**c/o Lon McClintock, Esq.**
**McClintock Law Office, P.C.**
**185 North Street**
**Bennington, VT 05201**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __Various__

Basis for the claim:  __Gifts to college__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bruce Laumeister**
**Lon McClintock, Esq.**
**McClintock Law Office, P.C.**
**185 North Street**
**Bennington, VT 05201**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gifts to College__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,098.36**

**Canon Solutions America, Inc.**
**15004 Collectiosn Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Goods/Services Provided__

Last 4 digits of account number __5813__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,703.71**

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Services provided__

Last 4 digits of account number __2725__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00**

**Digital Ocean, LLC**
**101 Avenue of the Americas**
**10th Floor**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Services Provided__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,548.00**

**Dinse, Knapp & McAndrew, P.C.**
**PO Box 988**
**Burlington, VT 05402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2019-2020__

Basis for the claim:  __Services Provided__

Last 4 digits of account number __98__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Elizabeth Small**
**Lon McClintock, Esq.**
**McClintock Law Office, P.C.**
**185 North Street**
**Bennington, VT 05201**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Gifts to College__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,197.19** |
|---|---|---|---|

**FirstLight Fiber**
**PO Box 1301**
**Williston, VT 05495-1301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Services provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94.31** |
|---|---|---|---|

**Galls, LLC**
**PO Box 1628**
**Chicago, IL 60694-1628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Goods/Services provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,270.81** |
|---|---|---|---|

**Global Montello Group**
**15 N.E. Industrial Road**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$713.45** |
|---|---|---|---|

**Green Mountain Power Corporation**
**PO Box 1611**
**Brattleboro, VT 05302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$317.75** |
|---|---|---|---|

**HNG Sports, LLC**
**PO Box 67**
**Barnstead, NH 03218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,891.44** |
|---|---|---|---|

**Holland & Knight, LLP**
**PO Box 864084**
**Orlando, FL 32886-4084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Jeb Gorham**
**344 Harvest Hills Drive**
**Bennington, VT 05201**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,250.00** |
|---|---|---|---|
| | **LIASION**<br>**311 Arsenal St Suite 15**<br>**Watertown, MA 02472** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Goods/Services Provided** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,952.90** |
|---|---|---|---|
| | **Liberty Mutual Insurance**<br>**PO Box 2839**<br>**New York, NY 10116-2839** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Services Provided** | |
| | Last 4 digits of account number  **3040** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,684.41** |
|---|---|---|---|
| | **Merchants Fleet Management**<br>**1278 Hooksett Road**<br>**Hooksett, NH 03106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Goods/Services Provided** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|
| | **Middlebury College**<br>**Middlebury College Library**<br>**ILL Dept 10 Storrs Avenue**<br>**Middlebury, VT 05753** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Goods/Services Provided** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,250.42** |
|---|---|---|---|
| | **Pitney Bowes**<br>**P.O. Box 371887**<br>**Pittsburgh, PA 15250-7896** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Goods/Services Provided** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$208.59** |
|---|---|---|---|
| | **Progressive Services, Inc.**<br>**1925 S. Rosemary St. #H**<br>**Denver, CO 80231** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Goods/Services Provided** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$882.90** |
|---|---|---|---|
| | **Schindler Elevator Corporation**<br>**PO Box 93050**<br>**Chicago, IL 60673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019-2020** | Basis for the claim:  **Goods/Services Provided** | |
| | Last 4 digits of account number  __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Corporation of Southern Vermont College, Inc.** | |
|---|---|---|
| | Name | Case number (if known) |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$135,101.79** |
|---|---|---|---|

**Sodexo, Inc. & Affiliates**
**PO Box 360170**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,402.50** |
|---|---|---|---|

**Southwestern Vermont Health Care**
**100 Hospital Drive**
**Bennington, VT 05201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|---|

**Stacey Hills**
**PO Box 117**
**Cherry Plain, NY 12040**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.95** |
|---|---|---|---|

**Synchrony Bank/ Amazon**
**PO Box 960016**
**Orlando, FL 32896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,442.00** |
|---|---|---|---|

**Verdolino & Lowey, PC**
**Pine Brook Office Park**
**124 Washington Street**
**Foxboro, MA 02035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019- 2020**

Basis for the claim:  **Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$483.14** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 15062**
**Albany, NY 12212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207,347.33** |
|---|---|---|---|

**Vermont Mill Properties, Inc.**
**160 Benmont Avenue**
**Bennington, VT 05201**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Basis for the claim:  **Lease Payments**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|---|---|---|---|

**Vermont Telephone Company, Inc.**
**354 River Street**
**Springfield, VT 05156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,625.00 |
|---|---|---|---|

**Whitaker Studio**
**899 Coyote GLuch Court**
**Ivins, UT 84738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019-2020**

Basis for the claim:  **Goods/Services Provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Evan J. O'Brien, Esq.**<br>**Downs Rachlin Martin PLLC**<br>**PO Box 190**<br>**Burlington, VT 05402-0190** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Frederick W. H. Carter, Esq.**<br>**Venable LLP**<br>**600 Massachusetts Avenue, NW**<br>**Washington, DC 20001** | Line  **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John D. Stasny, Esq.**<br>**Woolmington Campbell Bent & Stasny, P.C.**<br>**PO Box 2748**<br>**Manchester Center, VT 05255** | Line  **3.33**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Shauna R. Twohig, Esq.**<br>**Hunton Andrews Kurth, LLP**<br>**60 State Street Suite 2400**<br>**Boston, MA 02109** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 686,971.45 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 686,971.45 |

---

8/24/20 11:20AM

**Fill in this information to identify the case:**

Debtor name **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Fine Art Policy (02112)** | |
| | State the term remaining | | **AXA Insurance Company**<br>**125 Broad Street, 5th Floor**<br>**New York, NY 10040** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Irrevocable Pledge Agreement** | |
| | State the term remaining | | **Bennington Center for the Arts, Inc.**<br>**c/o Bruce R. Laumeister**<br>**44 Gypsy Lane**<br>**Bennington, VT 05201** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial general liability and property insurance coverage for Campus (Renewed 07/01/2020) 07/01/2021** | |
| | State the term remaining | | **Berkley Aspire**<br>**14902 N 73rd Street**<br>**Scottsdale, AZ 85260** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease** | |
| | State the term remaining | | **Canon Financial Services, Inc.**<br>**14904 Colelctions Center Drive**<br>**Chicago, IL 60693** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **Corporation of Southern Vermont College, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance Coverage Employment Liability and Director and Officers**<br><br><br>**Cincinnati Insurance Company**<br>**6200 S. Gilmore Road**<br>**Fairfield, OH 45014-5141** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Consulting/Listing Agreement**<br><br>**Until December 31, 2020**<br><br>**Keen-Summit Capital Partners, LLC / TPW**<br>**1 Huntington Quadrangle, Suite 2C04**<br>**Melville, NY 11747** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Insurance policy (3372) (Wagner House)**<br><br><br>**Liberty Mutual Insurance**<br>**PO Box 2839**<br>**New York, NY 10116-2839** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Purchase and Sale Agreement for Campus**<br><br>**Moshe Perlstein of Zichron Chaim**<br>**c/o Carl Lisman, Esq.**<br>**Lisman Leckerling, P.C.**<br>**84 Pine Street 5th Floor**<br>**Burlington, VT 05401** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Occupany Agreement**<br><br><br>**Moshe Perlstein of Zichron Chaim**<br>**c/o Carl Lisman, Esq.**<br>**Lisman Leckerling, P.C.**<br>**84 Pine Street 5th Floor**<br>**Burlington, VT 05401** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any | **Auto insurance coverage for 2016 Ford F250 (Maintenance purposes on campus) 07/01/2021**<br><br>**The Progressive Corporation**<br>**6300 Wilson Mills Road**<br>**Cleveland, OH 44143** |

Debtor 1    **Corporation of Southern Vermont College, Inc.**                                    Case number (*if known*)
_____
First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting/Listing Agreement** | |
|---|---|---|---|
| | State the term remaining | **until December 31, 2020** | **TPW Real Estate LLC / Keen-Summit** |
| | List the contract number of any government contract | | **403 Main Street** |
| | | | **Manchester Center, VT 05255** |

8/24/20 11:20AM

**Fill in this information to identify the case:**

Debtor name    **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF VERMONT

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | Column 2: **Creditor** | |
|---|---|---|---|---|
| **Name** | **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State     Zip Code | | | |
| 2.2 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State     Zip Code | | | |
| 2.3 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State     Zip Code | | | |
| 2.4 _____ | Street _____ | | _____ | ☐ D  ☐ E/F  ☐ G |
| | City          State     Zip Code | | | |

Fill in this information to identify the case:

Debtor name  **Corporation of Southern Vermont College, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF VERMONT

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **7/01/2020** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
| **For the fiscal year:** From  **7/01/2017** to  **6/30/2018** | ■ Operating a business ☐ Other _____ | **$17,774,373.00** |
| **For the fiscal year:** From  **7/01/2016** to  **6/30/2017** | ■ Operating a business ☐ Other _____ | **$15,814,467.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor   **Corporation of Southern Vermont College, Inc.**                                                                   Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fredric Poses v. The Corporation of Southern Vermont College, Inc. 118-5-19 Bncv** | **Collection/Breach of Contract/ Breach of Fiduciary Duty** | **Vermont Superior Court Bennington Unit 207 South Street Bennington, VT 05201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Bennington Center for the Arts, Inc., Bruce Laumeister and Elizabeth Small v. Corporation of Southern Vermont College, Inc. and David R. Evans 138-5-19 Bncv** | **Declaratory Judgment Action; void gifts from Plaintiffs to Debtor** | **Vermont Superior Court Bennington Unit 207 South Street Bennington, VT 05201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Sodexo Vermont, Inc. v. Corporation of Southern Vermont College, Inc. 23-1-20 Bncv** | **Breach of Contract/Collectio n** | **Vermont Superior Court Bennington Unit 207 South Street Bennington, VT 05201** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Vermont Mill Properties, Inc. v. Corporation of Southern Vermont College, Inc. a/k/a Southern Vermont College 281-10-19 Bncv** | **Breach of Contract/ Collection** | **Vermont Superior Court Bennington Unit 207 South Street Bennington, VT 05201** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Corporation of Southern Vermont College, Inc.** | Case number *(if known)* | |

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage to SVC campus and buildings (Hunter Hall)** | **None to Date; claim has been filed** | **July 24, 2020** | **Unknown** |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Facey Goss & McPhee, P.C.**<br>**P.O. Box 578**<br>**71 Allen Street**<br>**Rutland, VT 05702-0578** | **Attorney Fees** | **June 17, 2020 (for initial filing)** | **$8,165.00** |
| | **Email or website address**<br>**hcooper@fgmvt.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Creditor** | | | |

8/24/20 11:20AM

Debtor   **Corporation of Southern Vermont College, Inc.**                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Facey Goss & McPhee, P.C.**<br>**P.O. Box 578**<br>**71 Allen Street**<br>**Rutland, VT 05702-0578** | **Attorney Fees** | **August 24, 2020** | **$3,500.00** |
| Email or website address<br>**hcooper@fgmvt.com** | | | |
| Who made the payment, if not debtor?<br>**Creditor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **160 Benmont Avenue**<br>**Bennington, VT 05201** | **09/2012-05/2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Corporation of Southern Vermont College, Inc.** _____    Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

  - ☐ No Go to Part 10.
  - ■ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **Teachers Insurance and Annuity Association of America College Retirement Equities Fund (TIAA CREF)** | EIN: **51-6559589** |

    Has the plan been terminated?
    - ☐ No
    - ■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

    | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|---|
    | 18.1. | **Bank of Bennington 155 North Street Bennington, VT 05201** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **May 2019** | **$4,000.00** |

19. **Safe deposit boxes**

    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**

    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which debtor does business.

    ☐ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|

8/24/20 11:20AM

Debtor   **Corporation of Southern Vermont College, Inc.**                    Case number *(if known)*

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Secure Shred**<br>**472 Meadowland Drive**<br>**South Burlington, VT 05403** | **Wendy Zieba** | **Record retention/destruction** | ☐ **No**<br>■ **Yes** |
| **MCLA**<br>**375 Church Street**<br>**North Adams, MA 01247** | **N/A** | **Massachusetts College of Liberal Arts serves as custodian to students of Debtor for educational records.** | ☐ **No**<br>■ **Yes** |
| **Vermont Telephone Company, Inc.**<br>**354 River Street**<br>**Springfield, VT 05156** | **Doug Mears; Wendy Zieba** | **Servers** | ☐ **No**<br>■ **Yes** |

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Canon Financial Services, Inc.**<br>**14904 Colelctions Center Drive**<br>**Chicago, IL 60693** | **982 Mansion Drive**<br>**Bennington, VT 05201** | **Canon Copiers (8) subject to lease; located in Mansion, Wagner House, and Art Center** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Wendy Zieba**<br>**146 Charlene Street**<br>**North Adams, MA 01247** | **982 Mansion Drive**<br>**Bennington, VT 05201** | **Personal effects in office** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Vermont Raptor Academy, LLC**<br>**c/o Langrock Sperry & Wool, LLP**<br>**PO Drawer 351**<br>**Middlebury, VT 05753** | **44 Gypsy Lane**<br>**Bennington, VT 05201** | **Woodworking/ carving equipment and tools (Art Center)** | **Unknown** |

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ **No.**
    ☐ **Yes. Provide details below.**

Debtor    **Corporation of Southern Vermont College, Inc.**                              Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Wendy Zieba**<br>**146 Charlene Street**<br>**North Adams, MA 01247** | **2018 to current** |
| 26a.2. | **Thomas J. Sabotka, CPA**<br>**O'Brien Shortle Reynolds & Sabotka, PC**<br>**PO Box 100**<br>**Rutland, VT 05702-0100** | **2018-current** |
| 26a.3. | **Jennifer Macksey**<br>**111 Hospital Avenue**<br>**North Adams, MA 01247** | **2018-2019** |
| 26a.4. | **Kathy Reed**<br>**939 Gage Street**<br>**Bennington, VT 05201** | **2018-2019** |
| 26a.5. | **Glory Daignault**<br>**340 Rice Lane**<br>**Bennington, VT 05201** | **2018-2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Corporation of Southern Vermont College, Inc.**                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Thomas J. Sabotka, CPA**<br>**O'Brien Shortle Reynolds & Sabotka, P.C**<br>**PO Box 100**<br>**Rutland, VT 05702-0100** | **2018-current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **Community Bank, N.A.**<br>**5790 Widewaters Parkway**<br>**Syracuse, NY 13214** | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Newell** | **116 South Street**<br>**Bennington, VT 05201** | **Board Member, Chair** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Deborah E. Wiley** | **The Wiley Foundation**<br>**1125 Park AVenue**<br>**New York, NY 10128** | **Board Member, Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ira Wagner** | **6410 Ridge Drive**<br>**Bethesda, MD 20816** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John Baackes** | **CEO, LA Care**<br>**1055 West Seventh Street, 10th Floor**<br>**Los Angeles, CA 90017** | **Board Member** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carol Conroy, DNP, RN, CENP** | **564 Chittenden Drive**<br>**Arlington, VT 05250** | **Board Member** | |

8/24/20 11:20AM

Debtor **Corporation of Southern Vermont College, Inc.**

Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Hunter | 217 Upland Downs Road<br>Manchester Center, VT 05255 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carmen J. Lawrence, Esq. | King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marjorie Gregg Swain | 612 Cold Spring Road<br>North Bennington, VT 05257 | Board Member | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Teachers Insurance and Annuity Association of America College Retirement Equities Fund (TIAA CREF) | EIN: 51-6559589 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Corporation of Southern Vermont College, Inc.**                        Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **August 24, 2020**

**/s/ David Newell**                                                **David Newell**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Trustee/ Chairman**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Vermont

In re **Corporation of Southern Vermont College, Inc.**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 3,500.00 |
| Prior to the filing of this statement I have received | $ 3,500.00 |
| Balance Due | $ 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify): **Secured Creditor**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 24, 2020** | **/s/ Heather Z. Cooper, Esq.** |
| *Date* | **Heather Z. Cooper, Esq.** |
| | *Signature of Attorney* |
| | **Facey Goss & McPhee, P.C.** |
| | **P.O. Box 578** |
| | **71 Allen Street** |
| | **Rutland, VT 05702-0578** |
| | **(802) 773-3300   Fax: (802) 775-1581** |
| | **hcooper@fgmvt.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Vermont

In re    **Corporation of Southern Vermont College, Inc.**

_____
Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Trustee/ Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **August 24, 2020**
_____

**/s/ David Newell**
_____

**David Newell**/**Trustee/ Chairman**
Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3Cubed Advisory Services, LLC
9820 Middle Meadow Road
Ellicott City, MD 21042

Adrian Stein c/o
Jonathan M. Cohen, Esq.
116 South Street
Bennington, VT 05201

Airborne
1701 West 94th Street Suite 225
Minneapolis, MN 55431

Alarms Unlimited
PO Box 435
Shaftsbury, VT 05262

All Out Waste Management
2941 VT Route 7A
Shaftsbury, VT 05262

Bennington Center for the Arts, Inc.
c/o Lon McClintock, Esq.
McClintock Law Office, P.C.
185 North Street
Bennington, VT 05201

Bennington Center for the Arts, Inc.
c/o Bruce R. Laumeister
44 Gypsy Lane
Bennington, VT 05201

Bruce Laumeister
Lon McClintock, Esq.
McClintock Law Office, P.C.
185 North Street
Bennington, VT 05201

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

Canon Solutions America, Inc.
15004 Collectiosn Center Drive
Chicago, IL 60693

Christopher M. Desiderio, Esq.
Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4100

Comcast
PO Box 70219
Philadelphia, PA 19176-0219

Community Bank, N.A.
5790 Widewaters Parkway
Syracuse, NY 13214

Derrel M. Mason, Esq.
Gregory and Adams, PC
190 Old Ridgefield Road
Wilton, CT 06897

Digital Ocean, LLC
101 Avenue of the Americas
10th Floor
New York, NY 10013

Dinse, Knapp & McAndrew, P.C.
PO Box 988
Burlington, VT 05402

Doug Mears
309 Beech Street
Bennington, VT 05201

Elizabeth Small
Lon McClintock, Esq.
McClintock Law Office, P.C.
185 North Street
Bennington, VT 05201

Evan J. O'Brien, Esq.
Downs Rachlin Martin PLLC
PO Box 190
Burlington, VT 05402-0190

FirstLight Fiber
PO Box 1301
Williston, VT 05495-1301

Frederick W. H. Carter, Esq.
Venable LLP
600 Massacusetts Avenue, NW
Washington, DC 20001

Frederick W.H. Carter, Esq.
Venable, LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

Fredric Poses
7 Hubert Street
New York, NY 10013

Galls, LLC
PO Box 1628
Chicago, IL 60694-1628

Global Montello Group
15 N.E. Industrial Road
Branford, CT 06405

Green Mountain Power Corporation
PO Box 1611
Brattleboro, VT 05302

HNG Sports, LLC
PO Box 67
Barnstead, NH 03218

Holland & Knight, LLP
PO Box 864084
Orlando, FL 32886-4084

Internal Revenue Service Insolvency Unit
15 New Sudbury Street
PO Box 9112, Stop 20800
JFK Federal Buildling
Boston, MA 02203

Jeb Gorham
344 Harvest Hills Drive
Bennington, VT 05201

John D. Stasny, Esq.
Woolmington Campbell Bent & Stasny, P.C.
PO Box 2748
Manchester Center, VT 05255

Keen-Summit Capital Partners, LLC / TPW
1 Huntington Quadrangle, Suite 2C04
Melville, NY 11747

LIASION
311 Arsenal St Suite 15
Watertown, MA 02472

Liberty Mutual Insurance
PO Box 2839
New York, NY 10116-2839

Merchants Fleet Management
1278 Hooksett Road
Hooksett, NH 03106

Middlebury College
Middlebury College Library
ILL Dept 10 Storrs Avenue
Middlebury, VT 05753

Moshe Perlstein of Zichron Chaim
c/o Carl Lisman, Esq.
Lisman Leckerling, P.C.
84 Pine Street 5th Floor
Burlington, VT 05401

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7896

Progressive Services, Inc.
1925 S. Rosemary St. #H
Denver, CO 80231

Schindler Elevator Corporation
PO Box 93050
Chicago, IL 60673

Shauna R. Twohig, Esq.
Hunton Andrews Kurth, LLP
60 State Street Suite 2400
Boston, MA 02109

Sodexo, Inc. & Affiliates
PO Box 360170
Pittsburgh, PA 15251

Southwestern Vermont Health Care
100 Hospital Drive
Bennington, VT 05201

Stacey Hills
PO Box 117
Cherry Plain, NY 12040

SVC Funding, LLC
c/o Ira Wagner
6410 Ridge Drive
Bethesda, MD 20816

Synchrony Bank/ Amazon
PO Box 960016
Orlando, FL 32896

TPW Real Estate LLC / Keen-Summit
403 Main Street
Manchester Center, VT 05255

Verdolino & Lowey, PC
Pine Brook Office Park
124 Washington Street
Foxboro, MA 02035

Verizon Wireless
PO Box 15062
Albany, NY 12212

Vermont Mill Properties, Inc.
160 Benmont Avenue
Bennington, VT 05201

Vermont Telephone Company, Inc.
354 River Street
Springfield, VT 05156

Wendy Zieba
146 Charlene Street
North Adams, MA 01247

Whitaker Studio
899 Coyote GLuch Court
Ivins, UT 84738

# United States Bankruptcy Court
## District of Vermont

In re   **Corporation of Southern Vermont College, Inc.**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Corporation of Southern Vermont College, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 24, 2020**

Date

**/s/ Heather Z. Cooper, Esq.**

**Heather Z. Cooper, Esq.**

Signature of Attorney or Litigant

Counsel for    **Corporation of Southern Vermont College, Inc.**

**Facey Goss & McPhee, P.C.**

**P.O. Box 578**
**71 Allen Street**
**Rutland, VT 05702-0578**
**(802) 773-3300 Fax:(802) 775-1581**
**hcooper@fgmvt.com**