## Corporate Resolution and Unanimous Consent
### of Corporation of Southern Vermont College, Inc.

WHEREAS, Corporation of Southern Vermont College, Inc. a Vermont Non-Profit Corporation with the noticing address of 982 Mansion Drive, Bennington, VT 05201 (the "Corporation"); and

WHEREAS, the Board of the Corporation desires to authorize the filing of a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code as being in the best interests of the Corporation's outstanding creditors and further wishes to authorize the Corporate Board Chair, David Newell, to take all actions in connection with the same.

NOW THEREFORE, it is unanimously resolved that the Corporation shall file a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code. It is further resolved that David Newell, be authorized to execute all documents and to take all other actions necessary in connection with the Corporation's filing for bankruptcy relief, hereby ratifying any and all such actions taken by said Corporation heretofore.

DATED this 11 day of June, 2020.

A True Copy.

_____
Secretary

**RATIFIED AND AFFIRMED**

_____
David Newell, Board Chair
Corporation of Southern Vermont College, Inc.