**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Corporation of Southern Vermont College, Inc.**<br>Name | EIN **03–0214106** |
| United States Bankruptcy Court **District of Vermont**<br>Case number: **20–10268** | | Date case filed for chapter **7  8/24/20** |

Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Corporation of Southern Vermont College, Inc. | |
| 2. **All other names used in the last 8 years** | dba Southern Vermont College | |
| 3. **Address** | PO Box 377<br>Bennington, VT 05201 | |
| 4. **Debtor's attorney**<br>Name and address | Heather Z Cooper<br>Facey Goss & McPhee PC<br>PO Box 578<br>Rutland, VT 05702–0578 | Contact phone 802–773–3300<br>Email _____ |
| 5. **Bankruptcy trustee**<br>Name and address | Raymond J Obuchowski, Chapter 7 Trustee<br>PO Box 60<br>Bethel, VT 05032–0060 | Contact phone (802) 234–6244<br>Email _____ |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U. S. Bankruptcy Court – Burlington<br>11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (844) 644–7459<br><br>Date: 8/24/20 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 16, 2020 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**TELEPHONIC/VIDEO MEETING DUE TO COVID–19**<br>**Check the docket for call in information or contact the Trustee listed in Section 5.** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**        page **1**

```
                             United States Bankruptcy Court
                                   District of Vermont
In re:                                                              Case No. 20-10268-cab
Corporation of Southern Vermont College,                            Chapter 7
          Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0210-2          User: admin                 Page 1 of 2         Date Rcvd: Aug 24, 2020
                              Form ID: 309C               Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2020.
db             +Corporation of Southern Vermont College, Inc.,    PO Box 377,   Bennington, VT 05201-0377
ust            +U S Trustee,   Office of the United States Trustee,   Leo O'Brien Federal Building,
                 11A Clinton Ave., Room 620,   Albany, NY 12207-2370
cr             +Community Bank, N.A.,   Post Office Box 1009,   Burlington, VT 05402-1009
861941         +3Cubed Advisory Services, LLC,   9820 Middle Meadow Road,   Ellicott City, MD 21042-6200
861942         +Adrian Stein c/o,   Jonathan M. Cohen, Esq.,   116 South Street,   Bennington, VT 05201-2244
861943         +Airborne,   1701 West 94th Street Suite 225,   Minneapolis, MN 55431-2350
861944         +Alarms Unlimited,   PO Box 435,   Shaftsbury, VT 05262-0435
861945         +All Out Waste Management,   2941 VT Route 7A,   Shaftsbury, VT 05262-9286
861947         +Bennington Center for the Arts, Inc.,   c/o Bruce R. Laumeister,   44 Gypsy Lane,
                 Bennington, VT 05201-9692
861946         +Bennington Center for the Arts, Inc.,   c/o Lon McClintock, Esq.,   McClintock Law Office, P.C.,
                 185 North Street,   Bennington, VT 05201-1813
861948         +Bruce Laumeister,   Lon McClintock, Esq.,   McClintock Law Office, P.C.,   185 North Street,
                 Bennington, VT 05201-1813
861949         +Canon Financial Services, Inc.,   14904 Collections Center Drive,   Chicago, IL 60693-0149
861950         +Canon Solutions America, Inc.,   15004 Collectiosn Center Drive,   Chicago, IL 60693-0001
861951         +Christopher M. Desiderio, Esq.,   Nixon Peabody LLP,   Tower 46,   55 West 46th Street,
                 New York, NY 10036-4277
861953         +Community Bank, N.A.,   5790 Widewaters Parkway,   Syracuse, NY 13214-1883
861954         +Derrel M. Mason, Esq.,   Gregory and Adams, PC,   190 Old Ridgefield Road,
                 Wilton, CT 06897-4088
861955         +Digital Ocean, LLC,   101 Avenue of the Americas,   10th Floor,   New York, NY 10013-1905
861956         +Dinse, Knapp & McAndrew, P.C.,   PO Box 988,   Burlington, VT 05402-0988
861957         +Doug Mears,   309 Beech Street,   Bennington, VT 05201-2693
861958         +Elizabeth Small,   Lon McClintock, Esq.,   McClintock Law Office, P.C.,   185 North Street,
                 Bennington, VT 05201-1813
861959          Evan J. O'Brien, Esq.,   Downs Rachlin Martin PLLC,   PO Box 190,   Burlington, VT 05402-0190
861960          FirstLight Fiber,   PO Box 1301,   Williston, VT 05495-1301
861961         +Frederick W. H. Carter, Esq.,   Venable LLP,   600 Massacusetts Avenue, NW,
                 Washington, DC 20001-3542
861962         +Frederick W.H. Carter, Esq.,   Venable, LLP,   600 Massachusetts Avenue, NW,
                 Washington, DC 20001-3542
861963         +Fredric Poses,   7 Hubert Street,   New York, NY 10013-2063
861964         +Galls, LLC,   PO Box 1628,   Chicago, IL 60690-1628
861965         +Global Montello Group,   15 N.E. Industrial Road,   Branford, CT 06405-2844
861966         +Green Mountain Power Corporation,   PO Box 1611,   Brattleboro, VT 05302-1611
861967         +HNG Sports, LLC,   PO Box 67,   Barnstead, NH 03218-0067
861968          Holland & Knight, LLP,   PO Box 864084,   Orlando, FL 32886-4084
861970          Jeb Gorham,   344 Harvest Hills Drive,   Bennington, VT 05201
861971         +John D. Stasny, Esq.,   Woolmington Campbell Bent & Stasny, P.C.,   PO Box 2748,
                 Manchester Center, VT 05255-2748
861972         +Keen-Summit Capital Partners, LLC / TPW,   1 Huntington Quadrangle, Suite 2C04,
                 Melville, NY 11747-4424
861973         +LIASION,   311 Arsenal St Suite 15,   Watertown, MA 02472-2784
861974          Liberty Mutual Insurance,   PO Box 2839,   New York, NY 10116-2839
861975         +Merchants Fleet Management,   1278 Hooksett Road,   Hooksett, NH 03106-1820
861976          Middlebury College,   Middlebury College Library,   ILL Dept 10 Storrs Avenue,
                 Middlebury, VT 05753
861977         +Moshe Perlstein of Zichron Chaim,   c/o Carl Lisman, Esq.,   Lisman Leckerling, P.C.,
                 84 Pine Street 5th Floor,   Burlington, VT 05401-4696
861978          Pitney Bowes,   P.O. Box 371887,   Pittsburgh, PA 15250-7896
861979         +Progressive Services, Inc.,   1925 S. Rosemary St. #H,   Denver, CO 80231-3233
861985         +SVC Funding, LLC,   c/o Ira Wagner,   6410 Ridge Drive,   Bethesda, MD 20816-2638
861980         +Schindler Elevator Corporation,   PO Box 93050,   Chicago, IL 60673-3050
861981         +Shauna R. Twohig, Esq.,   Hunton Andrews Kurth, LLP,   60 State Street Suite 2400,
                 Boston, MA 02109-1800
861982         +Sodexo, Inc. & Affiliates,   PO Box 360170,   Pittsburgh, PA 15251-6170
861983         +Southwestern Vermont Health Care,   100 Hospital Drive,   Bennington, VT 05201-5013
861984         +Stacey Hills,   PO Box 117,   Cherry Plain, NY 12040-0117
861987          TPW Real Estate LLC / Keen-Summit,   403 Main Street,   Manchester Center, VT 05255
861990         +Vermont Mill Properties, Inc.,   160 Benmont Avenue,   Bennington, VT 05201-1873
861991         +Vermont Telephone Company, Inc.,   354 River Street,   Springfield, VT 05156-2241
861992         +Wendy Zieba,   146 Charlene Street,   North Adams, MA 01247-2876
861993         +Whitaker Studio,   899 Coyote GLuch Court,   Ivins, UT 84738-6326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: hcooper@fgmvt.com Aug 24 2020 20:52:38     Heather Z Cooper,
                 Facey Goss & McPhee PC,   PO Box 578,   Rutland, VT 05702-0578
tr              EDI: BRJOBUCHOWSKI.COM Aug 25 2020 00:58:00      Raymond J Obuchowski, Chapter 7 Trustee,
                 PO Box 60,   Bethel, VT 05032-0060
861952          EDI: COMCASTCBLCENT Aug 25 2020 00:58:00      Comcast,   PO Box 70219,
                 Philadelphia, PA 19176-0219
```

```
District/off: 0210-2           User: admin              Page 2 of 2                  Date Rcvd: Aug 24, 2020
                               Form ID: 309C            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
861969           EDI: IRS.COM Aug 25 2020 00:58:00      Internal Revenue Service Insolvency Unit,
                 15 New Sudbury Street,    PO Box 9112, Stop 20800,    JFK Federal Buildling,    Boston, MA 02203
861986          +EDI: RMSC.COM Aug 25 2020 00:58:00      Synchrony Bank/ Amazon,    PO Box 960016,
                 Orlando, FL 32896-0016
861988          +E-mail/Text: ebn@vlpc.com Aug 24 2020 20:52:39       Verdolino & Lowey, PC,
                 Pine Brook Office Park,    124 Washington Street,    Foxboro, MA 02035-1368
861989          +EDI: VERIZONCOMB.COM Aug 25 2020 00:58:00      Verizon Wireless,    PO Box 15062,
                 Albany, NY 12212-5062
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             ##+Alexandra E. Edelman,    Primmer Piper Eggleston & Cramer,    150 South Champlain Street,
                  Burlington, VT 05401-4771
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
```
              Alexandra E. Edelman    on behalf of Creditor    Community Bank, N.A. aedelman@primmer.com,
               cmeilleur@primmer.com
              Heather Z Cooper    on behalf of Debtor    Corporation of Southern Vermont College, Inc.
               hcooper@fgmvt.com,    lclifford@fgmvt.com
              Raymond J Obuchowski, Chapter 7 Trustee    ray@oeblaw.com,
               VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
                                                                                              TOTAL: 4
```