UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

Filed & Entered
On Docket
September 15, 2020

IN RE: )
)
CORPORATION OF SOUTHERN ) Case No. 20-10268 cab
VERMONT COLLEGE, INC. ) Chapter 7 case
Debtor. )

ORDER APPROVING RETENTION OF SPECIAL COUNSEL
PURSUANT TO 11 U.S.C. §329(a)

**UPON CONSIDERATION** of the Application of the Trustee to Employ Special Counsel, and it appearing that Ryan Smith & Carbine, Ltd., of Rutland, Vermont is disinterested firm and that the employment of said firm generally by the Trustee is in the best interest of this estate based on the work Ryan Smith & Carbine, Ltd. is to provide on behalf of the Estate, it is hereby

**ORDERED** that Raymond J. Obuchowski Trustee herein, is authorized to retain Ryan Smith & Carbine Ltd, generally, as Special Transactional Counsel for the Trustee, under a general retainer pursuant to 11 U.S.C. §329(A) effective as of the date that the Application was filed with the Bankruptcy Court; and,

**ORDERED**, that ten business days prior to any increases in Ryan Smith & Carbine's rates for any individual employed by Ryan Smith and Carbine and retained by the Trustee pursuant to court order, Ryan Smith and Carbine shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise

respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee's Final Report to the United States Trustee.

**IT IS FURTHER ORDERED** that the compensation of said law firm for its services on behalf of the Trustee of the Debtor's Estate shall be hereafter fixed by the Court, upon proper application or application thereof.

**IT IS FURTHER ORDERED** upon employment of Special Counsel for real estate and transactional work, duplicative services are to be avoided as between general counsel and special counsel, and that duplicative services will not be compensated.

DATED in Burlington, Vermont, this September 15, 2020.

_____
Honorable Colleen A. Brown
U.S. Bankruptcy Judge

United States Bankruptcy Court
District of Vermont

In re: Case No. 20-10268-cab
Corporation of Southern Vermont College, Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0210-2    User: admin    Page 1 of 1    Date Rcvd: Sep 15, 2020
                   Form ID: pdf678    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
```
db             +Corporation of Southern Vermont College, Inc.,    PO Box 377,    Bennington, VT 05201-0377
aty            +Christopher M Desiderio,    Nixon Peabody LLP,    Tower 46,    55 West 46th Street, 24th floor,
                 New York, NY 10036-4277
cr             +Community Bank, N.A.,    Post Office Box 1009,    Burlington, VT 05402-1009
cr             +Town of Bennington,    205 South Street,    Bennington, VT 05201-2297
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
sp              E-mail/Text: eag@rsclaw.com Sep 15 2020 21:14:29      Elizabeth A. Glynn,
                 Ryan, Smith & Carbine, Ltd.,    98 Merchants Row,    PO Box 310,    Rutland, VT  05702-0310
```
                                                                                                                                                       TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2020 at the address(es) listed below:
```
              Alexandra E. Edelman    on behalf of Creditor    Community Bank, N.A. aedelman@primmer.com,
               cmeilleur@primmer.com
              Amy Judith Ginsberg    on behalf of U.S. Trustee    U S Trustee amy.j.ginsberg@usdoj.gov
              Heather Z Cooper    on behalf of Debtor    Corporation of Southern Vermont College, Inc.
               hcooper@fgmvt.com, lclifford@fgmvt.com
              Merrill Elizabeth Bent    on behalf of Creditor    Town of Bennington Merrill@greenmtlaw.com,
               lindsay@greenmtlaw.com
              Raymond J Obuchowski    on behalf of Trustee Raymond J Obuchowski, Chapter 7 Trustee
               ray@oeblaw.com, marie@oeblaw.com;brian@oeblaw.com;G18313@notify.cincompass.com
              Raymond J Obuchowski, Chapter 7 Trustee    ray@oeblaw.com,
               VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
              U S Trustee    ustpregion02.vt.ecf@usdoj.gov
```
                                                                                                                                                               TOTAL: 7