# United States Bankruptcy Court

## District of Vermont



Filed & Entered
On Docket
September 23, 2020

In re:

Corporation of Southern Vermont College, Inc. (other names used by debtor: Southern Vermont College)
Employer Tax–Identification No (EIN): 03–0214106
Debtor.

Case Number: 20–10268 cab
Chapter: 7

### NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in the above–captioned case, scheduled for 10/16/2020 at 10:30 am will take place at the same date and time but will be held telephonically.

<u>NO PERSONAL APPEARANCES PERMITTED</u>

### INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE:

1. All parties wishing to appear shall dial into the 341meeting using the following dialing instructions:
   Meeting Dial–in No: 877–775–7083
   Participant Code: 1739668#

2. Parties should call in promptly at the time listed above.

3. Telephonic appearances shall be conducted in accordance with the UST's current applicable procedures for telephonic meetings.

4. **IDENTIFICATION** – No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof of social security number. Identification documents must be in accordance with current applicable procedures.

5. **ADMINISTRATION OF OATH** – Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths. This form must be returned to the trustee immediately following the 341 meeting.

6. If strict compliance with the procedures set forth in #5 above are not possible or practicable under the circumstances, the trustee can administer the oath telephonically **ONLY IF PRIOR TO THE 341 MEETING** debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in–person; and (b) the attorney examined the debtor's original identification documents and social security number.

7. In every case, the trustee must receive <u>one</u> of these declarations, fully completed and signed.

Dated: September 23, 2020

Raymond J Obuchowski, Chapter 7 Trustee
Standing Case Trustee
PO Box 60
Bethel, VT 05032–0060
(802) 234–6244

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave

Tel. (844) 644–7459
VCIS* (866) 222–8029
* Voice Case Information System

P.O. Box 1663
Burlington, VT 05402−1663

http://www.vtb.uscourts.gov
Form Trtelnm − rjo

United States Bankruptcy Court
District of Vermont

In re:
Corporation of Southern Vermont College,
        Debtor

Case No. 20-10268-cab

Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0210-2      User: admin            Page 1 of 2              Date Rcvd: Sep 23, 2020
                          Form ID: TrTelnm        Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2020.
db        +Corporation of Southern Vermont College, Inc.,   PO Box 377,   Bennington, VT 05201-0377
aty       +Christopher M Desiderio,   Nixon Peabody LLP,   Tower 46,   55 West 46th Street, 24th floor,
            New York, NY 10036-4277
cr        +Community Bank, N.A.,   Post Office Box 1009,   Burlington, VT 05402-1009
cr        +Town of Bennington,   205 South Street,   Bennington, VT 05201-2297
861941    +3Cubed Advisory Services, LLC,   9820 Middle Meadow Road,   Ellicott City, MD 21042-6200
861942    +Adrian Stein c/o,   Jonathan M. Cohen, Esq.,   116 South Street,   Bennington, VT 05201-2244
861943    +Airborne,   1701 West 94th Street Suite 225,   Minneapolis, MN 55431-2350
861944    +Alarms Unlimited,   PO Box 435,   Shaftsbury, VT 05262-0435
861945    +All Out Waste Management,   2941 VT Route 7A,   Shaftsbury, VT 05262-9286
861947    +Bennington Center for the Arts, Inc.,   c/o Bruce R. Laumeister,   44 Gypsy Lane,
            Bennington, VT 05201-9692
861946    +Bennington Center for the Arts, Inc.,   c/o Lon McClintock, Esq.,   McClintock Law Office, P.C.,
            185 North Street,   Bennington, VT 05201-1813
861948    +Bruce Laumeister,   Lon McClintock, Esq.,   McClintock Law Office, P.C.,   185 North Street,
            Bennington, VT 05201-1813
861949    +Canon Financial Services, Inc.,   14904 Collections Center Drive,   Chicago, IL 60693-0149
861950    +Canon Solutions America, Inc.,   15004 Collectiosn Center Drive,   Chicago, IL 60693-0001
861951    +Christopher M. Desiderio, Esq.,   Nixon Peabody LLP,   Tower 46,   55 West 46th Street,
            New York, NY 10036-4277
861953    +Community Bank, N.A.,   5790 Widewaters Parkway,   Syracuse, NY 13214-1883
861954    +Derrel M. Mason, Esq.,   Gregory and Adams, PC,   190 Old Ridgefield Road,
            Wilton, CT 06897-4088
861955    +Digital Ocean, LLC,   101 Avenue of the Americas,   10th Floor,   New York, NY 10013-1905
861956    +Dinse, Knapp & McAndrew, P.C.,   PO Box 988,   Burlington, VT 05402-0988
861957    +Doug Mears,   309 Beech Street,   Bennington, VT 05201-2693
861958    +Elizabeth Small,   Lon McClintock, Esq.,   McClintock Law Office, P.C.,   185 North Street,
            Bennington, VT 05201-1813
861959     Evan J. O'Brien, Esq.,   Downs Rachlin Martin PLLC,   PO Box 190,   Burlington, VT 05402-0190
861960     FirstLight Fiber,   PO Box 1301,   Williston, VT 05495-1301
861961    +Frederick W. H. Carter, Esq.,   Venable LLP,   600 Massachusetts Avenue, NW,
            Washington, DC 20001-3542
861962    +Frederick W.H. Carter, Esq.,   Venable, LLP,   600 Massachusetts Avenue, NW,
            Washington, DC 20001-3542
861963    +Fredric Poses,   7 Hubert Street,   New York, NY 10013-2063
861964    +Galls, LLC,   PO Box 1628,   Chicago, IL 60690-1628
861965    +Global Montello Group,   15 N.E. Industrial Road,   Branford, CT 06405-2844
861966    +Green Mountain Power Corporation,   PO Box 1611,   Brattleboro, VT 05302-1611
861967    +HNG Sports, LLC,   PO Box 67,   Barnstead, NH 03218-0067
861968     Holland & Knight, LLP,   PO Box 864084,   Orlando, FL 32886-4084
861970     Jeb Gorham,   344 Harvest Hills Drive,   Bennington, VT 05201
861971    +John D. Stasny, Esq.,   Woolmington Campbell Bent & Stasny, P.C.,   PO Box 2748,
            Manchester Center, VT 05255-2748
861972    +Keen-Summit Capital Partners, LLC / TPW,   1 Huntington Quadrangle, Suite 2C04,
            Melville, NY 11747-4424
861973    +LIASION,   311 Arsenal St Suite 15,   Watertown, MA 02472-2784
861974     Liberty Mutual Insurance,   PO Box 2839,   New York, NY 10116-2839
861975    +Merchants Fleet Management,   1278 Hooksett Road,   Hooksett, NH 03106-1820
861976     Middlebury College,   Middlebury College Library,   ILL Dept 10 Storrs Avenue,
            Middlebury, VT 05753
861977    +Moshe Perlstein of Zichron Chaim,   c/o Carl Lisman, Esq.,   Lisman Leckerling, P.C.,
            84 Pine Street 5th Floor,   Burlington, VT 05401-4696
861978     Pitney Bowes,   P.O. Box 371887,   Pittsburgh, PA 15250-7896
861979    +Progressive Services, Inc.,   1925 S. Rosemary St. #H,   Denver, CO 80231-3233
861985    +SVC Funding, LLC,   c/o Ira Wagner,   6410 Ridge Drive,   Bethesda, MD 20816-2638
861980    +Schindler Elevator Corporation,   PO Box 93050,   Chicago, IL 60673-3050
861981    +Shauna R. Twohig, Esq.,   Hunton Andrews Kurth, LLP,   60 State Street Suite 2400,
            Boston, MA 02109-1800
861982    +Sodexo, Inc. & Affiliates,   PO Box 360170,   Pittsburgh, PA 15251-6170
861983    +Southwestern Vermont Health Care,   100 Hospital Drive,   Bennington, VT 05201-5013
861984    +Stacey Hills,   PO Box 117,   Cherry Plain, NY 12040-0117
861987     TPW Real Estate LLC / Keen-Summit,   403 Main Street,   Manchester Center, VT 05255
862332    +Town of Bennington,   c/o Merrill E. Bent, Esq.,   Woolmington, Campbell, Bent & Stasny, P.,
            4900 Main Street, PO Box 2748,   Manchester Center, VT 05255-2748
861988    +Verdolino & Lowey, PC,   Pine Brook Office Park,   124 Washington Street,
            Foxboro, MA 02035-1368
861990    +Vermont Mill Properties, Inc.,   160 Benmont Avenue,   Bennington, VT 05201-1873
861991    +Vermont Telephone Company, Inc.,   354 River Street,   Springfield, VT 05156-2241
861992    +Wendy Zieba,   146 Charlene Street,   North Adams, MA 01247-2876
861993    +Whitaker Studio,   899 Coyote GLuch Court,   Ivins, UT 84738-6326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
sp              E-mail/Text: eag@rsclaw.com Sep 23 2020 21:02:26      Elizabeth A. Glynn,
                Ryan, Smith & Carbine, Ltd.,   98 Merchants Row,    PO Box 310,   Rutland, VT  05702-0310
861952          E-mail/Text: documentfiling@lciinc.com Sep 23 2020 21:02:18     Comcast,   PO Box 70219,
                Philadelphia, PA 19176-0219
861969          E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 23 2020 21:02:21
                Internal Revenue Service Insolvency Unit,   15 New Sudbury Street,   PO Box 9112, Stop 20800,
                JFK Federal Buidling,   Boston, MA 02203
861986          +E-mail/PDF: gecsedi@recoverycorp.com Sep 23 2020 21:08:04      Synchrony Bank/ Amazon,
                PO Box 960016,   Orlando, FL 32896-0016
861989          +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 23 2020 21:02:17
                Verizon Wireless,   PO Box 15062,   Albany, NY 12212-5062
                                                                                      TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2020 at the address(es) listed below:
          Alexandra E. Edelman   on behalf of Creditor   Community Bank, N.A. aedelman@primmer.com,
          cmeilleur@primmer.com
          Amy Judith Ginsberg   on behalf of U.S. Trustee   U S Trustee amy.j.ginsberg@usdoj.gov
          Heather Z Cooper   on behalf of Debtor   Corporation of Southern Vermont College, Inc.
          hcooper@fgmvt.com,  lclifford@fgmvt.com;VT06@ecfcbis.com
          Merrill Elizabeth Bent   on behalf of Creditor   Town of Bennington Merrill@greenmtlaw.com,
          lindsay@greenmtlaw.com
          Raymond J Obuchowski   on behalf of Trustee Raymond J Obuchowski, Chapter 7 Trustee
          ray@oeblaw.com,  marie@oeblaw.com;brian@oeblaw.com;G18313@notify.cincompass.com
          Raymond J Obuchowski, Chapter 7 Trustee   ray@oeblaw.com,
          VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net
          U S Trustee   ustpregion02.vt.ecf@usdoj.gov
                                                                                      TOTAL: 7