# United States Bankruptcy Court

## District of Vermont

Filed & Entered
On Docket
October 19, 2020

In re:
Corporation of Southern Vermont College, Inc. (other names used by debtor: Southern Vermont College)
Employer Tax−Identification No (EIN): 03−0214106
Debtor.

Case Number: 20−10268 cab
Chapter: 7

### NOTICE OF TELEPHONIC SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the section 341 meeting of creditors in the above−captioned case, originally scheduled for 10/16/20 at 10:30 am will now be held on 11/6/20 at 9:30 am via telephone.

NO PERSONAL APPEARANCES PERMITTED

**INSTRUCTIONS TO PARTICIPATE VIA TELEPHONE:**

1. All parties wishing to appear shall dial into the 341meeting using the following dialing instructions:
   Meeting Dial−in No: 877−775−7083
   Participant Code: 1739668#

2. Parties should call in promptly at the time listed above.

3. Telephonic appearances shall be conducted in accordance with the UST's current applicable procedures for telephonic meetings.

4. **IDENTIFICATION** − No later than one day prior to the 341 meeting, the debtor and/or their counsel are required to transmit via secure method (such as trustee's portal, encrypted email, etc.) imaged copy of the identification and proof of social security number. Identification documents must be in accordance with current applicable procedures.

5. **ADMINISTRATION OF OATH** − Declaration Regarding Administration of Oath and Confirmation of Identity and Social Security Number form shall be completed by licensed notary public or person authorized to administer oaths. This form must be returned to the trustee immediately following the 341 meeting.

6. If strict compliance with the procedures set forth in #5 above are not possible or practicable under the circumstances, the trustee can administer the oath telephonically **ONLY IF PRIOR TO THE 341 MEETING** debtor's attorney submits a declaration confirming that: (a) the attorney previously met with the debtor in−person; and (b) the attorney examined the debtor's original identification documents and social security number.

7. In every case, the trustee must receive <u>one</u> of these declarations, fully completed and signed.

Dated: October 19, 2020

Raymond J Obuchowski, Chapter 7 Trustee
Standing Case Trustee
PO Box 60
Bethel, VT 05032−0060
(802) 234−6244

United States Bankruptcy Court
District of Vermont
11 Elmwood Ave

Tel. (844) 644−7459
VCIS* (866) 222−8029
* Voice Case Information System

United States Bankruptcy Court
District of Vermont

In re: Case No. 20-10268-cab
Corporation of Southern Vermont College, Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0210-2     User: admin     Page 1 of 3
Date Rcvd: Oct 19, 2020     Form ID: Tr341cov     Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Corporation of Southern Vermont College, Inc., PO Box 377, Bennington, VT 05201-0377 |
| aty | + | Christopher M Desiderio, Nixon Peabody LLP, Tower 46, 55 West 46th Street, 24th floor, New York, NY 10036-4277 |
| cr | + | Community Bank, N.A., Post Office Box 1009, Burlington, VT 05402-1009 |
| cr | + | Frederic Poses, 275 College Street, Burlington, VT 05401-8320 |
| sp | + | Jack Kennelly, Pratt Vreeland Kennelly Martin & White, 64 North Main St, PO Box 280, Rutland, VT 05702-0280 |
| cr | + | Town of Bennington, 205 South Street, Bennington, VT 05201-2297 |
| 861941 | + | 3Cubed Advisory Services, LLC, 9820 Middle Meadow Road, Ellicott City, MD 21042-6200 |
| 861942 | + | Adrian Stein c/o, Jonathan M. Cohen, Esq., 116 South Street, Bennington, VT 05201-2244 |
| 861943 | + | Airborne, 1701 West 94th Street Suite 225, Minneapolis, MN 55431-2350 |
| 861944 | + | Alarms Unlimited, PO Box 435, Shaftsbury, VT 05262-0435 |
| 861945 | + | All Out Waste Management, 2941 VT Route 7A, Shaftsbury, VT 05262-9286 |
| 861947 | + | Bennington Center for the Arts, Inc., c/o Bruce R. Laumeister, 44 Gypsy Lane, Bennington, VT 05201-9692 |
| 861946 | + | Bennington Center for the Arts, Inc., c/o Lon McClintock, Esq., McClintock Law Office, P.C., 185 North Street, Bennington, VT 05201-1813 |
| 861948 | + | Bruce Laumeister, Lon McClintock, Esq., McClintock Law Office, P.C., 185 North Street, Bennington, VT 05201-1813 |
| 861949 | + | Canon Financial Services, Inc., 14904 Collections Center Drive, Chicago, IL 60693-0149 |
| 861950 | + | Canon Solutions America, Inc., 15004 Collectiosn Center Drive, Chicago, IL 60693-0001 |
| 861951 | + | Christopher M. Desiderio, Esq., Nixon Peabody LLP, Tower 46, 55 West 46th Street, New York, NY 10036-4277 |
| 861953 | + | Community Bank, N.A., 5790 Widewaters Parkway, Syracuse, NY 13214-1883 |
| 861954 | + | Derrel M. Mason, Esq., Gregory and Adams, PC, 190 Old Ridgefield Road, Wilton, CT 06897-4088 |
| 861955 | + | Digital Ocean, LLC, 101 Avenue of the Americas, 10th Floor, New York, NY 10013-1905 |
| 861956 | + | Dinse, Knapp & McAndrew, P.C., PO Box 988, Burlington, VT 05402-0988 |
| 861957 | + | Doug Mears, 309 Beech Street, Bennington, VT 05201-2693 |
| 861958 | + | Elizabeth Small, Lon McClintock, Esq., McClintock Law Office, P.C., 185 North Street, Bennington, VT 05201-1813 |
| 861959 | | Evan J. O'Brien, Esq., Downs Rachlin Martin PLLC, PO Box 190, Burlington, VT 05402-0190 |
| 861960 | | FirstLight Fiber, PO Box 1301, Williston, VT 05495-1301 |
| 861961 | + | Frederick W. H. Carter, Esq., Venable LLP, 600 Massacusetts Avenue, NW, Washington, DC 20001-3542 |
| 861962 | + | Frederick W.H. Carter, Esq., Venable, LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001-3542 |
| 861963 | + | Fredric Poses, 7 Hubert Street, New York, NY 10013-2063 |
| 861964 | + | Galls, LLC, PO Box 1628, Chicago, IL 60690-1628 |
| 861965 | + | Global Montello Group, 15 N.E. Industrial Road, Branford, CT 06405-2844 |
| 861966 | + | Green Mountain Power Corporation, PO Box 1611, Brattleboro, VT 05302-1611 |
| 861967 | + | HNG Sports, LLC, PO Box 67, Barnstead, NH 03218-0067 |
| 861968 | | Holland & Knight, LLP, PO Box 864084, Orlando, FL 32886-4084 |
| 861970 | | Jeb Gorham, 344 Harvest Hills Drive, Bennington, VT 05201 |
| 861971 | + | John D. Stasny, Esq., Woolmington Campbell Bent & Stasny, P.C., PO Box 2748, Manchester Center, VT 05255-2748 |
| 861972 | + | Keen-Summit Capital Partners, LLC / TPW, 1 Huntington Quadrangle, Suite 2C04, Melville, NY 11747-4424 |
| 861973 | + | LIASION, 311 Arsenal St Suite 15, Watertown, MA 02472-2784 |
| 861974 | | Liberty Mutual Insurance, PO Box 2839, New York, NY 10116-2839 |
| 861975 | + | Merchants Fleet Management, 1278 Hooksett Road, Hooksett, NH 03106-1820 |
| 861976 | | Middlebury College, Middlebury College Library, ILL Dept 10 Storrs Avenue, Middlebury, VT 05753 |
| 861977 | + | Moshe Perlstein of Zichron Chaim, c/o Carl Lisman, Esq., Lisman Leckerling, P.C., 84 Pine Street 5th Floor, Burlington, VT 05401-4696 |
| 861978 | | Pitney Bowes, P.O. Box 371887, Pittsburgh, PA 15250-7896 |
| 861979 | + | Progressive Services, Inc., 1925 S. Rosemary St. #H, Denver, CO 80231-3233 |
| 861985 | + | SVC Funding, LLC, c/o Ira Wagner, 6410 Ridge Drive, Bethesda, MD 20816-2638 |
| 861980 | + | Schindler Elevator Corporation, PO Box 93050, Chicago, IL 60673-3050 |
| 861981 | + | Shauna R. Twohig, Esq., Hunton Andrews Kurth, LLP, 60 State Street Suite 2400, Boston, MA 02109-1800 |
| 861982 | + | Sodexo, Inc. & Affiliates, PO Box 360170, Pittsburgh, PA 15251-6170 |

| | | |
|---|---|---|
| 861983 | + | Southwestern Vermont Health Care, 100 Hospital Drive, Bennington, VT 05201-5013 |
| 861984 | + | Stacey Hills, PO Box 117, Cherry Plain, NY 12040-0117 |
| 861987 | | TPW Real Estate LLC / Keen-Summit, 403 Main Street, Manchester Center, VT 05255 |
| 862332 | + | Town of Bennington, c/o Merrill E. Bent, Esq., Woolmington, Campbell, Bent & Stasny, P., 4900 Main Street, PO Box 2748, Manchester Center, VT 05255-2748 |
| 861988 | + | Verdolino & Lowey, PC, Pine Brook Office Park, 124 Washington Street, Foxboro, MA 02035-1368 |
| 861990 | + | Vermont Mill Properties, Inc., 160 Benmont Avenue, Bennington, VT 05201-1873 |
| 861991 | + | Vermont Telephone Company, Inc., 354 River Street, Springfield, VT 05156-2241 |
| 861992 | + | Wendy Zieba, 146 Charlene Street, North Adams, MA 01247-2876 |
| 861993 | + | Whitaker Studio, 899 Coyote GLuch Court, Ivins, UT 84738-6326 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| sp | Email/Text: eag@rsclaw.com | Oct 19 2020 20:05:00 | Elizabeth A. Glynn, Ryan, Smith & Carbine, Ltd., 98 Merchants Row, PO Box 310, Rutland, VT 05702-0310 |
| 861952 | Email/Text: documentfiling@lciinc.com | Oct 19 2020 20:05:00 | Comcast, PO Box 70219, Philadelphia, PA 19176-0219 |
| 861969 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 19 2020 20:05:00 | Internal Revenue Service Insolvency Unit, 15 New Sudbury Street, PO Box 9112, Stop 20800, JFK Federal Buildling, Boston, MA 02203 |
| 861986 | + Email/PDF: gecsedi@recoverycorp.com | Oct 19 2020 20:28:43 | Synchrony Bank/ Amazon, PO Box 960016, Orlando, FL 32896-0016 |
| 861989 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 19 2020 20:05:00 | Verizon Wireless, PO Box 15062, Albany, NY 12212-5062 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander Jason LaRosa | on behalf of Creditor Frederic Poses ajlarosa@mskvt.com ajordick@vtlaw1.com |

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 19, 2020 | Form ID: Tr341cov | Total Noticed: 61 |

Alexandra E. Edelman
    on behalf of Creditor Community Bank  N.A. aedelman@primmer.com, cmeilleur@primmer.com

Amy Judith Ginsberg
    on behalf of U.S. Trustee U S Trustee amy.j.ginsberg@usdoj.gov

Elizabeth A. Glynn
    on behalf of Trustee Raymond J Obuchowski  Chapter 7 Trustee eag@rsclaw.com, ccs@rsclaw.com

Heather Z Cooper
    on behalf of Debtor Corporation of Southern Vermont College  Inc. hcooper@fgmvt.com, lclifford@fgmvt.com;VT06@ecfcbis.com

John J. Kennelly
    on behalf of Trustee Raymond J Obuchowski  Chapter 7 Trustee kennelly@vermontcounsel.com, clv@vermontcounsel.com

Merrill Elizabeth Bent
    on behalf of Creditor Town of Bennington Merrill@greenmtlaw.com  lindsay@greenmtlaw.com

Raymond J Obuchowski
    on behalf of Trustee Raymond J Obuchowski  Chapter 7 Trustee ray@oeblaw.com, marie@oeblaw.com;G18313@notify.cincompass.com

Raymond J Obuchowski, Chapter 7 Trustee
    ray@oeblaw.com  VT02@ecfcbis.com;marie@oeblaw.com;vtrustee@sover.net

U S Trustee
    ustpregion02.vt.ecf@usdoj.gov

TOTAL: 10