# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CORPORATION OF SOUTHERN | )  Case No. 20-10268-cab |
| VERMONT COLLEGE, INC. | )  *Chapter 7 case* |
| Debtor. | ) |

**REQUEST FOR FOR FURTHER HEARING ON TRUSTEE'S EMERGENCY MOTION FOR RELIEF REGARDING REMOVAL OF PERSONAL PROPERTY OF MOSHE PERLSTEIN OR HIS ENTITIES FROM THE SOUTHERN VERMONT COLLEGE CAMPUS PROPERTY AND FOR SUCH OTHER NECESSARY RELIEF AS TO THE FORM OF ORDER**

Raymond J. Obuchowski, the chapter 7 trustee for this estate (the "Trustee"), requests further hearing as to the form of Order on the Trustee Emergency Motion, as the parties are unable to agree on the form of Order, and Mr. Perlstein's attorney, Carl Lisman is without authority to agree to the form of Order following the Trustee's counsel's review of the Order.

DATED at Royalton, Vermont: Thursday, December 17, 2020.

        **BANKRUPTCY ESTATE OF CORPORATION OF SOUTHERN VERMONT COLLEGE, INC.**

By: /s/ Raymond J. Obuchowski
Raymond J. Obuchowski, Esq.
Attorney to Chapter 7 Trustee
Obuchowski Law Office
PO Box 60; 1542 VT Route 107
Bethel, Vermont   05031
(802) 234-6244 (802) 234-6245 *telefax*
ray@oeblaw.com