**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

IN RE:                                          )
    CORPORATION OF SOUTHERN        )
    VERMONT COLLEGE, INC.          )     Case No. 20-10268-CAB
                                   )     *Chapter 7 Case*
             Debtor,     )

### REPORT OF SALE

    Tyler B. Hirchak, CAI being duly sworn, reports to the court as follows:

1. That pursuant to the ORDER APPROVING AND AUTHORIZING TRUSTEE TO SELL CERTAIN PERSONAL PROPERTY dated December 11, 2020; Hirchak Brothers, LLC aka Thomas Hirchak Company was designated auctioneer for the purpose of conducting a public sale of the subject personal property.

2. The sale was conducted online from December 14th, 2020 at 4:00pm to December 28th, 2020 @ 12:00pm. The property was available for inspection on Tuesday, December 22, 2020 from 11:00am to 1:00pm. The sale was advertised in print & digital media, per the attached promotion schedule including advertisements in the Brattleboro Reformer, Bennington Banner, Manchester Journal& Seven Days.  The auction was also publicized on the World Wide Web at THCAUCTION.com (see attached).

3. There were 148 qualified online parties registered to bid.  The personal property was sold to the highest bidder per the attached sales report.  The highest bidders have paid in full for the personal property and removed all purchased items from the auction site.

4. The promotional efforts executed in conjunction with the sale (copies enclosed) total $1094.80.

5. The Necessary Expenses:
   - Auction Items Catalog/Photograph                          $529.80
   - Upload Catalog to Web                                     $105.00
   - Open House/Preview                                        $494.80
   - Load Out                                                  $634.80
   - Advertising and Promotional Schedule                      $1094.80
   - Marketing Labor                                           $201.25
   - Administrative Labor                                      $140.00
   - Auctioneer Bankruptcy Bond                                $1275.00

- The total expenses due to Thomas Hirchak Company          $4,475.45

  Gross Sales:                                                        $134,700.00
      Necessary Reimbursable Expenses            ($4,475.45)

6. The Auctioneer fees are 10% of the first $100,000 and 5% on gross sales exceeding $100,000.

    a. Gross Sales = $134,700

    b. $100,000 x 10% = $10,000

    c. $34,700 x 5% = $1735.00

    d. Auctioneer Fees - $11,735.00

  Proceeds due to Raymond J. Obuchowski, Trustee                $134,700.00

  Less Expenses                                                 $4,475.45

  Net Proceeds to Raymond J. Obuchowski, Esq. for Application   $130,224.55

  Less Auctioneer Fees                                          $11,735.00

  Net to Estate                                                 $118,489.55

7. Auctioneer has a blanket bond covering all sales conducted.  There is not a prorated fee for this auction.

8. All items were sold at the auction and this is the final report of sale.

9. Sales tax was not collected per the tax laws governing the State of Vermont.

Signed, approved & dated at Morrisville, Vermont, this __12TH__ day of January, 2021.

_Tyler B. Hirchak_

Tyler B. Hirchak, CAI

Subscribed and sworn to before me on this __12TH__ day of January, 2021.

Notary Public

EXF
1/22

1/5/2021
15:52:30

Case 20-10268   Doc   157   Filed 01/12/21   Entered   01/12/21 11:28:49   Page: 1
Desc        Main Document   Page   3 of 37

Thomas Hirchak Company
All Bidders

v9.07-CheckIn-2

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1251 | 12/14/2020 - 12/28/2020 | Surplus Vehicles |

| Bid Card # | Name/Address | Phone 1,2,3 |
|---|---|---|
| 1000 | Hamza Alkam<br>ABC Auto Sales<br>1337 South Lilac ave #106<br>Bloomington, CA 92316 | (909) 237-2754<br>(909) 237-2754 |
| 1001 | Bradford Cronin<br>176 County Road<br>Plympton, MA 02367 | (401) 424-1080<br>(401) 413-5817 |
| 1002 | Gordon Sheehan<br>Po box 544<br>West Rutland, VT 05777 | (802) 780-7000<br>(802) 780-7000 |
| 1003 | Matthew Lipschutz<br>30 Steele Hill RD<br>Northfield, VT 05663 | (802) 829-8609<br>(802) 829-8609 |
| 1004 | Ken Christman<br>307 Hill St<br>Barre, VT 05641 | (802) 793-4621<br>(802) 793-4621 |
| 1005 | John Wegmann<br>Heritage tool and Die Inc<br>679W Markle Road<br>Huntington, IN 46750 | (260) 359-8121<br>(260) 359-8121<br>(260) 359-8121 |
| 1006 | Edward Kraus<br>351 Clove Road<br>Castleton, NY 12033 | (518) 275-7252<br>(518) 275-7252 |
| 1007 | James Blackwell<br>Spirit Beach Cantina<br>3716 e Russell rd<br>Las vegas, NV 89120 | (702) 389-7835<br>(250) 689-5770<br>(702) 389-7835 |
| 1008 | Justin Sullivan<br>26303 HWY 31<br>McKenzie, AL 36456 | (251) 589-8954<br>(251) 589-8954 |
| 1009 | Wayne Cooke<br>Revolutions, LLC<br>Po Box 3221<br>Matthews, NC 28079 | (704) 301-5593 |
| 1010 | John Arthur<br>183 1/2 Austin St Apt 3<br>Worcester, MA 01609 | (774) 823-7753<br>(774) 823-7753 |
| 1011 | Carlos Lujan<br>1301 Cherry Hollow Way APT 7<br>Knightdale, NC 27545 | (504) 541-8958<br>(504) 541-8958 |
| 1012 | Shawn Murphy<br>514 Fuller Road<br>Peru, NY 12972 | (518) 578-7226<br>(518) 578-7226 |

1/5/2021
15:52:30

Case 20-10268 Doc 157 Filed 01/12/21 Entered 01/12/21 11:28:49 Page: 2
Thomas Hirchak Company
Desc Main Document All Bidders Page

01/12/21 11:28:49
4 of 37

Page: 2
v9.07-CheckIn-2

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1013 | Jacob Labovitz<br>44 Birchwood Drive<br>Rye, NH 03870 | (617) 429-1369<br>(617) 429-1369 |
| 1014 | Edward Bowen<br>Po Box 903<br>Morrisville, VT 05661 | (802) 730-0258<br>(802) 730-0258 |
| 1015 | Douglas Sheerin<br>Box 67<br>Quincy, MA 02171 | (781) 385-9445<br>(781) 385-9445 |
| 1016 | Shelly Driscoll<br>PO Box 282<br>Bristol, VT 05443 | (802) 349-6757<br>(802) 349-6757<br>(802) 349-6757 |
| 1017 | Richard Schermerhorn<br>112 S First ST<br>Northville<br>Northville, NY 12134 | (518) 223-5316<br>(518) 223-5316 |
| 1018 | Ivan Bayless<br>263 Bayless road<br>California, KY 41007 | (859) 992-6902<br>(859) 992-6902 |
| 1019 | Edward Schumacher<br>27 Birch AV<br>Lake George, NY 12845 | (518) 361-1621<br>(518) 361-1621 |
| 1020 | David Farrar<br>3972 VT Route 7A<br>Shaftsbury, VT 05262 | (802) 375-2525<br>(802) 375-2525 |
| 1021 | Gerritt Bingham-Maas<br>184 Rocky Meadow Street<br>Middleborough, MA 02346 | (774) 383-4102<br>(774) 383-4102 |
| 1022 | Chris Facini<br>Po box 206<br>East barre, VT 05649 | (802) 839-7171<br>(802) 839-7171 |
| 1023 | Dean Foster<br>14 Pine Valley Rd<br>PO Box 9<br>Hoosick, NY 12089 | (518) 248-4568<br>(518) 248-4568 |
| 1024 | Brian Betit<br>Betit Citgo Llc<br>771 Faulkner RD<br>Whitingham, VT 05361 | (802) 368-9372<br>(802) 368-2555<br>(802) 579-8749 |
| 1025 | Jim Nye<br>Po Box 4261<br>Burlington, VT 05406 | (802) 238-3288<br>(802) 238-3288 |
| 1026 | Rab Everitt<br>1037 5th Ave<br>Troy, NY 12180 | (518) 788-3545<br>(518) 788-3545 |

1/5/2021
15:52:30
Case 20-10268   Doc   157   Filed 01/12/21   Entered   01/12/21 11:28:49   Page: 3
Thomas Hirchak Company
Desc   Main Document   All Bidders   Page   5 of 37
v9.07-CheckIn-2

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1027 | Bertram Lane<br>1188 S. Stream Rd.<br>Bennington, VT 05201 | (802) 451-0353 |
| 1028 | Khristopher Poulin<br>229 Joey DR<br>Colchester, VT 05446 | (802) 923-6708<br>(802) 923-6708 |
| 1029 | Ken Martin<br>P.O. Box 44<br>Hinesburg, VT 05461 | (802) 922-4975<br>(802) 922-4975 |
| 1030 | Aliou Dia<br>DIA & FAMILY<br>2901 Fairfield Avenue<br>Greensboro, NC 27408 | (336) 807-0200<br>(336) 807-0200<br>(336) 807-0200 |
| 1031 | Ed Pulver<br>66 Vosburgh rd<br>Red Hook, NY 12571 | (845) 399-3599<br>(845) 399-3599 |
| 1032 | Richard Roy<br>1169 Harwood Hill Road<br>Bennington, VT 05201 | (802) 384-0014<br>(802) 384-0014 |
| 1033 | Cody Douglass<br>12 Sinclair dr<br>Turner, ME 04282 | (207) 754-3010<br>(207) 754-3010 |
| 1034 | Alden Harwood<br>1582 Route 17 East<br>Addison, VT 05491 | (802) 989-0479<br>(802) 989-0479 |
| 1035 | Muris Nakic<br>1856 Crossroad Court Southwest Gezon<br>Park<br>Wyoming, MI 49519 | (616) 309-7020<br>(616) 309-7020 |
| 1036 | Daniel Azer<br>P.O. Box 1435<br>Scarborough, ME 04070 | (978) 618-3457<br>(978) 618-3457 |
| 1037 | Brien Lemois<br>Green Mountain Sporting Goods<br>3225 Us Rt 5<br>Irasburg, VT 05845 | (802) 673-3785<br>(802) 754-2475<br>(802) 673-3785 |
| 1038 | Julio Cesar ferreira de Souza<br>82 Crescent St<br>apt 22B<br>Saratoga Springs, NY 12866 | (518) 538-5858<br>(518) 538-5858<br>(518) 538-5858 |
| 1039 | John Price<br>297 Lake Street<br>Shoreham, VT 05770 | (802) 897-5647 |
| 1040 | Jason Perry<br>171 Brightridge Ave<br>East Providence, RI 02914 | (401) 680-2045<br>(401) 680-2045 |

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1041 | Todd Salzillo<br>73 Hopkins RD<br>Ellington, CT 06029 | (860) 858-5646<br>(860) 637-2851<br>(860) 637-2851 |
| 1042 | Edward Perron<br>72 Dufresne Drive<br>Winooski, VT 05404 | (802) 655-2776 |
| 1043 | Joel Rodriguez<br>Po Box 9020685<br>San Juan, PR 00902 | (787) 370-5243<br>(787) 370-5243 |
| 1044 | Lozky Olivas<br>11965 SW 189 Th ST<br>Miami, FL 33177 | (305) 986-8758<br>(305) 986-8758 |
| 1045 | Shawn Kerber<br>426 York Street Apt. # 1<br>Poultney, VT 05764 | (802) 236-6593<br>(802) 236-6593 |
| 1046 | Michael Jordan<br>160 Benmont AVE<br>Suite 40<br>Bennington, VT 05201 | (802) 688-8919<br>(802) 688-8919 |
| 1047 | Scott Dore<br>90 Haggerty Road<br>Charlton, MA 01507 | (508) 344-9052<br>(508) 344-9052 |
| 1048 | Jarret Charpentier<br>20 Hammond Hill Rd<br>Charlton, MA 01507 | (508) 395-0297<br>(508) 395-0297 |
| 1049 | Frank Rillo<br>54 Allen St<br>Barre, VT 05641 | (802) 272-1211<br>(802) 272-1211 |
| 1050 | Abid Butt<br>9235 Yellow Lake DR<br>New port richey, FL 34654 | (727) 843-8721<br>(727) 843-8721 |
| 1051 | Thomas Olson<br>1616 4th Street<br>Goldthwaite, TX 76844 | (325) 203-2963<br>(325) 203-2963 |
| 1052 | Matthew Matule<br>230 Plaisted Road<br>South Royalton, VT 05068 | (802) 763-7256<br>(802) 763-2185<br>(617) 429-5688 |
| 1053 | Katherine Desmond<br>761 Randolph st.<br>Weymouth, MA 02190 | (802) 439-3251 |
| 1054 | Theodore Root<br>151 Harmony Hill Road<br>Harwinton, CT 06791 | (860) 593-0717 |
| 1055 | Charlie Barsalow<br>Po Box 11<br>Milton, VT 05468 | (802) 893-2332<br>(802) 893-2660<br>(802) 324-3689 |

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1056 | Jeremy Allard<br>17 Murray dr<br>St albans, VT 05478 | (802) 324-7678 |
| 1057 | Craig Goulet<br>49 Cross Street<br>Islandpond, VT 05846 | (802) 723-4455<br>(802) 723-4455 |
| 1058 | David Mcgrath<br>226 N Larch Ave<br>Elmhurst, IL 60126 | (847) 998-8000<br>(847) 998-8000 |
| 1059 | Samuel Clement<br>524 Stebbins RD<br>Vernon, VT 05354 | (802) 258-9189 |
| 1060 | James Edwards<br>Edj Sales<br>Po Box 1382<br>Brockton, MA 02303 | (508) 857-2003<br>(508) 857-2003<br>(508) 345-6675 |
| 1061 | Antoine Rizk<br>2601 Poplar Tent Rd<br>Concord, NC 28027 | (704) 960-5886<br>(704) 960-5886 |
| 1062 | Justin Scire<br>14220 S Vandalia Ave<br>Bixby, OK 74008 | (954) 448-8627<br>(954) 448-8627 |
| 1063 | Donato Herbas<br>16508 Walnut Hill Road<br>Gaithersburg, MD 20877 | (202) 437-7547<br>(202) 437-7547<br>(202) 437-7547 |
| 1064 | Robert Barrett<br>122 Federal ST<br>Blackstone, MA 01504 | (508) 488-0240<br>(508) 488-0240 |
| 1065 | James Gulley<br>Townline rd<br>Bennington, VT 05201 | (802) 558-4520<br>(802) 558-4520 |
| 1066 | Uzair Ahmed<br>263 e Tremont ave<br>Bronx, NY 10457 | (716) 330-0908<br>(716) 330-0908 |
| 1067 | David Jennett<br>14 S Stueben Ct.<br>Apt.E<br>Beacon, NY 12508 | (845) 380-7377<br>(845) 380-7377 |
| 1068 | Jason Dragon<br>79 South Winchester ST<br>Swanzey, NH 03446 | (603) 355-7222<br>(603) 355-7222 |
| 1069 | Anthony Deitrich<br>Pobox 516<br>Hoosick Falls, NY 12090 | (518) 308-5416<br>(518) 308-5416 |
| 1070 | Scott Freebern<br>5746 Main St | (802) 379-7265<br>(802) 379-7265 |

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| | Manchester Ctr, VT 05255 | |
| 1071 | Garth Grindley<br>874 Midland Ave Apt 2<br>Yonkers, NY 10704 | (917) 854-8417<br>(917) 854-8417 |
| 1072 | David Recave<br>P.o. Box 92<br>Buzzards Bay, MA 02532 | (774) 836-8474<br>(774) 836-8474 |
| 1073 | Joe Williams<br>5572 Loch Lomond<br>Memphis, TN 38116 | (901) 949-7185<br>(901) 949-7185 |
| 1074 | Mac Lynch<br>163 Malletts Bay Ave<br>Winooski, VT 05404 | (802) 448-0498<br>(802) 448-0498 |
| 1075 | Tyson Palmer<br>3428<br>Glen Rd<br>Newport, VT 05855 | (802) 323-9880<br>(802) 323-9880 |
| 1076 | Salvador Suarex<br>4 Mountainville RD<br>Danbury, CT 06810 | (203) 648-1975<br>(203) 648-1975 |
| 1077 | Gabe Covaci<br>4262 Riverfield CT<br>Riverside, AZ 85381 | (602) 373-3364<br>(602) 373-3364 |
| 1078 | Chad Thompson<br>12 Brooks Ave Apt 1<br>Lewiston, ME 04240 | (207) 749-7778<br>(207) 749-7778 |
| 1079 | Michael Ethan Guillemette<br>6707 Rt. 116<br>St. George, VT 05495 | (802) 999-3906<br>(802) 999-3906 |
| 1080 | Thomas Eiman<br>27112 El Retiro<br>Mission Viejo, CA 92692 | (949) 337-8267<br>(949) 337-8267 |
| 1081 | Edward Michaels<br>Toria Truck Rental & Leasing, Inc.<br>880 Wethersfield Avenue<br>Hartford, CT 06114 | (860) 883-4029<br>(860) 241-0400<br>(860) 883-4029 |
| 1082 | Phelan Dussault<br>6 Edgewood blvd<br>F127<br>Dartmouth, MA 02747 | (177) 438-6556<br>(177) 438-6556 |
| 1083 | Philip Ballou<br>464 Cogswell<br>Graniteville, VT 05654 | (802) 505-8298<br>(802) 505-8298 |
| 1084 | James Hymbaugh<br>821 Quiet Harbor<br>Creston | (641) 340-0232<br>(641) 340-0232 |

Thomas Hirchak Company

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| | Creston, IA 50801 | |
| 1085 | Charles Nassau<br>Chariot Moto Trikes LLC<br>124 Larry lane<br>Proctor, VT 05765 | (802) 770-4374<br>(802) 770-4374<br>(802) 770-4374 |
| 1086 | Arunas Kucinskas<br>8546 W 103 RD Terrace APT 101<br>Palos Hills, IL 60465 | (815) 212-1422<br>(815) 212-1422 |
| 1087 | Brad Steidle<br>5989 West Hilltop Drive<br>Frankfort, IN 46041 | (765) 650-0238<br>(765) 650-0238 |
| 1088 | Robert Shipton<br>5844 Roger Road<br>House Springs, MO 63051 | (636) 465-1020<br>(636) 375-4864 |
| 1089 | Luis Mugica<br>14234 SW 289th Terrace<br>Homestead, FL 33033 | (786) 251-4040<br>(786) 251-4040 |
| 1090 | Christopher Goodrich<br>3633 Middle Road<br>Bridport, VT 05734 | (802) 758-2604 |
| 1091 | Kody Kinnarney<br>11 oven Moutain road<br>P.o. 35<br>Johnsburg, NY 12843 | (518) 577-4348<br>(518) 577-4348 |
| 1092 | Ryan Delaney<br>287 Flint RD<br>Randolph, VT 05060 | (802) 558-7687<br>802-558-7687 |
| 1093 | Chris Perez<br>10701 Cedar AVE Space 117<br>Bloomington, CA 92316 | (714) 296-3611<br>(714) 296-3611 |
| 1094 | Jeffrey Raup<br>P.O. Box 219<br>Wallingford, CT 06492 | (203) 671-6777<br>(203) 671-6777 |
| 1095 | Daniel Williams<br>1748 Bob White Lane<br>Conyers, GA 30013 | (470) 844-5216<br>(470) 844-5216 |
| 1096 | Rick Anton<br>421 Road 14<br>White River Junction, VT 05001 | (603) 306-7031<br>(603) 306-7031 |
| 1097 | Benjamin Warren<br>26 Evergreen Ln.<br>Lebanon, ME 04027 | (603) 421-4037<br>(603) 421-4037<br>(603) 421-4037 |
| 1098 | Joseph Cheeseman<br>Cheeseman and Company,LLC.<br>12050 County Road 54 East<br>Daphne, AL 36526 | (251) 458-8463<br>(251) 458-8463 |

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1099 | Henry Palacios<br>13108 Dunrobin AVE<br>Downey, CA 90242 | (323) 596-6230<br>(323) 596-6230 |
| 1100 | Mario Ramirez<br>1559 s 14th St.<br>Milwaukee, WI 53204 | (414) 828-2692<br>(414) 828-2692 |
| 1101 | THCo Left-Bidder<br>1878 Cadys Falls Rd<br>Morrisville, VT 05661 | (802) 888-4662 |
| 1102 | Ibzan Cruz<br>Opa Locka Auto Sales<br>13215 SW 53 ST<br>Miami, FL 33175 | (305) 519-6179<br>(305) 519-6179 |
| 1103 | Robert Abruzzese<br>8638 Robilina Road<br>Port Richey, FL 34668 | (727) 534-9402<br>(727) 534-9402 |
| 1104 | Shane Capel<br>7828 Jean Rebault Dr<br>North Charleston, SC 29420 | (843) 647-8779<br>(843) 647-8779 |
| 1105 | Sejida Hadzimuratovic<br>318 hylan Blvd<br>Staten Island, NY 10305 | (917) 215-9238<br>(917) 215-9238 |
| 1106 | Joe Igwe<br>Friends Legacy Auto<br>1205 Trillium Court<br>Desoto, TX 75115 | (682) 221-6612<br>(682) 221-6612<br>(682) 221-6612 |
| 1107 | Tucker Bond-Watts<br>366 Westin Rd<br>Ferrisburgh, VT 05456 | (802) 318-1255<br>(802) 318-1255 |
| 1108 | Aliaksei Karshukou<br>El Sol Auto Mart<br>220 George rd<br>Wheeling, IL 60090 | (224) 616-9055<br>(224) 616-9055 |
| 1109 | Alon Rehabi<br>60 Maedow Lane<br>Lawrence, NY 11559 | (954) 483-9909<br>(954) 483-9909 |
| 1110 | Terry Martin<br>Country City Auto<br>1820 Eckmansville Rd.<br>West Union, OH 45693 | (937) 798-0641<br>(937) 798-0641 |
| 1111 | George Steere<br>P.o. Box 669<br>77 Victory Highway<br>Chepachet, RI 02814 | (401) 447-9322<br>(401) 447-9322 |
| 1112 | Scott Adams<br>1197 Bump RD | (802) 734-4240<br>(802) 734-4240 |

| Auction ID | Auction Dates | Auction Name | |
|---|---|---|---|
| | North Clarendon, VT 05759 | | |
| 1113 | John Noe | (716) 720-7346 | |
| | 479 VT Rte 110 | (716) 720-7346 | |
| | Tunbridge, VT 05077 | | |
| 1114 | Christopher Dessureau | (802) 279-3709 | |
| | 691 Bapitst Street | | |
| | Williamstown, VT 05679 | | |
| 1115 | Chris Gilbert | (845) 464-7520 | |
| | 93 Fraleigh Lane | (845) 464-7520 | |
| | Red hook, NY 12571 | | |
| 1116 | Craig Goulet | (802) 723-4126 | |
| | Brighton Auto Sales | (802) 673-4818 | |
| | 297 Dale Ave | (802) 673-4818 | |
| | Island Pond, VT 05846 | | |
| 1117 | Eugene Rubinchuk | (518) 689-0266 | |
| | 601 Columbia turnpike | (518) 689-0266 | |
| | East Greenbush, NY 12061 | | |
| 1118 | Rong Chen | (781) 795-2577 | |
| | 93 Farley Road | (781) 795-2577 | |
| | Nashua, NH 03063 | | |
| 1119 | Brandon Moniz | (508) 837-7743 | |
| | 752 Bark Street | (508) 837-7743 | |
| | Swansea, MA 02777 | | |
| 1120 | James Garvie | (413) 441-2110 | |
| | Po 77 | (413) 441-2110 | |
| | Notth Pownal, VT 05260 | | |
| 1121 | Jeffery Bassett | (765) 914-9318 | |
| | 328 So 11 th st | (765) 966-9600 | |
| | Richmond, IN 47374 | (765) 914-9318 | |
| 1122 | Matthew Russo | (201) 835-4741 | |
| | 115 Alzac Ln | (201) 835-4741 | |
| | West Wardsboro, VT 05360 | | |
| 1123 | Guichard Chery | (617) 335-3275 | |
| | PO. Box 483 | | |
| | Spring Valley, NY 10977 | | |
| 1124 | Don Power | (941) 746-5493 | |
| | Florida Auto And Truck Exchange | (941) 920-9200 | |
| | 2118 9th Street west | (941) 685-7890 | |
| | Bradenton, FL 34205 | | |
| 1125 | Christopher Conant | (802) 272-7323 | |
| | P.O. Box 1431 | (802) 272-7323 | |
| | Stowe, VT 05672 | | |
| 1126 | Brian Urtnowski | (714) 606-5856 | |
| | 10253 Vinces Lake St | (714) 606-5856 | |
| | Las Vegas, NV 89178 | | |

| Auction ID | Auction Dates | Auction Name | |
|---|---|---|---|
| 1127 | Tom Haskins<br>5 Stonehedge Dr<br>Bennington, VT 05201 | (802) 733-6933<br>(802) 733-6933 | |
| 1128 | Gregory Mackay<br>Po box 314<br>West burke, VT 05871 | (802) 274-2942<br>(802) 274-2942 | |
| 1129 | Daniel Richmond<br>362 West Road<br>Bennington, VT 05201 | (802) 430-1413<br>(802) 430-1413 | |
| 1130 | Robert Stroud<br>21481 Rt 187<br>Towanda, PA 18848 | (570) 637-6614 | |
| 1131 | David Pollock<br>337 macNaughtan Ln.<br>Sunderland, VT 05250 | (802) 375-6988 | |
| 1132 | Paul Burroughs<br>3o Lidstone Lane<br>Wallingford, VT 05773 | (802) 770-8006<br>(802) 446-3341<br>(802) 770-8006 | |
| 1133 | Joel Hernandez<br>4266 Cole St.<br>Fort Worth, TX 76115 | (682) 438-7410<br>(682) 438-7410 | |
| 1134 | John Kinchla<br>Amherst Nurseries<br>199 Belchertown RD<br>Amherst Nurseries<br>Amherst, MA 01002 | (413) 834-8873<br>(413) 834-8873 | |
| 1135 | Lance Moulton<br>21 Browe Court New North End<br>Burlington, VT 05408 | (802) 999-7658 | |
| 1136 | Alexander Leber<br>11 1/2 George Street<br>Burlington, VT 05401 | (802) 770-8006<br>(802) 779-3527 | |
| 1137 | Kenneth McRae<br>3118 Cambridge Drive<br>Baltimore, MD 21244 | (682) 438-7410<br>(410) 736-8059 | |
| 1138 | Val Davis<br>PO Box 162<br>68 Lower Main St. West<br>Johnson, VT 05656 | (413) 834-8873<br>(802) 535-3944 | |
| 1139 | Erick Marrero<br>42 NW 21st ave<br>APT 8<br>Miami, FL 33125 | (786) 792-9292<br>(786) 792-9292 | |
| 1140 | Kenneth Draleaus<br>P.O. Box 437<br>Marlboto, VT 05344 | (802) 254-3220 | |

| Auction ID | Auction Dates | Auction Name |
|---|---|---|
| 1141 | Randy Kaiser<br>Starry Night Communications<br>Po box 713<br>Kirkland, WA 98083 | (425) 495-2205<br>(949) 464-7794<br>(425) 495-2205 |
| 1142 | Ken Cross II<br>21 Seward st<br>Hoosic Falls, NY 12090 | (518) 286-0200<br>(518) 286-0200 |
| 1143 | Jeffrey Andrews<br>110 West Salisbury Rd.<br>Salisbury, VT 05769 | (802) 989-0561<br>(802) 989-0561 |
| 1144 | Umar Azeem<br>1219 Thieriot AVE<br>Bronx, NY 10472 | (347) 748-0816<br>(347) 748-0816 |
| 1145 | Michal Kacunel<br>57 Lincoln Rd<br>Apt. B45<br>Brooklyn, NY 11225 | (917) 755-2797<br>(917) 755-2797 |
| 1146 | Eli Sommer<br>1903 AVE I<br>Brooklyn, NY 11230 | (732) 705-1008<br>(732) 705-1008 |
| 1147 | Thomas Mancini<br>Just Good Autos<br>33 Tamarack Lane<br>Barre, VT 05641 | |

REPORT TOTALS

0 bidders with reserved bid card #'s

148 bidders

## THOMAS HIRCHAK COMPANY

# PERSONAL PROPERTY SEALED/MAIL BID FORM

AUCTION: _1251 Autos_   DATE OF AUCTION: _12/28/2020_

### SEALED BID MUST BE IN AUCTIONEER'S OFFICE BY:
### NOON, the day before the auction.

I/We, the undersigned, enter our bids as follows and agree to purchase property as per the Terms & Conditions of sale. I understand that if I am the successful bidder on any lots, I will be responsible for the bid price, Buyer's Premium of 10%, removal of merchandise and/or any shipping, handling, sales tax, and insurance costs. It is understood that this bid is not subject to any post inspections or contingencies. Please be sure all information is legible. Mail your bid form to THOMAS HIRCHAK COMPANY, 1878 CADYS FALLS RD., MORRISVILLE, VERMONT, 05661 or Fax your bid form to (802) 888-2211. Thank you & Good Luck.

| LOT # | DESCRIPTION OF ITEM(S) | MAXIMUM BID |
|---|---|---|
| #4 | 2016 Ford F-250 Super Duty XL | $30,000.00  30050 |
| #5 | 2014 Ram Truck | $15,200.00  1525? |
| | Tom called 12/28/20 → 16,000 | |
| | and upped bid on Lot 5 | |
| | "out of Lot 4" | |
| | | |
| | | |
| | | |
| | | |

NAME: _Tom Mancini_   ADDRESS: _33 Tamarack Lane_
CITY/STATE/ZIP: _Barre, VT 05641_
DAY PHONE: _802-_   EVE PHONE: _____
CELL PHONE: _279-1719_   PAGER# _____
EMAIL: _tommancini1@gmail.com_      _Just Good Autos_

☑ Mastercard   ☐ Visa   Credit Card Number _____   Expiration Date _1/24_

SIGNED: _telephone_   DATE: _____

1878 Cadys Falls Rd., Morrisville, VT 05661 • (802) 888-4662 • 1-800-634-SOLD

## Fax (802) 888-2211

Please feel free to copy this form.

PUSH BUTTON TO RESET ENTIRE FORM

REGISTER TO BID: Registration at the auction finalizes each bidder's agreement to the terms and conditions of sale as stated in the Contract and any Addenda which are incorporated by reference into your bidding. Do not bid until you have read and understand the terms and conditions. In order to bid at the auction, each bidder must be signed up and register to bid through Proxibid.com. There is no fee to register, although a valid credit card will be required to verify identity and funds. By bidding you are representing to Thomas Hirchak Company (Auctioneer) and the seller that you have read and agree to be bound by the terms and conditions for this sale as stated herein. If you do not agree with any of the terms and conditions stated DO NOT BID! By bidding you agree to all disclosures.

BEFORE PLACING A BID: It is important that you are familiar with the terms and conditions as all sales are final. The terms of sale are non-negotiable.  Buyer is responsible for all costs and fees associated with purchase and removal of items - no refunds.

THE SALE WILL BE CONTROLLED BY THE AUCTIONEER PROGRAM: Thomas Hirchak Company is not responsible for malfunctions or system errors which cause a bid or bidder to fail to be recognized or registered. If there is a dispute, the Auctioneer may re-open the bidding at the Auctioneer's sole discretion and shall serve as the sole arbiter as to who is or is not allowed to bid.

ITEMS SOLD AS IS, WHERE IS: Thomas Hirchak Company has made every attempt to fully disclose any known condition of product being sold. Auction items are sold 'AS IS, WHERE IS' with no financing, inspection or other contingencies to sale. Buyers are responsible for conducting their own due diligence and investigation of each auction prior to making a bid and purchase at the auction. Buyers must rely solely upon their own investigation and not any information provided by the Seller or Auctioneer. Failure of a Buyer to be fully informed on the condition of an item will not constitute grounds for any claim adjustment or right to cancel sale.

PICK UP OF ITEMS: Item(s) MUST be completely removed from auction site on specified day. Please bring appropriate means to load and haul your items including but not limited to boxes, packing material, any necessary tools, ladders, or other equipment involved with the disassembly or removal of items. Any items not picked up on the specified day will be considered "ABANDONED". Buyers that do not show up for scheduled load outs and do not communicate with THCo will have all winning lots considered, "ABANDONED WITHOUT REFUND."
Buyers must make any transport requests 24 hours prior to load out with tom.stames@THCAuction only. Buyers may not make transport arrangements with any other THCo staff.
Transport fees are at minimum $50 regardless of invoice total. THCo reserves the right to refuse transport of any items.
Items may only be transported back to THCo Morrisville and must be retrieved by buyer within 48 hours or 2 business days. Items not retrieved within 48 hours are considered, "ABANDONED WITHOUT REFUND."
No exceptions.

YOU ARE ENTERING INTO A BINDING CONTRACT. THERE ARE NO REFUNDS OR BID
CANCELLATIONS. THE REGISTERED BIDDER IS PERSONALLY RESPONSIBLE, LEGALLY
AND FINANCIALLY FOR ALL AUCTION ITEMS BID UPON WHETHER REPRESENTING
ONE'S SELF OR ACTING AS AN AGENT. AN ONLINE BID ACCEPTED AT PUBLIC AUCTION
IS A LEGAL AND BINDING CONTRACT TO PURCHASE. ANY BIDDER WHO FAILS TO
FOLLOW THROUGH WITH A PURCHASE WILL BE BANNED FROM BIDDING AT ALL
FUTURE SELLER AUCTION EVENTS AND MAY BE PURSUED FOR CIVIL AND/OR
CRIMINAL VIOLATIONS.

**Thomas Hirchak Company**
**1878 Cady's Falls Road**
**Morrisville, VT  05661**
**Phone: 802-888-4662**

| CO #: | 2022 |
|---|---|
| Date: | 1/5/2021 |
| Page: | 1 |

### Consignor

Raymond J. Obuchowski, Esq.
Obuchowski Law Office
PO Box 60
Bethel, VT 05032

Auction: Surplus Vehicles

| Lot# | Description | Unit Price | Ext.Price | Commission | Expenses |
|---|---|---|---|---|---|
| 1 | 2015 Honda Odyssey VIN # 5FNRL5H24FB038892, Mileage 18770; 6 cylinder MILES- 18770 | 12,500.00 | 12,500.00 | 0.00 | 0.00 Bid Card # 1065 |
| 2 | 2014 Chevrolet Equinox VIN # 2GNFLGEK2E6377925;  Mileage 40,812; AWD; 4 cylinder MILES- 40,812 | 7,750.00 | 7,750.00 | 0.00 | 0.00 Bid Card # 1116 |
| 3 | 2015 Chevrolet Equinox VIN# 1GNFLEEK0FZ132647; Mileage 46,389; AWD; 4 cylinder MILES- 46,389 | 8,000.00 | 8,000.00 | 0.00 | 0.00 Bid Card # 1145 |
| 4 | 2016 Ford F-250 Super Duty VIN # 1FTBF2B63GEB01681; Mileage 12,669; 4WD; 8 cylinder MILES- 12,669 | 30,500.00 | 30,500.00 | 0.00 | 0.00 Bid Card # 1052 |
| 5 | 2014 Ram Ram Pickup 2500 VIN # 3C6MR5AJ8EG165106; Mileage 49,355 MILES- 49,355 | 15,500.00 | 15,500.00 | 0.00 | 0.00 Bid Card # 1147 |
| 6 | 2002 Chevrolet Silverado VIN #1GBJK34U72E227046; Mileage 29,657; 4WD; 8 cylinder 1GBJK34U72E227046 MILES- 29,657 | 9,500.00 | 9,500.00 | 0.00 | 0.00 Bid Card # 1125 |
| 7 | 2010 Ford E-Series Wagon VIN# 1FBSS3BL7ADA62389; Mileage 98,831 MILES- 98,831 | 6,500.00 | 6,500.00 | 0.00 | 0.00 Bid Card # 1124 |
| 8 | 2010 Ford E-Series Wagon VIN # 1FBSS3BL1ADA72903; Mileage 92,448 MILES- 92,448 | 7,500.00 | 7,500.00 | 0.00 | 0.00 Bid Card # 1124 |

**Thomas Hirchak Company**
**1878 Cady's Falls Road**
**Morrisville, VT  05661**
**Phone: 802-888-4662**

| CO #: | 2022 |
|---|---|
| Date: | 1/5/2021 |
| Page: | 2 |

| 9 | 2010 Ford E-Series Wagon VIN# 1FBSS3BL5ADA72905; Mileage 108,708 MILES- 108,708 | 7,000.00 | 7,000.00 | 0.00 | 0.00 |
| | | | | Bid Card # 1124 | |
| 10 | 2010 Ford E-Series Wagon VIN # 1FBSS3BL0ADA72911; Mileage 98,546 MILES- 98,546 | 6,250.00 | 6,250.00 | 0.00 | 0.00 |
| | | | | Bid Card # 1124 | |
| 11 | 2010 Ford E-Series Wagon VIN # 1FBSS3BL8ADA62434; Mileage 115,157 MILES- 115,157 | 7,250.00 | 7,250.00 | 0.00 | 0.00 |
| | | | | Bid Card # 1122 | |
| 12 | 2003 Chevrolet Express Passenger VIN #1GAHG39U631216240; Mileage 127,826 MILES- 127,826 | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
| | | | | Bid Card # 1044 | |
| 13 | 2013 Ford E450 Super Bus VIN# 1FDFE4FS0DDA20769; Mileage 51,410 MILES- 51,410 | 8,000.00 | 8,000.00 | 0.00 | 0.00 |
| | | | | Bid Card # 1131 | |
| 14 | 2001 Chevrolet Express 1 Ton Van VIN # 1GBJG31G411235272; Mileage 117,609 MILES- 117,609 | 5,750.00 | 5,750.00 | 0.00 | 0.00 |
| | | | | Bid Card # 1046 | |

|  | |
|---|---|
| Total Quantity: | 14.00 |
| Total Invoice Sale Price: | 134,700.00 |
| Total Due to Consignor: | 134,700.00 |
| Total Payments: | 0.00 |
| Balance: | $134,700.00 |

Positive Balance, Monies Owed to Consignor
Inventory Remaining For This Consignment Order

THOMAS HIRCHAK
C·O·M·P·A·N·Y

**DAILY JOB REPORT**

**1-802-888-4662**

**JOB NAME:** SVC Vehicles

**SUPERVISOR:** Chris

10/29/2020

| | Name/Classification | HOURS | Rate | Work Performed | TOTAL AMOUNT |
|---|---|---|---|---|---|
| **E M P L O Y E E S** | Tyler Hirchak | 10 | $35.00 | Catalog / Photo Vehicles | $350.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | TOTAL: | $350.00 |

| | Equipment / Mileage | | Units | Rates | | TOTAL |
|---|---|---|---|---|---|---|
| **E Q U I P / M I L E A G E** | R/T Morrisville>Bennington | | 310 | $0.58 | | $179.80 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | TOTAL: | | $179.80 |

| | Description | Qty | Rate | TOTAL | Description | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **M A T E R I A L S** | Survey Tape | | | $0.00 | Bidder Cards | | $0.10 | $0.00 |
| | Strapping Tape | | | $0.00 | Portable Toilet | | | $0.00 |
| | Packing Tape | | | $0.00 | Fuel | | | $0.00 |
| | Auction Tags | | $0.25 | $0.00 | Meals | | | $0.00 |
| | Paper Signs | | | $0.00 | Hotel | | | $0.00 |
| | Auction Catalogs | | $0.50 | $0.00 | Other: | | | $0.00 |
| | Markers | | | $0.00 | | | | $0.00 |
| | Packaging Supplies | | | $0.00 | | | | $0.00 |
| | Garbage Bags | | | $0.00 | | | | $0.00 |
| | Batteries | | | $0.00 | | | | $0.00 |
| | | | | | TOTAL: | | | $0.00 |
| **Supervisor Signature:** | | | | | | Grand Total | | $529.80 |

**THOMAS HIRCHAK C·O·M·P·A·N·Y**

# DAILY JOB REPORT

1-802-888-4662

**JOB NAME:** SVC Vehicles

**SUPERVISOR:** Chris

10/30/2020

| | Name/Classification | HOURS | Rate | Work Performed | TOTAL AMOUNT |
|---|---|---|---|---|---|
| E M P L O Y E E S | Chris Lynch | 3 | $35.00 | Upload to Web | $105.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | TOTAL: | $105.00 |

| | Equipment / Mileage | | Units | Rates | | TOTAL |
|---|---|---|---|---|---|---|
| E Q U I P / M I L E A G E | | | | $0.58 | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | TOTAL: | $0.00 |

| | Description | Qty | Rate | TOTAL | Description | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| M A T E R I A L S | Survey Tape | | | $0.00 | Bidder Cards | | $0.10 | $0.00 |
| | Strapping Tape | | | $0.00 | Portable Toilet | | | $0.00 |
| | Packing Tape | | | $0.00 | Fuel | | | $0.00 |
| | Auction Tags | | $0.25 | $0.00 | Meals | | | $0.00 |
| | Paper Signs | | | $0.00 | Hotel | | | $0.00 |
| | Auction Catalogs | | $0.50 | $0.00 | | | | $0.00 |
| | Markers | | | $0.00 | Other: | | | $0.00 |
| | Packaging Supplies | | | $0.00 | | | | $0.00 |
| | Garbage Bags | | | $0.00 | | | | $0.00 |
| | Batteries | | | $0.00 | | | | $0.00 |
| | | | | | TOTAL: | | | $0.00 |

**Supervisor Signature:**

**Grand Total** $105.00

# DAILY JOB REPORT

**THOMAS HIRCHAK COMPANY**

**1-802-888-4662**

**JOB NAME:** SVC Vehicles

**SUPERVISOR:** Chris                                    12/22/2020

| E M P L O Y E E S | Name/Classification | HOURS | Rate | Work Performed | TOTAL AMOUNT |
|---|---|---|---|---|---|
| | Tyler Hirchak | 9 | $35.00 | Preview | $315.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | TOTAL: | $315.00 |

| E Q U I P / M I L E A G E | Equipment / Mileage | Units | Rates | | TOTAL |
|---|---|---|---|---|---|
| | R/T Morrisville>Bennington | 310 | $0.58 | | $179.80 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | TOTAL: | $179.80 |

| M A T E R I A L S | Description | Qty | Rate | TOTAL | Description | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Survey Tape | | | $0.00 | Bidder Cards | | $0.10 | $0.00 |
| | Strapping Tape | | | $0.00 | Portable Toilet | | | $0.00 |
| | Packing Tape | | | $0.00 | Fuel | | | $0.00 |
| | Auction Tags | | $0.25 | $0.00 | Meals | | | $0.00 |
| | Paper Signs | | | $0.00 | Hotel | | | $0.00 |
| | Auction Catalogs | | $0.50 | $0.00 | | | | $0.00 |
| | Markers | | | $0.00 | Other: | | | $0.00 |
| | Packaging Supplies | | | $0.00 | | | | $0.00 |
| | Garbage Bags | | | $0.00 | | | | $0.00 |
| | Batteries | | | $0.00 | | | | $0.00 |
| | | | | | TOTAL: | | | $0.00 |

**Supervisor Signature:**                                    **Grand Total**   $494.80

# THOMAS HIRCHAK COMPANY

# DAILY JOB REPORT

1-802-888-4662

**JOB NAME:** SVC Vehicles

**SUPERVISOR:** Chris                                    12/28/2020

## EMPLOYEES

| Name/Classification | HOURS | Rate | Work Performed | TOTAL AMOUNT |
|---|---|---|---|---|
| Greg Vernet | 1 | $35.00 | Post Auction Billing / Load Out Prep | $35.00 |
| Tom Stames | 2 | $35.00 | | $70.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | TOTAL: | $105.00 |

## EQUIP / MILEAGE

| Equipment / Mileage | Units | Rates | | TOTAL |
|---|---|---|---|---|
| | | $0.58 | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | TOTAL: | | $0.00 |

## MATERIALS

| Description | Qty | Rate | TOTAL | Description | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| Survey Tape | | | $0.00 | Bidder Cards | | $0.10 | $0.00 |
| Strapping Tape | | | $0.00 | Portable Toilet | | | $0.00 |
| Packing Tape | | | $0.00 | Fuel | | | $0.00 |
| Auction Tags | | $0.25 | $0.00 | Meals | | | $0.00 |
| Paper Signs | | | $0.00 | Hotel | | | $0.00 |
| Auction Catalogs | | $0.50 | $0.00 | | | | $0.00 |
| Markers | | | $0.00 | Other: | | | $0.00 |
| Packaging Supplies | | | $0.00 | | | | $0.00 |
| Garbage Bags | | | $0.00 | | | | $0.00 |
| Batteries | | | $0.00 | | | | $0.00 |
| | | | | TOTAL: | | | $0.00 |

**Supervisor Signature:** | | | | | | **Grand Total** | $105.00



# THOMAS HIRCHAK
# C•O•M•P•A•N•Y

AUCTION CENTER
1878 Cadys Falls Road
MORRISVILLE, VT  05661
(802) 888-4662

| | | |
|---|---|---|
| **AUCTION:** | SVC BANKRUPTCY | |
| **DATE:** | 12/28/2020 | |
| **BUDGET:** | 1000 | |

| MEDIA NAME | UNIT COST | AD SIZE # COL | INCHES | TOTAL SIZE | RUN TIME | MEDIA COST | DATES TO RUN |
|---|---|---|---|---|---|---|---|
| AuctionZip.com | 20.00 | 1 | 1 | 1 | 1 | 20.00 | 12/7 |
| Craigslist Vehicle | 5.00 | 1 | 1 | 1 | 14 | 70.00 | 12/7 |
| EstateSale.com | 0.00 | 1 | 1 | 1 | 1 | 0.00 | 12/7 |
| GoToAuction.com | 0.00 | 1 | 1 | 1 | 1 | 0.00 | 12/7 |
| facebook | 30.00 | 1 | 1 | 1 | 1 | 30.00 | 12/7 |
| Brattleboro Reformer | 21.50 | 2 | 4 | 8 | 2 | 344.00 | 12/12, 19 |
| Bennington Banner - Display | 19.45 | 2 | 4 | 8 | 2 | 311.20 | 12/12, 19 |
| Manchester Journal Classified | 13.70 | 2 | 4 | 8 | 1 | 109.60 | 12/18 |
| Proxibid Eblast | 75.00 | 1 | 1 | 1 | 1 | 75.00 | 12/21 |
| Seven Days - MODULAR | 135.00 | 1 | 1 | 1 | 1 | 135.00 | 12/16 |

| | | |
|---|---|---|
| | **NEWSPAPER TOTAL** | **$1,094.80** |

**# BROCHURES**          # MAILED          POSTAGE

PRINTING COST
DATE MAILED

LAYOUT COST          PERCENTAGE OF BROCHURE [   ]

PHOTOS

| | |
|---|---|
| **BROCHURE TOTAL** | |
| **PICKUP** | **SELLERS SHARE** |

**SIGNS**

**CATALOGS**

| |
|---|
| **AUCTION PREP SUBTOTAL** |

| | | | |
|---|---|---|---|
| **GRAND TOTAL** | $1,094.80 | **SELLERS SHARE** | $1,094.80 |

Marketing Time Sheet
# AUCTION: Southern VT College Bankruptcy (1251)

| DATE | T/L | JOB | TIME |
|------|-----|-----|------|
| 11/23/2020 | L | Ad copy, web set up | 1 |
| 11/23/2020 | L | Promo setup | 0.5 |
| 12/3/2020 | T | Initial Ad Creation, Send and File | 0.5 |
| 12/4/2020 | T | Ad Creation, Send and File | 0.25 |
| 12/7/2020 | T | Ad Creation, Send and File | 0.5 |
| 12/10/2020 | T | Multiple Craigslist Postings | 1.5 |
| 12/10/2020 | L | Social/Digital targeted marketing | 1 |
| 12/17/2020 | T | Complete Promo | 0.25 |
| 12/23/2020 | L | Final Promo | 0.25 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TOTAL HOURS      5.75

**THOMAS HIRCHAK COMPANY**

# DAILY JOB REPORT

1-802-888-4662

**JOB NAME:** SVC Vehicles

**SUPERVISOR:** Chris

12/29/2020

| | Name/Classification | HOURS | Rate | Work Performed | TOTAL AMOUNT |
|---|---|---|---|---|---|
| E M P L O Y E E S | Greg Vernet | 12 | $35.00 | Load Out | $420.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | TOTAL: | $420.00 |

| | Equipment / Mileage | Units | Rates | | TOTAL |
|---|---|---|---|---|---|
| E Q U I P / M I L E A G E | R/T Morrisville>Bennington | 310 | $0.58 | | $179.80 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | TOTAL: | $179.80 |

| | Description | Qty | Rate | TOTAL | Description | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| M A T E R I A L S | Survey Tape | | | $0.00 | Bidder Cards | | $0.10 | $0.00 |
| | Strapping Tape | | | $0.00 | Portable Toilet | | | $0.00 |
| | Packing Tape | | | $0.00 | Fuel | 1 | $27.74 | $27.74 |
| | Auction Tags | | $0.25 | $0.00 | Fuel | 1 | $18.45 | $18.45 |
| | Paper Signs | | | $0.00 | Hotel | | | $0.00 |
| | Photo Copies | 30 | $0.15 | $4.50 | | | | $0.00 |
| | Markers | | | $0.00 | Other: | | | $0.00 |
| | Packaging Supplies | | | $0.00 | | | | $0.00 |
| | Garbage Bags | | | $0.00 | | | | $0.00 |
| | Batteries | | | $0.00 | | | | $0.00 |
| | | | | | TOTAL: | | | $50.69 |

**Supervisor Signature:**

**Grand Total** $650.49

*So. VT College*

```
Welcome to Shell
18 Bridge ST
Morrisville VT 05661


SHELL
18  BRIDGE ST
MORRISVILLE, UT
05661
57545247009
12/28/2020 889924347
07:20:10 PM

PUMP# 2
Regular        12.278G
PRICE/GAL       $2.259

FUEL TOTAL  $  27.74

CREDIT      $  27.74


XXXX XXXXXX X1015
AMEX
Swiped
APPROVED
AUTH # 501320
INV # 418822

-------------------


Please come again
```

*So. VT College*

```
Welcome to Shell
18 Bridge ST
Morrisville VT 05661


SHELL
18  BRIDGE ST
MORRISVILLE, UT
05661
57545247009
12/29/2020 889924484
06:21:46 PM

PUMP# 2
Regular         8.026G
PRICE/GAL       $2.299

FUEL TOTAL  $  18.45

CREDIT      $  18.45

XXXX XXXXXX X1015
AMEX
Swiped
APPROVED
AUTH # 526269
INV # 423392

-------------------


Please come again
```

**THOMAS HIRCHAK**
**C·O·M·P·A·N·Y**

# DAILY JOB REPORT

**1-802-888-4662**

**JOB NAME:** SVC Vehicles

**SUPERVISOR:** Chris

1/5/2020

| | Name/Classification | HOURS | Rate | Work Performed | TOTAL AMOUNT |
|---|---|---|---|---|---|
| **E** | Chris Lynch | 4 | $35.00 | Report of Sale | $140.00 |
| **M** | | | | | $0.00 |
| **P** | | | | | $0.00 |
| **L** | | | | | $0.00 |
| **O** | | | | | $0.00 |
| **Y** | | | | | $0.00 |
| **E** | | | | | $0.00 |
| **E** | | | | | $0.00 |
| **S** | | | | TOTAL: | $140.00 |

| | Equipment / Mileage | Units | Rates | | TOTAL |
|---|---|---|---|---|---|
| **E** | | | $0.58 | | $0.00 |
| **Q** | | | | | $0.00 |
| **U** | | | | | $0.00 |
| **I** | | | | | $0.00 |
| **P** | | | | | $0.00 |
| **/** | | | | | $0.00 |
| **M** | | | | | $0.00 |
| **I** | | | | | $0.00 |
| **L** | | | | | $0.00 |
| **E** | | | | | $0.00 |
| **A** | | | | | $0.00 |
| **G** | | | | | $0.00 |
| **E** | | | | TOTAL: | $0.00 |

| | Description | Qty | Rate | TOTAL | Description | QTY | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **M** | Survey Tape | | | $0.00 | Bidder Cards | | $0.10 | $0.00 |
| **A** | Strapping Tape | | | $0.00 | Portable Toilet | | | $0.00 |
| **T** | Packing Tape | | | $0.00 | Fuel | | | $0.00 |
| **E** | Auction Tags | | $0.25 | $0.00 | Fuel | | | $0.00 |
| **R** | Paper Signs | | | $0.00 | Hotel | | | $0.00 |
| **I** | Photo Copies | | | $0.00 | | | | $0.00 |
| **A** | Markers | | | $0.00 | Other: | | | $0.00 |
| **L** | Packaging Supplies | | | $0.00 | | | | $0.00 |
| **S** | Garbage Bags | | | $0.00 | | | | $0.00 |
| | Batteries | | | $0.00 | | | | $0.00 |
| | | | | | TOTAL: | | | $0.00 |

| Supervisor Signature: | | Grand Total | $140.00 |
|---|---|---|---|

EMAILED ADVERTISEMENT

# AUCTIONS NAA

## Trucks, Vans & Automobiles
### *By Order of the Bankruptcy Court*
**Online: Lots Close Mon., December 28 @ 12PM**
982 Mansion Dr., Bennington, VT
**Preview: Tuesday, December 22 from 11AM-1PM**



Online Bidding Powered by **proxibid**

'16 Ford F-250 SD XL, AWD 12,669 mi.
'15 Chevy Equinox LS, AWD, 46,389 mi.
'15 Honda Odyssey, 18,770 mi.
'14 Chevy Equinox LT, AWD, 40,812 mi.
'14 Ram Truck, 49,355 mi.

'13 Ford E-450 SD Bus, 51,410 mi.
'10 Ford E-350 SD Vans (5)
'03 Chevy Express 3500 Van, 127,826 mi.
'02 Chevy 3500 Dump Truck, AWD, 29,657 mi.
'01 Chevy Express 1 Ton Van, 117,609 mi.

## Foreclosure: Two Unfinished Ski Condos at Powderhorn Village II
**Thursday, January 14 @ 11AM**
Powderhorn Lane (Units C&D), Wilmington, VT
**Open House: Tue., December 29 from 12-2PM**



**Hermitage Club Ski Resort**

Built in 2017, these two unfinished condominiums will be offered separately. Each has walk-out lower level with ski on/off access to Haystack Mountain at the Hermitage Club. The homes are framed, sheathed and sided. 2.5 hours from Boston, 4 hours from New York, 2 hours from Hartford.
Unit C: 3BR/3BA, 2,325±SF,   Unit D: 3BR/4BA, 2,905±SF

**Thomas Hirchak Co. • THCAuction.com • 800-634-7653**

ADVERTISING INSERTION ORDER
Thomas Hirchak Company
FROM: Terra Keene
Phone: 800-634-7653
advertising2@THCAuction.com

2C= 3.56 in
COMPANY: NewEnglandNewspapers,Inc.
TO: **Melodie Sinopoli**

TODAY'S DATE: 12/14/2020
NAME OF FILE: 12192020_BR
DATE(S) TO RUN: 12/19/2020
SIZE OF AD: 2x8

Please run in: **Brattleboro Reformer**

EMAILED TO:  **msinopoli@berkshireeagle.com**
**CLASSIFIED AUCTIONS OR AUTO**



# ☿ ONLINE AUCTIONS

## Trucks, Vans & Automobiles
### *By Order of the Bankruptcy Court*
**Lots Close Monday, December 28 @ 12PM**
982 Mansion Dr., Bennington, VT
**Preview: Tuesday, December 22 from 11AM-1PM**



'16 Ford F-250 SD XL, AWD 12,669 mi.
'15 Chevy Equinox LS, AWD, 46,389 mi.
'15 Honda Odyssey, 18,770 mi.
'14 Chevy Equinox LT, AWD, 40,812 mi.
'14 Ram Truck, 49,355 mi.

'13 Ford E-450 SD Bus, 51,410 mi.
'10 Ford E-350 SD Vans (5)
'03 Chevy Express 3500 Van, 127,826 mi.
'02 Chevy Silverado 3500 Dump Truck, AWD, 29,657 mi.
'01 Chevy Express 1 Ton Van, 117,609 mi.

## 2.9± Acres in Winhall, Vermont
Closes Monday, December 28 @ 8PM EST
**Parcel #01201, Winhall, VT**



Here's your opportunity to purchase 2.9± acres in Bennington County. Between Bromley Mountain and Stratton Mountain Ski Resorts and close to Manchester Center. Parcel is located off VT-30.

Online bidding powered by Proxibid. $5,000 deposit due at sale plus 12% buyer's premium. Additional terms at Proxibid.com.

**Thomas Hirchak Co. • THCAuction.com • 800-634-7653**

EMAILED ADVERTISEMENT

ADVERTISING INSERTION ORDER
Thomas Hirchak Company
FROM: Terra Keene
Phone: 800-634-7653
advertising2@THCAuction.com

2C= 3.56 in
COMPANY: NewEnglandNewspapers,Inc.
TO: **Melodie Sinopoli**

TODAY'S DATE: 12/10/2020
NAME OF FILE: 12182020_MJ
DATE(S) TO RUN: 12/18/2020
SIZE OF AD: 2x7

Please run in: **Manchester Journal**

EMAILED TO:
**msinopoli@berkshireeagle.com**

**CLASSIFIED AUCTIONS**



# Trucks, Vans & Automobiles

*By Order of the Bankruptcy Court*



**Lots Close Monday, December 28 @ 12PM**

982 Mansion Dr., Bennington, VT

**Preview: Tuesday, December 22 from 11AM-1PM**

'16 Ford F-250 SD XL, AWD, 12,669 mi.
'15 Chevy Equinox LS, AWD, 46,389 mi.
'15 Honda Odyssey, 18,770 mi.
'14 Chevy Equinox LT, AWD, 40,812 mi.
'14 Ram Truck, 49,355 mi.
'13 Ford E-450 SD Bus, 51,410 mi.
'10 Ford E-350 SD Vans (5)
'03 Chevy Express 3500 Van, 127,826 mi.
'02 Chevy Silverado 3500 Dump Truck, AWD, 29,657 mi.
'01 Chevy Express 1 Ton Van, 117,609 mi.

**Thomas Hirchak Co. • THCAuction.com • 800-634-7653**

EMAILED ADVERTISEMENT

ADVERTISING INSERTION ORDER
Thomas Hirchak Company
FROM: Terra Keene
Phone: 800-634-7653
advertising2@THCAuction.com

2C= 3.56 in
COMPANY: NewEnglandNewspapers,Inc.
TO: **Melodie Sinopoli**

TODAY'S DATE: 12/10/2020
NAME OF FILE: SVCBankruptcy_BB2
DATE(S) TO RUN: 12/19/2020
SIZE OF AD: 2x4

Please run in: **Bennington Banner**

EMAILED TO: **msinopoli@berkshireeagle.com**
**CLASSIFIED AUCTIONS OR AUTO**





# ONLINE AUCTIONS

## Firearms, Coins & Collectibles
Closes Mon., Dec. 21 @ 12PM
**131 Dorset Lane, Williston, VT**



Winchester Collectibles, Cartridge
Boxes, Firearms and More

## Trucks, Vans, Automobiles
**By Order of Bankruptcy Court**
Closes Mon., Dec. 28 @ 12PM
**982 Mansion Dr., Bennington, VT**

**Preview: Tue., Dec. 22 from 11AM-1PM**



# THOMAS HIRCHAK CO.
THCAuction.com • 800-634-7653

EMAILED ADVERTISEMENT

ADVERTISING INSERTION ORDER
Thomas Hirchak Company
FROM: Terra Keene
Phone: 800-634-7653
Advertising2@THCAuction.com

TO: Logan
COMPANY: Seven Days
PHONE: 802-865-1020 x22
1/16= 1C: 2.30 x 1C: 2.72; 1/12= 1C: 2.3 x 2C: 3.67
1/8= 1C: 2.30 x 3C: 5.56; 1/6= 1C: 2.3 x 4C: 7.46

TODAY'S DATE: 12/11/2020
NAME OF FILE:  12162020_7D
DATE(S) TO RUN: 12/16/2020

SIZE OF AD: 1/8 (2.3 x 5.56)
EMAILED TO: logan@sevendaysvt.com;
        Robyn@sevendaysvt.com

**SECTION: Class Auctions**



## Trucks, Vans & Automobiles
*By Order of the Bankruptcy Court*

# ONLINE AUCTION

**Lots Close Monday, December 28 @ 12PM**

**982 Mansion Dr., Bennington, VT**
**Preview: Tuesday, December 22 from 11AM-1PM**



Online Bidding
Powered by
**proxibid**

'16 Ford F-250 SD XL, AWD
  12,669 mi.
'15 Chevy Equinox LS, AWD,
  46,389 mi.
'15 Honda Odyssey, 18,770 mi.
'14 Chevy Equinox LT, AWD,
  40,812 mi.
'14 Ram Truck, 49,355 mi.

'13 Ford E-450 SD Bus, 51,410 mi.
'10 Ford E-350 SD Vans (5)
'03 Chevy Express 3500 Van,
  127,826 mi.
'02 Chevy Silverado 3500 Dump
  Truck, AWD, 29,657 mi.
'01 Chevy Express 1 Ton Van,
  117,609 mi.

**Thomas Hirchak Co. • THCAuction.com • 800-634-7653**

EMAILED ADVERTISEMENT

ADVERTISING INSERTION ORDER
Thomas Hirchak Company
FROM: Terra Keene
Phone: 800-634-7653
advertising2@THCAuction.com

2C= 3.56 in
COMPANY: NewEnglandNewspapers,Inc.
TO: **Melodie Sinopoli**

TODAY'S DATE: 12/04/2020
NAME OF FILE: SVCBankruptcy_BB
DATE(S) TO RUN: 12/12/2020
SIZE OF AD: 2x4

Please run in: **Bennington Banner**

EMAILED TO: **msinopoli@berkshireeagle.com**
CLASSIFIED REAL ESTATE

*Auctions or Auto*

# Trucks, Vans & Automobiles
*By Order of the Bankruptcy Court*

# ONLINE AUCTION

**Lots Close Monday, December 28 @ 12PM**

982 Mansion Dr., Bennington, VT

**Preview: Tuesday, December 22 from 11AM-1PM**



Online Bidding
Powered by
**proxibid**

'16 Ford F-250 SD XL, AWD, 12,669 mi.
'15 Chevy Equinox LS, AWD, 46,389 mi.
'15 Honda Odyssey, 18,770 mi.
'14 Chevy Equinox LT, AWD, 40,812 mi.
'14 Ram Truck, 49,355 mi.

'13 Ford E-450 SD Bus, 51,410 mi.
'10 Ford E-350 SD Vans (5)
'03 Chevy Express 3500 Van, 127,826 mi.
'02 Chevy Silverado 3500 Dump Truck, AWD, 29,657 mi.
'01 Chevy Express 1 Ton Van, 117,609 mi.

**Thomas Hirchak Co. • THCAuction.com • 800-634-7653**

EMAILED ADVERTISEMENT

ADVERTISING INSERTION ORDER
Thomas Hirchak Company
FROM: Terra Keene
Phone: 800-634-7653
advertising2@THCAuction.com

2C= 3.56 in
COMPANY: NewEnglandNewspapers,Inc.
TO: **Melodie Sinopoli**

TODAY'S DATE: 12/04/2020
NAME OF FILE: SVCBankruptcy_BR
DATE(S) TO RUN: 12/12/2020
SIZE OF AD: 2x4

Please run in: **Brattleboro Reformer**

EMAILED TO:  **msinopoli@berkshireeagle.com**
**CLASSIFIED AUCTIONS OR AUTO**



 **AuctionZip** Your auction community   Online Bidding   Auctioneer Directory   Auctioneer ID#   Thomas's Account

Keywords          05661      ✈      30 Miles          All Categories          Search

# Auction Information

**ONLINE: Bankruptcy Vehicles**

📅 Mon Dec 28 - 12:00PM

📍 982 Mansion Dr., Bennington, VT Click to Map

☆ Follow Auction      🔖 Share

## Thomas Hirchak Company

Auctioneer's Other Listings      E-mail Auctioneer      Auctioneer's Web Site

**Auctioneer ID#:** 2891
**Phone:** 800-634-7653
**License:** NH 3058, MA 3363

📷 View Full Photo Gallery

 ♡    ♡    ♡    ♡

Bankruptcy Vehicles      Bankruptcy Vehicles      Bankruptcy Vehicles

Bankruptcy Vehicles
Online with Lots Ending Monday, December 28 @ 12PM
982 Mansion Dr., Bennington, VT
Preview: Tuesday, December 22 from 11AM-1PM

2015 Honda Odyssey LX VIN # 5FNRL5H24FB038892, Mileage 18770; 6 cylinder
2014 Chevrolet Equinox LT VIN # 2GNFLGEK2E6377925; Mileage 40,812; AWD; 4 cylinder
2015 Chevrolet Equinox LS VIN# 1GNFLEEK0FZ132647; Mileage 46,389; AWD; 4 cylinder
2016 Ford F-250 Super Duty XL VIN # 1FT8F2B63GE001681; Mileage 12,669; 4WD; 8 cylinder
2014 Ram Truck  VIN # 3C6MR5AJ8EG165106; Mileage 49,355
2002 Chevrolet Silverado 3500 Dump Truck VIN #1GBJK34U72E227046; Mileage 29,657; 4WD; 8 cylinder
2010 Ford E-350 Super Duty Van VIN# 1FBSS3BL7ADA62389; Mileage 98,831
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL1ADA72903; Mileage 92,448
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL5ADA72905; Mileage 108,708
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL0ADA72911; Mileage 98,546
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL8ADA62434; Mileage 115,157
2003 Chevrolet Express 3500 Van VIN #1GAHG39U631216240; Mileage 127,826
2013 Ford E-450 Super Duty Bus VIN# 1FDFE4FS0DDA20769; Mileage 51,410
2001 Chevrolet Express 1 Ton Van VIN # 1GBJG31G411235272; Mileage 117,609
View the full auction listing.

Auction Listings provided by AuctionZip.com. Although the information published herein is from sources deemed reliable, AuctionZip.com expressly disclaims any liability for errors, omissions or changes regarding any information provided for this auction. Potential buyers are urged to verify auction date, time, and content directly through the auctioneer's website or by contacting the auctioneer directly. The terms and conditions of the auction may or may not be published in this listing. ALL TERMS AND CONDITIONS AND OTHER ANNOUNCEMENTS MADE THE DAY OF THE AUCTION ARE BINDING AND TAKE PRECEDENCE OVER ANY INFORMATION FOUND HEREIN.

Join

Create Account

Bid - Buying

Auctioneer Directory

Category Pages

About Us

Contact Us

Link to Us

Advertise with Us

Sell Online

Auctioneer ID #

Enter ID# 

Follow Us

Twitter   Facebook



AuctionZip is the world's largest online auction marketplace for local auctions - today, this weekend, and every day. Every week we list thousands of new items at auction near you from all around the globe at over 25,000 auctioneers nationwide.

# Bankruptcy Vehicles

**Sale Location**

982 Mansion Dr.
Bennington, VT 05201

**Sale Dates and Times**

**Sale Terms and Conditions**



Thomas Hirchak Company

Contact: Lisa Rowell
Phone: 8028884662

**Listing Details**

Bankruptcy Vehicles

Online with Lots Ending Monday, December 28 @ 12PM

982 Mansion Dr., Bennington, VT

Preview: Tuesday, December 22 from 11AM-1PM

2015 Honda Odyssey LX VIN # 5FNRL5H24FB038892, Mileage 18770; 6 cylinder
2014 Chevrolet Equinox LT VIN # 2GNFLGEK2E6377925;  Mileage 40,812; AWD; 4 cylinder
2015 Chevrolet Equinox LS VIN# 1GNFLEEKOFZ132647; Mileage 46,389; AWD; 4 cylinder
2016 Ford F-250 Super Duty XL VIN # 1FTBF2B63GEB01681; Mileage 12,669; 4WD; 8 cylinder
2014 Ram Truck   VIN # 3C6MR5AJ8EG165106; Mileage 49,355
2002 Chevrolet Silverado 3500 Dump Truck VIN #1GBJK34U72E227046; Mileage 29,657; 4WD; 8 cylinder
2010 Ford E-350 Super Duty Van VIN# 1FBSS3BL7ADA62389; Mileage 98,831
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL1ADA72903; Mileage 92,448
2010 Ford E-350 Super Duty Van VIN# 1FBSS3BL5ADA72905; Mileage 108,708
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL0ADA72911; Mileage 98,546
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL8ADA62434; Mileage 115,157
2003 Chevrolet Express 3500 Van VIN #1GAHG39U631216240; Mileage 127,826
2013 Ford E-450 Super Duty Bus VIN# 1FDFE4FS0DDA20769; Mileage 51,410
2001 Chevrolet Express 1 Ton Van VIN # 1GBJG31G411235272; Mileage 117,609

# Bankruptcy Vehicles

**Sale Location**

982 Mansion Dr.
Bennington, VT 05201

**Sale Dates and Times**

**Sale Terms and Conditions**



**Thomas Hirchak Company**

Contact: Lisa Rowell
Phone: 802-888-4662

**Listing Details**

Bankruptcy Vehicles

Online with Lots Ending Monday, December 28 @ 12PM

982 Mansion Dr., Bennington, VT

Preview: Tuesday, December 22 from 11AM-1PM

2015 Honda Odyssey LX VIN # 5FNRL5H24FB038892, Mileage 18770; 6 cylinder
2014 Chevrolet Equinox LT VIN # 2GNFLGEK2E6377925;  Mileage 40,812; AWD; 4
cylinder
2015 Chevrolet Equinox LS VIN# 1GNFLEEKOFZ132647; Mileage 46,389; AWD; 4
cylinder
2016 Ford F-250 Super Duty XL VIN # 1FTBF2B63GEB01681; Mileage 12,669; 4WD;
8 cylinder
2014 Ram Truck   VIN # 3C6MR5AJ8EG165106; Mileage 49,355
2002 Chevrolet Silverado 3500 Dump Truck VIN #1GBJK34U72E227046; Mileage
29,657; 4WD; 8 cylinder
2010 Ford E-350 Super Duty Van VIN# 1FBSS3BL7ADA62389; Mileage 98,831
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL1ADA72903; Mileage 92,448
2010 Ford E-350 Super Duty Van VIN# 1FBSS3BL5ADA72905; Mileage 108,708
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL0ADA72911; Mileage 98,546
2010 Ford E-350 Super Duty Van VIN # 1FBSS3BL8ADA62434; Mileage 115,157
2003 Chevrolet Express 3500 Van VIN #1GAHG39U631216240; Mileage 127,826
2013 Ford E-450 Super Duty Bus VIN# 1FDFE4FS0DDA20769; Mileage 51,410
2001 Chevrolet Express 1 Ton Van VIN # 1GBJG31G411235272; Mileage 117,609